**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (___) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that TerraMar Capital LLC, MedPharmaca Holdings, Inc., and their affiliates (collectively, "TerraMar"), hereby enters their appearance by and through their counsel, McDonald Hopkins LLC and Young Conaway Stargatt & Taylor, LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and TerraMar hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list maintained by the Clerk in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and that the Clerk and all other parties in interest in the Chapter 11 Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Chapter 11 Cases, to all of the persons listed directly below:

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

| | |
|---|---|
| Marc J. Carmel, Esq.<br>MCDONALD HOPKINS LLC<br>300 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60654<br>Telephone:  (312) 280-0111<br>Facsimile:  (312) 280-8232<br>Email: mcarmel@mcdonaldhopkins.com<br><br>-and-<br><br>Michael J. Kaczka, Esq.<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, Ohio  44114<br>Phone:  (216) 348-5400<br>Facsimile:  (216) 348-5474<br>Email:  mkaczka@mcdonaldhopkins.com | Andrew L. Magaziner, Esq. (No. 5426)<br>S. Alexander Faris, Esq. (No. 6278)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>**CM/ECF Noticing**:<br>bankfilings@ycst.com<br>Email: amagaziner@ycst.com<br>              afaris@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive TerraMar's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or

recoupments to which TerraMar is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Date:  December 9, 2022<br>          Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Andrew L. Magaziner, Esq. (No. 5426)<br>S. Alexander Faris, Esq. (No. 6278)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email: amagaziner@ycst.com<br>             afaris@ycst.com<br><br>-and-<br><br>Marc J. Carmel, Esq.<br>MCDONALD HOPKINS LLC<br>300 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois  60654<br>Telephone:  (312) 280-0111<br>Facsimile:  (312) 280-8232<br>Email: mcarmel@mcdonaldhopkins.com<br><br>-and-<br><br>Michael J. Kaczka, Esq.<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, Ohio  44114<br>Phone:  (216) 348-5400<br>Facsimile:  (216) 348-5474<br>Email:  mkaczka@mcdonaldhopkins.com<br><br>*Counsel for TerraMar Capital LLC, MedPharmaca Holdings, Inc., and their affiliates* |