## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MEDLY HEALTH INC., *et al.*, | ) Case No. 22-11257 (KBO) |
| | ) |
| Debtors.¹ | ) (Joint Administration Requested) |
| | ) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL NOTICES AND OTHER PAPERS

**PLEASE TAKE NOTICE THAT:**

1. MCDERMOTT WILL & EMERY LLP hereby appears in these cases as counsel to TriplePoint Venture Growth BDC Corp., TriplePoint Capital LLC, and TriplePoint Private Venture Credit Inc. (collectively, "TriplePoint").

2. Triplepoint hereby requests that copies of any notice or other paper that is filed or entered in, or given or served in connection with, these cases be given to and served on:

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP | MCDERMOTT WILL & EMERY LLP |
| Darren Azman | Jake Jumbeck |
| Riley T. Orloff | 444 West Lake Street, Suite 4000 |
| One Vanderbilt Avenue | Chicago, Illinois 60606-0029 |
| New York, New York 10017-3852 | Telephone:  (312) 372-2000 |
| Telephone:  (212) 547-5400 | Fax:  (312) 984-7700 |
| Fax:  (212) 547-5444 | E-mail:  jjumbeck@mwe.com |
| E-mail:  dazman@mwe.com | |
| rloff@mwe.com | |

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

>MCDERMOTT WILL & EMERY LLP
>David W. Giattino
>The Nemours Building
>1007 North Orange Street, 10th Floor
>Wilmington, Delaware 19801
>Telephone:     (302) 485-3900
>Fax:           (302) 351-8711
>E-mail:        dgiattino@mwe.com

3. The request in paragraph 2 includes not only the notices and papers that are referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronically, or otherwise, that is filed or entered in, or given or served in connection with, these cases.

4. Neither filing, giving, or serving this notice or any other paper, nor anything in this notice or any other paper, is a waiver of any claim, defence, right, remedy, or other interest, such as, without limitation, any right to

    (a) to have a final order or judgment in a non-core proceeding be entered only by, or after *de novo* review by, a district judge,

    (b) to have an Article III court or judge enter a final order or judgment in these cases or a case, controversy, or proceeding arising under, or arising in or relating to a case under, the Bankruptcy Code,

    (c) to have a jury try a claim or issue that is triable in these cases or a case, controversy, or proceeding arising under, or arising in or relating to a case under, the Bankruptcy Code, or

    (d) to have a district court withdraw the reference of these cases or a case, controversy, or proceeding arising under, or arising in or relating to a case under, the Bankruptcy Code.

5. This notice is filed, given, and served, and this notice itself is, without prejudice to any other rights, claims, actions, defences, setoffs, or recoupments, whether arising or existing under agreement, at law, in equity, or otherwise, all of which rights, claims, actions, defences, setoffs, and recoupments against a debtor or any other entity, whether in these cases, any case, controversy, or proceeding arising under, or arising in or relating to a case under, the Bankruptcy Code, or in any other action or suit, are expressly reserved.

6. Neither filing, giving, or serving this notice or any other paper, nor anything in this notice or any other paper, is an election of remedies or a waiver of any right to pursue other or further remedies.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  December 9, 2022<br>         Wilmington, Delaware | MCDERMOTT WILL & EMERY LLP<br><br>*/s/ David W. Giattino*<br>David W. Giattino (No. 5614)<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE  19801<br>Telephone:    (302) 485-3900<br>Fax:               (302) 351-8711<br>E-mail:          dgiattino@mwe.com<br><br>– and –<br><br>Darren Azman<br>Riley T. Orloff<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone:    (212) 547-5400<br>Fax:               (212) 547-5444<br>E-mail:          dazman@mwe.com<br>                      rorloff@mwe.com<br><br>– and –<br><br>Jake Jumbeck<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606-0029<br>Telephone:    (312) 372-2000<br>Fax:               (312) 984-7700<br>E-mail:          jjumbeck@mwe.com<br><br>*Counsel to TriplePoint Venture Growth BDC Corp., TriplePoint Capital LLC, and TriplePoint Private Venture Credit Inc.* |