IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket No. 17** |

Objection Deadline: **January 3, 2023 at 4:00 p.m. (ET)**
Hearing Date: **January 9, 2023, at 10:30 a.m. (ET)**

**NOTICE OF HEARING ON DEBTORS' OMNIBUS MOTION SEEKING ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF (A) CERTAIN UNEXPIRED LEASES AND (B) CERTAIN EXECUTORY CONTRACTS, EACH EFFECTIVE AS OF THE PETITION DATE, (II) AUTHORIZING THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, EFFECTIVE AS OF THE PETITION DATE, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 9, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Petition Date, (II) Authorizing the Abandonment of Certain Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief* [Docket No. 17] (the "Omnibus Rejection Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Omnibus Rejection Motion is attached hereto as **Exhibit 1**.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Omnibus Rejection Motion must be filed with the Bankruptcy Court on or before **January 3, 2023 at 5:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (1) proposed counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones (ljones@pszjlaw.com); (2) counsel to any statutory committee appointed in the Chapter 11 Cases; (3) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Linda Casey (linda.casey@usdoj.gov);(4) counsel to Silicon Valley Bank: Morrison & Foerster LLP, 200 Clarendon Street, Floor 21 Boston, MA 02116 Attn: Alexander G. Rheaume (ARheaume@mofo.com) and 250 West 55th Street, Floor 20 New York, NY 10019 Attn: Seth J. Kleinman & Miranda Russell (SKleinman@mofo.com and MRussell@mofo.com); (5) counsel to the Prepetition TPC Lenders and the DIP Lenders: McDermott Will & Emery LLP, 2049 Century Park E., Suite 3800, Los Angeles, CA 90067, Attn: Gary B. Rosenbaum (grosenbaum@mwe.com) and One Vanderbilt Ave., New York, NY 10017, Attn: Darren Azman (dazman@mwe.com) and Riley Orloff (rorloff@mwe.com); (6) counsel to Stalking Horse Bidder: McDonald Hopkins LLC, 300 North LaSalle Street, Suite 1400, Chicago, IL 60654, Attn: Marc Carmel (mcarmel@mcdonaldhopkins.com); and (7) any other party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS REJECTION MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE OMNIBUS REJECTION MOTION WILL BE HELD ON **JANUARY 9, 2023 AT 10:30 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: December 13, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

*Proposed Counsel for Debtors and Debtors in Possession*