IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| MEDLY HEALTH INC., *et al.*,[1] | : Case No. 22-11257(KBO) |
| | : |
| Debtors. | : (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Kindly enter the appearance of Seth A. Niederman, Esquire and Michael G. Menkowitz, Esquire of Fox Rothschild LLP as counsel to 1222-24 Walnut Associates, LP in the above captioned matter. In accordance with Bankruptcy Rule 2002, counsel requests that all notices and papers served in this case be delivered to and served upon the following, and that the following be added to the general matrix and all special or limited matrices in this matter:

> Seth A. Niederman, Esquire
> Fox Rothschild LLP
> 919 N. Market Street, Suite 300
> Wilmington, DE 19899-2323
> Tel: 302-654-7444/Fax: 302-656-8920
> sniederman@foxrothschild.com

> and

> Michael G. Menkowitz, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 20th Floor
> Philadelphia, PA 19103
> Tel: 215-299-2756/Fax: 215-299-2150
> mmenkowitz@foxrothschild.com

[Signature page to follow]

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

140885183

FOX ROTHSCHILD LLP

/s/ Seth A. Niederman
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
Tel: 302-654-7444/Fax: 302-656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel: 215-299-2756/Fax: 215-299-2150
mmenkowitz@foxrothschild.com
Counsel to 1222-24 Walnut Associates, LP

Date: December 15, 2022

140885183