## **CERTIFICATE OF SERVICE**

    I, Tobey M. Daluz, hereby certify that, on this 19th day of December, 2022, I caused a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: December 19, 2022
Wilmington, Delaware

                                        /s/ *Tobey M. Daluz*
                                        Tobey M. Daluz (DE No.3939)
                                        BALLARD SPAHR LLP