## **CERTIFICATE OF SERVICE**

    I, Leslie C. Heilman, hereby certify that, on this 19th day of December, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: December 19, 2022
Wilmington, Delaware

                                        /s/ *Leslie C. Heilman*
                                        Leslie C. Heilman (DE No. 4716)
                                        BALLARD SPAHR LLP