**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Medly Health Inc., *et al.,* | : | Case No. 22-11257(KBO) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Cardinal Health 110, LLC**, Attn: Mr. Todd Bell, Credit Manager, 7000 Cardinal Place, Dublin, OH 43017, Phone: (614) 553-3921, Email: jtodd.bell@cardinalhealth.com

2. **Workday Inc.**, Attn: Alexander Robinson, Esq., Senior Counsel, 6110 Stoneridge Mall Rd., Pleasanton, CA 94588, Phone: (734) 330-4247, Email: alexander.robinson@workday.com

3. **Uniweb, Inc.**, Attn: Ms. Denise Savaria, Accounting Manager, 222 S. Promenade Ave, Corona, CA 92879, Phone: (951) 279-7999, Email: dsavaria@uniweb.com

4. **Nestle USA, Inc.,** Attn: Mr. Craig Lydigsen, Head of Credit Risk, 30500 Bainbridge Road, Solon, OH 44139, Phone: (440) 264-7240, Email:  Craig.Lydigsen@us.nestle.com

5. **Sun River Health**, Attn: Mr. James Sinkoff, 1200 Brown Street, Peekskill, NY 10566, Phone: (914) 734-8600 x78722, Email: nlatman@sunriver.org

Dated: December 21, 2022        ANDREW R. VARA
                                    United States Trustee, Regions 3 and 9


                               /s/ *Linda J. Casey* for                     
                              Joseph J. McMahon, Jr.
                              ASSISTANT UNITED STATES TRUSTEE


Attorney assigned to this case: Linda J. Casey, Esq., Phone: (302) 573-6491
Debtors' Counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100