IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Medly Health Inc., *et al.*,[1]<br><br>Debtors. | Chapter: 11<br><br>Case No. 22-11257 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF RICHARD WILLIS TO BE CONDUCTED BY VIDEOCONFERENCE BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 30 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004, 7026, 7030, AND 9014**

**PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, made applicable to these proceedings through Rules 2004, 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 7030-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), by and through its proposed undersigned counsel, Porzio, Bromberg & Newman, P.C., will take the deposition of Richard Willis in connection with, without limitation:

I.   Motion Of The Debtors For Entry Of Orders: (I)(A) Approving Bidding Procedures For The Sale Of Substantially All Of The Debtors' Assets, (B) Authorizing The Debtors To Enter Into Stalking Horse Agreement And To Provide Bid Protections Thereunder, (C) Scheduling An Auction And Approving The Form And Manner Of Notice Thereof, (D) Approving Assumption And Assignment Procedures And (E) Scheduling A Sale Hearing And Approving The Form And Manner Of Notice Thereof; (II)(A) Approving The Sale Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests And Encumbrances And (B) Approving The Assumption And Assignment Of Executory

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

7206477

Contracts And Unexpired Leases; And (III) Granting Related Relief [Docket No. 15].

**PLEASE TAKE FURTHER NOTICE THAT** the deposition shall be conducted before an officer designated or appointed under Federal Rule 28 on **January 1, 2023 beginning at 2:00 p.m. (prevailing Eastern Time)** and continuing until 5:30 p.m., and to be continued thereafter as may otherwise be agreed to by the parties or ordered by the Court. The deposition will be taken upon oral examination by videoconference pursuant to all applicable rules of the United States Bankruptcy Court for the District of Delaware, before a court reporter or such other person authorized by law to administer oaths, and will be recorded by audio and/or stenographic means.

The deposition testimony may be used for discovery, evidentiary hearings, and/or for all purposes permitted by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and under the rules of this Court.

Dated: December 31, 2022           */s/ Cheryl A. Santaniello*
                                                    Cheryl A. Santaniello, Esq. (DE Bar No. 5062)
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 526-1235
Facsimile: (302) 416-6064
E-mail: casantaniello@pbnlaw.com

- and –

Warren J. Martin, Jr. (*Pro Hac Vice Admitted*)
Robert M. Schechter, Esq. (*Pro Hac Vice Admitted*)
Kelly D. Curtin, Esq. (*Pro Hac Vice Admitted*)
David E. Sklar, Esq. (*Pro Hac Vice Admitted*)
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
E-mail: wjmartin@pbnlaw.com

7206477

E-mail: rmschechter@pbnlaw.com
E-mail: kdcurtin@pbnlaw.com
E-mail: desklar@pbnlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditor*

7206477

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2022, the foregoing Notice of Deposition of Richard Willis was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused to be served upon the following parties via e-mail:

| | | |
|---|---|---|
| Laura Davis Jones, Esq.<br>David M. Bertenthal, Esq<br>Timothy P. Cairns, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>dberenthal@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>*Counsel to the Debtors* | Linda J. Casey, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov<br><br>*U.S. Trustee* | David W. Giattino, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>dgiattino@mwe.com<br><br>*Counsel to TriplePoint Venture Growth BDC Corp., TriplePoint Capital LLC, and TriplePoint Private Venture Credit Inc.* |
| Gregory A. Taylor, Esq.<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>GTaylor@ashbygeddes.com<br><br>*Counsel to Silicon Valley Bank* | Miranda K. Russell, Esq.<br>Seth J. Kleinman, Esq.<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>mrussell@mofo.com<br>skleinman@mofo.com<br><br>*Counsel to Silicon Valley Bank* | Andrew L. Magaziner, Esq.<br>S. Alexander Farris, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>amagaziner@ycst.com<br>afaris@ycst.com<br><br>*Counsel to TerraMar Capital LLC, MedPharmaca Holdings, Inc., and their affiliates.* |
| Michael J. Kaczka, Esq.<br>Marc J. Carmel, Esq.<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, Ohio 44114<br>mkaczka@mcdonaldhopkins.com | Chris Peirce<br>Brian Ayers<br>ROCK CREEK ADVISORS<br>555 Fifth Avenue<br>New York, NY 10017<br>cpeirce@rockcreekfa.com<br>BAyers@rockcreekfa.com | Alexander G. Rheaumer, Esq.<br>MORRISON & FOERSTER LLP<br>200 Clarendon Street, Floor 21<br>Boston, MA 02116<br>arheaume@mofo.com<br><br>*Counsel to Silicon Valley Bank* |

4

7206477

mcarmel@mcdonaldhopkins.com

*Counsel to TerraMar Capital LLC, MedPharmaca Holdings, Inc., and their affiliates.*

Riley T. Orloff, Esq.
Darren Azman, Esq.
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017-3852
rorloff@mwe.com
dazman@mwe.com

*Counsel to TriplePoint Venture Growth BDC Corp., TriplePoint Capital LLC, and TriplePoint Private Venture Credit Inc.*

*Proposed Financial Advisors to Committee*

Jake Jumbeck, Esq.
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
jjumbeck@mwe.com

*Counsel to TriplePoint Venture Growth BDC Corp., TriplePoint Capital LLC, and TriplePoint Private Venture Credit Inc.*

Dated: December 31, 2022

Wilmington, Delaware

    */s/ Cheryl A. Santaniello*
    Cheryl A. Santaniello, Esq.