## **SCHEDULE A**

| | | |
|---|---|---|
| **BEL AIRE PLAZA, LLC** | | |
| Store No. Unknown | Bel Aire Plaza | Napa, California |
| **DEUTSCHE ASSET & WEALTH MANAGEMENT** | | |
| Store No. Unknown | Queen Anne | Seattle, Washington |