**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | **Ref. Docket Nos. 15, 71, 124, 131 and 132** |

**DEBTORS' MOTION FOR LEAVE TO FILE A LATE REPLY
IN SUPPORT OF DEBTORS' BID PROCEDURES MOTION**

The above-captioned debtors and debtors in possession (the "Debtors") file this motion (the "Motion for Leave") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting the Debtors leave to file a late reply (the "Reply") in support of the *Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling A Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 15]

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

(the "Bid Procedures Motion").  A copy of the Reply is attached hereto as **Exhibit B**.  In support of this Motion for Leave, the Debtors, by and through undersigned counsel, respectfully state as follows:

### Jurisdiction and Venue

1. The United States District Court for the District of Delaware has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the United States Bankruptcy Court for the District of Delaware (the "Court") under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Debtors confirm their consent pursuant to Local Rule 9013-1(f) to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rule 9006-1(d).

**Background**

4.      On December 9, 2022 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the possession of their property and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases. On December 21, 2022, Andrew R. Vara, United States Trustee for Region Three (the "U.S. Trustee"), appointed an official committee of unsecured creditors (the "Committee") consisting of five members [Docket No. 104].

5.      The Debtors operate four full service digital pharmacies, twenty-one brick-and-mortar, full-service specialty pharmacies serving twenty markets across nine states, and one health and wellness store in Seattle, Washington. The Debtors also operate an e-commerce business through their "Pharmaca.com" website. The Debtors offer orchestrated consumer services such as delivery, prior authorization coordination, copay management, and refill management. The Debtors' strategic pillars include prescription medications, health and wellness, and order fulfilment, including, where available, same-day delivery. The Debtors hire expert practitioners and experienced pharmacists who deliver a superior customer experience. As a result, the Debtors are a trusted partner of consumers and doctors.

6.      Additional background regarding the Debtors, including their business operations and the events precipitating their chapter 11 filings, is set forth in the *Declaration of Richard Willis in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 3].

7.  The Debtors filed the Bid Procedures Motion on the Petition Date. The Court is scheduled to consider the Bid Procedures Motion at a hearing on January 3, 2023 at 11:00 a.m. (ET) (the "Hearing"). Objections to entry of an order approving the Bid Procedures Motion were originally due by December 29, 2022 at 12:00 p.m. (ET) (the "Original Objection Deadline"). The Debtors granted an extension of the Original Objection Deadline to the Committee and certain landlords to January 2, 2023 at 12:00 noon (ET). The U.S. Trustee filed an objection to the Bid Procedures Motion on December 29, 2022 [Docket No. 124].

8.  Due to the federal holiday on January 2, 2023, the Agenda for the Hearing was due by December 29, 2022 at 12:00 noon (E.T.). As a result, under the Local Rules, the deadline to file the Reply (the "Reply Deadline") would have been December 28, 2022 at 4:00 p.m. (ET), which was prior to even the Original Objection Deadline.

9.  The landlords filed their objection on January 2, 2023 at 11:30 a.m. [Docket No. 131]. The Committee filed its objection to the Bid Procedures Motion on January 2, 2023 at noon [Docket No. 132].

10. Given the holiday and the extensions granted (given in an effort to narrow the number of issues on which the Court would be required to rule), the Debtors simply could not file a timely Reply.

**Relief Requested**

11. The Debtors respectfully request entry of the Proposed Order granting the Debtors leave to file a late Reply in support of the Bid Procedures Motion on January 2, 2023.

**Basis for Relief**

**Cause Exists for Granting the Debtors Leave to File a Late Reply**

12. Pursuant to Local Rule 9006-1(d), "[r]eply papers by the movant, or any party that has joined the movant, may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d).

13. Here, cause exists to allow the late filing of the Reply. As described above, the normal deadlines in this matter have been shortened due the federal holiday on January 2, 2023, and the Original Objection Deadline has been extended for certain parties to January 2, 2023 at 12:00 noon (ET). As a result, the Debtors reasonably required additional time to allow for all remaining objections to be filed and to finish preparing the Reply. The additional time will permit the Debtors to present fairly and completely to the Court their response to the remaining open objections.

14. The Debtors submit that no parties will be prejudiced by the filing of a late Reply. Accordingly, the Debtors seek to extend the time to file the Reply through January 2, 2023.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order granting the relief sought herein and grant such other and further relief as may be just and proper.

Dated: January 2, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/   Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Proposed Counsel for Debtors and Debtors in Possession*