## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### *SECOND AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 3, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)[3] BEFORE THE HONORABLE KAREN B. OWENS

## MATTERS GOING FORWARD:

### Bid Procedures Motion

1.     Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving

---

[1]     The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

[2] Amended items appear in **bold**.

[3]     This hearing will be conducted in person before The Honorable Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court. **Any party wishing to appear by Zoom must register at least two hours prior to the hearing with the Zoom link at: https://debuscourts.zoomgov.com/meeting/register/vJJscuGqrDopEx7RMZntdBwdFPEvcuNnZfQ** After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. Any exceptions must be approved by chambers.

Assumption and Assignment Procedures and (E) Scheduling A Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: December 9, 2022) [Docket No. 15].

**Response Deadline**:  December 29, 2022 at 12:00 p.m. (Extended to **January 2, 2023 at 12:00 noon** for counsel to landlord group and to January 2, 2023 at 12:00 noon for the Official Committee of Unsecured Creditors)

**Responses Received**:

A.    Objection of the United States Trustee to Motion of the Debtors for Entry of an Order: (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof (Filed December 29, 2022) [Docket No. 124].

B.    Objection of Bel Aire Plaza, LLC and Deutsche Asset & Wealth Management to Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of The Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of The Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed 01/02/23) [Docket No. 131].

**C.**    Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and for Related Relief (Filed 01/02/23) [Docket No. 133].

**D.**    **TriplePoint's Response to the Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and for Related Relief (Filed 01/03/23) [Docket No. 136].**

**Related Documents**:

A.  Notice of Hearing on Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling A Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: December 13, 2022) [Docket No. 71].

B.  Notice of Deposition of Richard Willis to be Conducted by Videoconference by the Official Committee of Unsecured Creditors Pursuant to Federal Rules of Civil Procedure 26 and 30 and Federal Rules of Bankruptcy Procedure 2004, 7026, 7030, and 9014 (Filed: December 31, 2022) [Docket No. 130].

**C.**  Debtors' Motion for Leave to File a Late Reply in Support of Debtors' Bid Procedures Motion (Filed January 2, 2023) [Docket No. 134].

**Status**:  This matter is going forward.

**"First-Day" Motion for Newly Filed Affiliate Cases**

2.  Joint Motion of Khora Health Solutions, Inc., RPH innovations, LLC, and Medly Health, Inc*., et al.*, for Order (A) Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes only and (B) Applying Certain Orders in the Chapter 11 Cases of Medly Health, Inc. and its Affiliated Debtors to the Chapter 11 Cases of Khora Health Solutions Inc. and RPH Innovations LLC. (Filed: December 28, 2022) [Docket No. 116].

**Response Deadline**:  Responses can be made at the hearing.

**Responses Received**:  None as of the filing of this Agenda.

**Related Documents**:

A.  Voluntary Chapter 11 Petition for Khora Health Solution, Inc. (Filed: December 28, 2022) [Case No. 22-11361, Docket No. 1]

B.  Voluntary Chapter 11 Petition for RPH Innovations LLC (Filed: December 28, 2022) [Case No. 22-11362, Docket No. 1]

C.  [Signed] Order Authorizing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only (Filed: December 12, 2022) [Docket No. 44].

D.     [Signed] Order: (I) Authorizing the Debtors to: (A) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information For Individual Creditors; and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 57].

E.     [Signed] Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date (Filed: December 13, 2022) [Docket No. 58].

F.     [Signed] Order (Interim) Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules (Filed: December 13, 2022) [Docket No. 61].

G.     Order (Interim) (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Filed: December 13, 2022) [Docket No. 62].

H.     [Signed] Order (Interim) (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 63].

I.     [Signed] Order (Interim): (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 64].

J.     [Signed] Order (Interim) (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 65].

K.     [Signed] Order (Interim): (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (Filed: December 13, 2022) [Docket No. 67].

L.     [Signed] Order (Interim) Authorizing Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief (Filed: December 13, 2022) [Docket No. 68].

M.     [Signed] Order (Interim) (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 69].

    4

N.   [Signed] Order (Interim) (I) Authorizing Debtors to Obtain Secured Superpriority Postpetition Financing, (II) Granting Priming Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing and (VI) Granting Related Relief (Filed: December 13, 2022) [Docket No. 73].

O.   Notice of Hearing on First Day Motion in Affiliate Cases [Filed: December 28, 2022] [Docket No. 123].

**Status**:  This matter is going forward.

Dated:  January **3**, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
_____
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Proposed Counsel for Debtors and Debtors in Possession*