UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Medly Health Inc., *et al.*,                                    Case No.:  22-11257 (KBO)

                                                                Jointly Administered

    Debtor.                                              Chapter 11
_____/                                 Re: 15, 71, 132

**<u>JOINDER TO COMMITTEE'S OBJECTION AND REQUEST FOR ADJOURNMENT</u>**

    Creditor Anda, Inc.,[1] hereby joins in the *Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Orders (1)(a) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (b) Authorizing the Debtors to Enter into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (c) Scheduling an Auction and for Related Relief* [D.I. No. 132] filed by the Official Committee of Unsecured Creditors.


Date: January 3, 2023                          THE POWELL FIRM, LLC

                                                        /s/ Jason C. Powell
                                                         Jason C. Powell, Esquire (No. 3768)
                                                         Thomas Reichert, Esquire (No. 6220)
                                                         1201 N. Orange Street, Suite 500
                                                         P.O. Box 289
                                                         Wilmington, DE  19899
                                                         (302) 650-1572
                                                         jpowell@delawarefirm.com
                                                         treichert@delawarefirm.com

---

[1] According to the Debtors' schedules, Anda, Inc. is the second largest unsecured creditor in the Debtors' estates.

2

-and-

BRADLEY S. SHRAIBERG, ESQUIRE
Shraiberg Page, P.A.
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431
Telephone: (561)443-0800
bss@slp.law

2