IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter: 11 |
| Medly Health Inc., *et al.*[1], | Case No. 22-11257(KBO) |
| Debtors. | (Jointly Administered) |
| | **D.I. 6, 7, 9, 10, 11, 12, 17** |

## OMNIBUS LIMITED OBJECTION TO CERTAIN FIRST DAY MOTIONS OF THE DEBTORS' AND ENTRY OF A FINAL ORDER GRANTING SAME

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned case of Medly Health, Inc., et al. ("Medly" or the "Debtors"), by and through its proposed counsel Porzio, Bromberg & Newman, P.C., hereby submits this omnibus limited objection (the "Limited Objection") to certain motions of Debtors' filed December 9, 2022, and in support of the Limited Objection respectfully states as follows:

### OBJECTION

The Committee recognizes that the relief sought by the Debtors in their first day motions, subject to this Limited Objection, is largely procedural and customary in nature. As such, the Committee conceptually does not object to their entry, but only seeks minor revisions designed to ensure that the Committee has appropriate consultation and monitoring rights of the estates' assets and contemplated expenditures.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

7207910

As such, the Committee has attached proposed redlined orders, and requests inclusion of the modifications contained therein, to any Orders entered by the Court granting the following "First Day" Motions filed by the Debtors: (i) *Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules*, (ii) *Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief*, (iii) *Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief*, (iv) *(I) Authorizing the Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief*, (v) *(I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief*, (vi) *Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief*, and (vii) *(I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Petition Date, (II) Authorizing the Abandonment of Certain Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief* (collectively, the "Motions").

7207910

**CONCLUSION**

WHEREFORE, for the reasons stated above, the Committee respectfully request that the Court enter the revised orders as to the Motions proposed by the Committee, and for such other and further relief as this Court deems just and proper.

Dated: January 3, 2023

/s/ *Cheryl A. Santaniello*
Cheryl A. Santaniello, Esq. (DE Bar No. 5062)
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 526-1235
Facsimile: (302) 416-6064
E-mail: casantaniello@pbnlaw.com

- and –

Warren J. Martin, Jr. (*Pro Hac Vice Admitted*)
Robert M. Schechter, Esq. (*Pro Hac Vice Admitted*)
Kelly D. Curtin, Esq. (*Pro Hac Vice Admitted*)
David E. Sklar, Esq. (*Pro Hac Vice Admitted*)
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box. 1997
Morristown, New Jersey 07962
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
Email: wjmartin@pbnlaw.com
E-mail: rmschechter@pbnlaw.com
E-mail: kdcurtin@pbnlaw.com
E-mail: desklar@pbnlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditor*

7207910

## CERTIFICATE OF SERVICE

I, Cheryl A. Santaniello, hereby certify that, on this 3rd day of January, 2023, I caused a true and correct copy of the foregoing *Omnibus Limited Objection To Certain First Day Motions Of The Debtors' And Entry Of A Final Order Granting Same* to be served via CM/ECF on all parties who have registered for electronic service in these cases.

Dated: January 3, 2023
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cheryl A. Santaniello
　　　　　　　　　　　　　　　　　　　　　　　　Cheryl A. Santaniello, Esq.

7207910