**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 6, 2023, AT 3:00 P.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE KAREN B. OWENS**

**Parties may attend the hearing in person or by Zoom.  The in person hearing will be held before The Honorable Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  Any party wishing to appear by Zoom must register at least two hours prior to the hearing with the Zoom link at:**
**https://debuscourts.zoomgov.com/meeting/register/vJIscuGqrDopEx7RMZntdBwdFPEvcuNnZfQ**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## MATTER GOING FORWARD:

### Bid Procedures Motion

1. Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling A Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B)

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767).  The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: December 9, 2022) [Docket No. 15].

**Response Deadline**:  December 29, 2022 at 12:00 p.m. (Extended to **January 2, 2023 at 12:00 noon** for counsel to landlord group and to January 2, 2023 at 12:00 noon for the Official Committee of Unsecured Creditors).

**Responses Received**:

A. Objection of the United States Trustee to Motion of the Debtors for Entry of an Order: (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof (Filed December 29, 2022) [Docket No. 124].

B. Objection of Bel Aire Plaza, LLC and Deutsche Asset & Wealth Management to Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of The Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of The Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed 01/02/23) [Docket No. 131].

**C.** Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and for Related Relief (Filed 01/02/23) [Docket No. 133].

D. TriplePoint's Response to the Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and for Related Relief (Filed 01/03/23) [Docket No. 136].

E. Anda Inc.'s Joinder to Committee's Objection and Request for Adjournment (Filed 01/03/23) [Docket No. 144].

F.  Debtors' Omnibus Reply in Support of Debtors' Bid Procedures Motion (Filed 01/03/23) [Docket No. 145].

**Related Documents**:

A.  Notice of Hearing on Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling A Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: December 13, 2022) [Docket No. 71].

B.  Notice of Deposition of Richard Willis to be Conducted by Videoconference by the Official Committee of Unsecured Creditors Pursuant to Federal Rules of Civil Procedure 26 and 30 and Federal Rules of Bankruptcy Procedure 2004, 7026, 7030, and 9014 (Filed: December 31, 2022) [Docket No. 130].

C.  Debtors' Motion for Leave to File a Late Reply in Support of Debtors' Bid Procedures Motion (Filed January 2, 2023) [Docket No. 134].

**Status**: This matter is going forward as directed by the Court at the hearing on January 3, 2023.

Dated: January 4, 2023                           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Proposed Counsel for Debtors and Debtors in Possession*