# **EXHIBIT A**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket No. __** |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE PERIOD
WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING PRIVATE SALE OF CERTAIN ASSETS OF
DEBTORS TANGO340B, LLC, KHORA HEALTH SOLUTIONS, INC.,
AND RPH INNOVATIONS, LLC; (II) APPROVING THE TERMS
OF THE PURCHASE AND SALE AGREEMENT; (III) AUTHORIZING
ASSUMPTION AND ASSIGNMENT OF ASSUMED CONTRACTS
AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") shortening the notice period of the *Debtors' Motion for Entry of an Order (I) Authorizing Private Sale of Certain Assets of Debtors Tango340b, LLC, Khora Health Solutions, Inc., and RPH Innovations, LLC; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Authorizing Assumption and Assignment of Assumed Contracts and*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

*(IV) Granting Related Relief* [Docket No. 117] (the "Tango Sale Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion to Shorten was appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the Tango Sale Motion will be held **on January 13, 2023 at _____ (prevailing Eastern Time)**.

3. Objections or responses to the Tango Sale Motion, if any, must be made on or before **January 12, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.