# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
| Debtors. | ) (Jointly Administered) |
|  | ) Ref. Docket No. 127 |

### NOTICE OF WITHDRAWAL OF DEBTORS' SECOND OMNIBUS REJECTION MOTION SOLELY AS TO PAPYRUS

**PLEASE TAKE NOTICE** that on December 29, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Second Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain (A) Unexpired Leases and (B) Executory Contracts; (II) Authorizing the Abandonment of Certain Personal Property; and (III) Granting Related Relief* [Docket No. 127] (the "Second Omnibus Rejection Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Second Omnibus Rejection Motion *solely as it relates to Papyrus*, a contract counterparty identified in the Second Omnibus Rejection Motion.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

**PLEASE TAKE FURTHER NOTICE** that, to the extent necessary, Papyrus has consented to such withdrawal.

| | |
|---|---|
| Dated: January 4, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Proposed Counsel for Debtors and Debtors in Possession* |