## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 9, 2023 AT 10:30 A.M. (PREVAILING EASTERN TIME)[3] BEFORE THE HONORABLE KAREN B. OWENS**

## MATTERS TO BE SUBMITTED UNDER CERTIFICATION:

1. Debtors' Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules (Filed: December 9, 2022) [Docket No. 6].

    **Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.

---

[1]   The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

[2]  Amended items appear in **bold.**

[3]   This hearing will be conducted in person before The Honorable Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.  **Any party wishing to appear by Zoom must register at least two hours prior to the hearing with the Zoom link at: https://debuscourts.zoomgov.com/meeting/register/vJItcuugpj0iG6ieKMj5BjQ7ssXNd-__dK0** After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. Any exceptions must be approved by chambers.

**Responses Received**:

    A. Official Committee of Unsecured Creditors' Omnibus Objection to Certain First Day Motions of the Debtors' and Entry of a Final Order Granting Same (Filed 01/03/2023) [Docket No. 148].

**Related Documents**:

    A. [Signed] Order (Interim) Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules (Filed: December 13, 2022) [Docket No. 61].

    B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules (Filed December 14, 2022) [Docket No. 74].

    **C. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules (Filed: January 5, 2023) [Docket No. 164].**

        Status: **A Certification of Counsel has been filed. Unless the Court has questions, no hearing is necessary.**

2. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief (Filed: December 9, 2022) [Docket No. 7].

    **Response Deadline**: January 3, 2023 at 4:00 p.m. ET.

    **Responses Received**:

    A. Official Committee of Unsecured Creditors' Omnibus Objection to Certain First Day Motions of the Debtors' and Entry of a Final Order Granting Same (Filed 01/03/2023) [Docket No. 148].

    **Related Documents**:

    A. [Signed] Order (Interim) (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Filed: December 13, 2022) [Docket No. 62].

    B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief (Filed December 14, 2022) [Docket No. 75].

      **C.**    **Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief (Filed: January 5, 2023) [Docket No. 165]**

          Status:     **A Certification of Counsel has been filed. Unless the Court has questions, no hearing is necessary**.

3.   Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Filed: December 9, 2022) [Docket No. 8].

      **Response Deadline**: January 3, 2023 at 4:00 p.m. ET.

      **Responses Received**:

      A.   None.

      **Related Documents**:

      A.   [Signed] Order (Interim) (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 63].

      B.   Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Filed December 14, 2022) [Docket No. 76].

      **C.**   **Certificate of No Objection Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief (Filed: January 5, 2023) [Docket No. 168]**

          Status:     **A Certificate of No Objection has been filed. Unless the Court has questions, no hearing is necessary.**

4.   Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief (Filed: December 9, 2022) [Docket No. 9].

      **Response Deadline**: January 3, 2023 at 4:00 p.m. ET.

**Responses Received**:

    A.    Official Committee of Unsecured Creditors' Omnibus Objection to Certain First Day Motions of the Debtors' and Entry of a Final Order Granting Same (Filed 01/03/2023) [Docket No. 148].

**Related Documents**:

    A.    [Signed] Order (Interim): (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 64].

    B.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief (Filed December 14, 2022) [Docket No. 77].

    **C.    Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief (Filed: January 5, 2023) [Docket No. 171]**

        Status:    **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary**.

5.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief (Filed: December 9, 2022) [Docket No. 10].

    **Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.

    **Responses Received**:

    A.    Official Committee of Unsecured Creditors' Omnibus Objection to Certain First Day Motions of the Debtors' and Entry of a Final Order Granting Same (Filed 01/03/2023) [Docket No. 148].

    **Related Documents**:

    A.    [Signed] Order (Interim) (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 65].

    B.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief (Filed December 14, 2022) [Docket No. 78].

      C.    **Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief (Filed: January 5, 2023) [Docket No. 173]**

          <u>Status</u>:    **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary**.

6.   Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders: (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (Filed: December 9, 2022) [Docket No. 11].

    **Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.

    **Responses Received**:

      A.    Official Committee of Unsecured Creditors' Omnibus Objection to Certain First Day Motions of the Debtors' and Entry of a Final Order Granting Same (Filed 01/03/2023) [Docket No. 148].

    **Related Documents**:

      A.    [Signed] Order (Interim): (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief  (Filed: December 13, 2022) [Docket No. 67].

      B.    Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders: (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (Filed December 14, 2022) [Docket No. 79]

      C.    **Certification of Counsel Regarding Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders: (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting**

**Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (Filed: January 5, 2023) [Docket No. 169]**

Status:    **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary**.

7.  Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief (Filed: December 9, 2022) [Docket No. 12].

**Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.

**Responses Received**:

A.  Official Committee of Unsecured Creditors' Omnibus Objection to Certain First Day Motions of the Debtors' and Entry of a Final Order Granting Same (Filed 01/03/2023) [Docket No. 148].

**Related Documents**:

A.  [Signed] Order (Interim) Authorizing Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief (Filed: December 13, 2022) [Docket No. 68].

B.  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief (Filed December 14, 2022) [Docket No. 80].

**C.  Certification of Counsel Regarding Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief (Filed: January 5, 2023) [Docket No. 170]**

Status:    **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary**.

8.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Relief (Filed: December 9, 2022) [Docket No. 13].

**Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.

**Responses Received**:

A.  None.

**Related Documents**:

A.  [Signed] Order (Interim) (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition

Obligations Related Thereto, and (II) Granting Related Relief (Filed: December 13, 2022) [Docket No. 69].

B.   Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief (Filed December 14, 2022) [Docket No. 81].

**C.   Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Relief (Filed: January 5, 2023) [Docket No. 172]**

Status:   **A Certificate of No Objection has been filed.  Unless the Court has questions, no hearing is necessary.**

9.   Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Petition Date, (II) Authorizing the Abandonment of Certain Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief (Filed: December 9, 2022) [Docket No. 17].

**Objection Deadline**:  January 3, 2023 at 4:00 p.m. ET.

**Responses Received**:

A.   Official Committee of Unsecured Creditors' Omnibus Objection to Certain First Day Motions of the Debtors' and Entry of a Final Order Granting Same (Filed 01/03/2023) [Docket No. 148].

**Related Documents**:

A.   Notice of Hearing on Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Petition Date, (II) Authorizing the Abandonment of Certain Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief (Filed: December 13, 2022) [Docket No. 72].

B.   **Certification of Counsel Regarding Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Petition Date, (II) Authorizing the Abandonment of Certain Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief (Filed: January 6, 2023) [Docket No. 178]**

Status:   **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary.**

10. Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date (Filed: December 19, 2022) [Docket No. 94].

> **Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.  (Extended to January 5, 2023 at 4:00 p.m. ET for U.S. Trustee).

> **Responses Received**:

>> A.   Informal comments from the U.S. Trustee.

> **Related Documents**:

>> A.   Notice of Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date (Filed: December 19, 2022) [Docket No. 95].

>> B.   Supplemental Declaration of Laura Davis Jones in Support of Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date (Filed: January 4, 2023) [Docket No. 157].

>> C.   **Certification of Counsel Regarding Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date (Filed: January 5, 2023) [Docket No. 174]**

>>> Status:   **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary**.

11. Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Filed: December 19, 2022) [Docket No. 99].

> **Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.

> **Responses Received**:

>> A.   Informal comments from the U.S. Trustee.

> **Related Documents**:

>> A.   **Certification of Counsel Regarding Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Filed: January 5, 2023) [Docket No. 175]**

>>> Status:   **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary**.

12. Debtors' Motion for Entry of an Order (I) Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief (Filed: December 21, 2022) [Docket No. 106].

**Response Deadline**:  January 3, 2023 at 4:00 p.m. ET.

**Responses Received**:

    A.    Informal comments from the U.S. Trustee.

**Related Documents**:

    A.    **Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief (Filed: January 5, 2023) [Docket No. 176]**

        Status:    **A Certification of Counsel has been filed.  Unless the Court has questions, no hearing is necessary**.

## CONTESTED MATTERS GOING FORWARD:

13. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Secured Superpriority Postpetition Financing, (II) Granting Priming Liens and Superpriority Administrative Expenses Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed: December 9, 2022) [Docket No. 14].

    Response Deadline:  January 3, 2023 at 4:00 p.m. ET.

    Responses Received:

    A.    Official Committee of Unsecured Creditors' Objection to Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing; (II) Granting Priming Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing and (VI) Granting Related Relief (Filed 01/03/23) [Docket No. 147].

    Related Documents:

    A.    [Signed] Order (Interim) (I) Authorizing Debtors to Obtain Secured Superpriority Postpetition Financing, (II) Granting Priming Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing and (VI) Granting Related Relief  (Filed: December 13, 2022) [Docket No. 73].

    B.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Secured Superpriority Postpetition Financing, (II) Granting Priming Liens and Superpriority Administrative Expenses Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed December 14, 2022) [Docket No. 82].

    C.    Notice of Event of Default (Filed: January 4, 2023) [Docket No. 155].

Status:    This matter is going forward.

14. **Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling A Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: December 9, 2022) [Docket No. 15].**

> **Response Deadline:** December 29, 2022 at 12:00 p.m. (Extended to January 2, 2023 at 12:00 noon for counsel to landlord group and to January 2, 2023 at 12:00 noon for the Official Committee of Unsecured Creditors).

> **Responses Received:**

A.    **Objection of the United States Trustee to Motion of the Debtors for Entry of an Order: (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof (Filed December 29, 2022) [Docket No. 124].**

B.    **Objection of Bel Aire Plaza, LLC and Deutsche Asset & Wealth Management to Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of The Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of The Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed 01/02/23) [Docket No. 131].**

C.    **Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and for Related Relief (Filed 01/02/23) [Docket No. 133].**

DOCS_DE:241833.3 56185/001

10

D.     **TriplePoint's Response to the Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and for Related Relief (Filed 01/03/23) [Docket No. 136].**

E.     **Anda Inc.'s Joinder to Committee's Objection and Request for Adjournment (Filed 01/03/23) [Docket No. 144].**

F.     **Debtors' Omnibus Reply in Support of Debtors' Bid Procedures Motion (Filed 01/03/23) [Docket No. 145].**

**Related Documents:**

A.     **Notice of Hearing on Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling A Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: December 13, 2022) [Docket No. 71].**

B.     **Notice of Deposition of Richard Willis to be Conducted by Videoconference by the Official Committee of Unsecured Creditors Pursuant to Federal Rules of Civil Procedure 26 and 30 and Federal Rules of Bankruptcy Procedure 2004, 7026, 7030, and 9014 (Filed: December 31, 2022) [Docket No. 130].**

C.     **Debtors' Motion for Leave to File a Late Reply in Support of Debtors' Bid Procedures Motion (Filed January 2, 2023) [Docket No. 134].**

**Status**:  **This matter is going forward.**

Dated:  January **6**, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

                                               */s/ Laura Davis Jones*
                                               Laura Davis Jones (DE Bar No. 2436)
                                               David M. Bertenthal (CA Bar No. 167624)
                                               Timothy P. Cairns (DE Bar No. 4228)
                                               919 North Market Street, 17ᵗʰ Floor
                                               P.O. Box 8705
                                               Wilmington, Delaware 19899-8705 (Courier 19801)
                                               Telephone:  302-652-4100
                                               Facsimile:  302-652-4400
                                               email:  ljones@pszjlaw.com
                                                       dbertenthal@pszjlaw.com
                                                       tcairns@pszjlaw.com

                                               *Proposed Counsel for Debtors and Debtors in*
                                               *Possession*