| | | |
|---|---|---|
| 1-800-GOT-JUNK? OF BELLEVUE<br>13930 NE 190TH ST<br>WOODINVILLE, WA 98072 | | Claim Number: 1<br>Claim Date: 12/19/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $502.46 |
| ALCHIMIE FOREVER LLC<br>1602 28TH ST NW<br>WASHINGTON, DC 20007 | | Claim Number: 20029<br>Claim Date: 12/24/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $12,075.89 |
| ARKANSAS DEPT OF FINANCE AND ADMIN<br>ATTN REVENUE LEGAL COUNSEL<br>PO BOX 1272, RM 2380<br>LITTLE ROCK, AR 72203 | | Claim Number: 20005<br>Claim Date: 12/15/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| PRIORITY | Claimed: | $155.00 |
| ATELIER VULCAN INC<br>66 W FLAGLER ST, STE 900, #6799<br>MIAMI, FL 33130 | | Claim Number: 20000<br>Claim Date: 12/12/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $82,712.76 |
| BLUE VISTA LLC<br>D/B/A PHOTOCRAFT IMAGING<br>510 BURBANK ST<br>BROOMFIELD, CO 80020 | | Claim Number: 20040<br>Claim Date: 12/30/2022<br>Debtor: MARG PHARMACY, INC. |
| UNSECURED | Claimed: | $40,942.92 |

| | | | |
|---|---|---|---|
| BODYBIO INC<br>45 REESE RD<br>MILLVILLE, NJ 08332 | | Claim Number: 20016<br>Claim Date: 12/20/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED | Claimed: | $61,369.83 | |
| BOOST OXYGEN LLC<br>125 OLD GATE LN<br>MILFORD, CT 06460 | | Claim Number: 20013<br>Claim Date: 12/19/2022<br>Debtor: MEDLY HEALTH INC. | |
| ADMINISTRATIVE | Claimed: | $22,062.00 | UNLIQ |
| CAPGEMINI AMERICA INC<br>ATTN TRACI ZALINSKI<br>79 FIFTH AVE, 3RD FL<br>NEW YORK, NY 10003 | | Claim Number: 20039<br>Claim Date: 12/30/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. | |
| UNSECURED | Claimed: | $58,700.00 | |
| CHEN, QING QI<br>PO BOX 16546<br>CHICAGO, IL 60616 | | Claim Number: 20008<br>Claim Date: 12/15/2022<br>Debtor: MEDLY CHICAGO INC. | |
| PRIORITY | Claimed: | $411.00 | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | | Claim Number: 20019<br>Claim Date: 12/21/2022<br>Debtor: CARE WELL PHARMACY, INC. | |
| UNSECURED | Claimed: | $153.32 | |

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 20034<br>Claim Date: 12/29/2022<br>Debtor: MEDLY ENTERPRISE LLC<br>Comments: POSSIBLY AMENDED BY 20042 | |
| UNSECURED          Claimed: | $2,482.68 | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK<br>4 IRVING PL, 9TH FL<br>NEW YORK, NY 10003 | Claim Number: 20042<br>Claim Date: 01/03/2023<br>Debtor: MEDLY HEALTH INC.<br>Comments:<br>AMENDS CLAIM #20034 | |
| UNSECURED          Claimed: | $2,482.68 | |
| CORNELL STOREFRONT SYSTEMS<br>C/O COFACE NORTH AMERICA INSURANCE CO<br>650 COLLEGE RD E, STE 2005<br>PRINCETON, PA 08540 | Claim Number: 20049<br>Claim Date: 01/04/2023<br>Debtor: MEDLY PHARMACY INC. | |
| UNSECURED          Claimed: | $53,271.48 | |
| DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>ATTN JOHN K TURNER<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | Claim Number: 20003<br>Claim Date: 12/13/2022<br>Debtor: MEDLY DALLAS INC. | |
| SECURED          Claimed: | $5,284.53 | |
| DASTON CORPORATION, THE<br>19 E MARKET ST, STE LL01<br>LEESBURG, VA 20176 | Claim Number: 20020<br>Claim Date: 12/21/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED          Claimed: | $68,620.43 | |

| | | |
|---|---|---|
| EDWARD C STAHL TRAVEL ADVISORS<br>ATTN EDWARD C STAHL<br>56 N SANTA CRUZ AVE<br>LOS GATOS, CA 95030 | | Claim Number: 8<br>Claim Date: 12/27/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $15,150.00 |
| ETHICALXCHANGE<br>110 E MAIN ST, STE 702<br>MADISON, WI 53703 | | Claim Number: 20004<br>Claim Date: 12/14/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $12,904.00 |
| GARDEN OF LIFE LLC<br>4200 NORTHCORP PKWY, STE 200<br>PALM BEACH GARDENS, FL 33410 | | Claim Number: 20014<br>Claim Date: 12/20/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $428,213.22 |
| HAMILTON BROOK SMITH & REYNOLDS PC<br>ATTN CRISTINA SHINNICK<br>530 VIRGINIA RD<br>CONCORD, MA 01742 | | Claim Number: 20036<br>Claim Date: 12/29/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $60,309.00 |
| HEALTHFORCE SUPERFOODS INC<br>ATTN PAT SPROUL, HEALTHFORCE SUPERFOODS<br>PO BOX 27740<br>LAS VEGAS, NV 89126 | | Claim Number: 20041<br>Claim Date: 01/02/2023<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $58,226.81 |

| | | |
|---|---|---|
| IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE, ID 83722 | | Claim Number: 20006<br>Claim Date: 12/15/2022<br>Debtor: MEDLY HEALTH INC. |
| PRIORITY | Claimed: | $5,896.62   UNLIQ |
| UNSECURED | Claimed: | $1,105.00   UNLIQ |
| INDABA TRADING LTD<br>2-1067 HERRING GULL WAY<br>PARKSVILLE, BC V9P 2N1<br>CANADA | | Claim Number: 20050<br>Claim Date: 01/04/2023<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $12,585.87 |
| INDIGO HANDLOOM INC<br>15 WAILAU PL<br>LAHAINA, HI 96761 | | Claim Number: 3<br>Claim Date: 12/21/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $21,454.00 |
| LAFCO ENTERPRISES INC<br>23 E 4TH S, FL 7<br>NEW YORK, NY 10003 | | Claim Number: 20022<br>Claim Date: 12/22/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $4,475.38 |
| LIFT CHOCOLATE INC<br>6395 GUNPARK DR, STE R<br>BOULDER, CO 80301 | | Claim Number: 20024<br>Claim Date: 12/22/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $8,525.48 |

| | | | |
|---|---|---|---|
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | | Claim Number: 6<br>Claim Date: 12/27/2022<br>Debtor: MEDLY HEALTH INC. | |
| PRIORITY | Claimed: | $17,192.10 | UNLIQ |
| UNSECURED | Claimed: | $2,324.72 | UNLIQ |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | | Claim Number: 7<br>Claim Date: 12/27/2022<br>Debtor: MEDLY HEALTH INC. | |
| PRIORITY | Claimed: | $17,192.10 | UNLIQ |
| UNSECURED | Claimed: | $2,324.72 | UNLIQ |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO<br>ATTN SAMUEL EFFRON<br>919 THIRD AVE<br>NEW YORK, NY 10022 | | Claim Number: 4<br>Claim Date: 12/21/2022<br>Debtor: MEDLY PHARMACY INC. | |
| UNSECURED | Claimed: | $241,837.91 | |
| MORINGA TREE LLC<br>340 LEWIS AVE<br>BILLINGS, MT 59101 | | Claim Number: 20047<br>Claim Date: 01/03/2023<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. | |
| UNSECURED | Claimed: | $10,098.30 | |
| MX LOGISTICS<br>20 CONSTITUTION AVE<br>PISCATAWAY, NJ 08854 | | Claim Number: 20002<br>Claim Date: 12/13/2022<br>Debtor: MARG PHARMACY, INC. | |
| ADMINISTRATIVE | Claimed: | $14,666.95 | |
| UNSECURED | Claimed: | $16,652.31 | |

| | | |
|---|---|---|
| NATURAL IMMUNOGENICS CORP<br>7504 PENNSYLVANIA AVE<br>SARASOTA, FL 34243 | | Claim Number: 20035<br>Claim Date: 12/29/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $28,961.38 |
| OMNISYS LLC<br>15950 DALLAS PKWY, STE 350<br>DALLAS, TX 74248 | | Claim Number: 20032<br>Claim Date: 12/28/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $15,027.88 |
| ORTHO MOLECULAR PRODUCTS INC<br>540 W NORTHWEST HWY, STE 200<br>LAKE BARRINGTON, IL 60010 | | Claim Number: 20023<br>Claim Date: 12/22/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $118,753.41 |
| PARA'KITO USA CORP<br>2040 NW 29TH ST<br>FORT LAUDERDALE, FL 33311 | | Claim Number: 2<br>Claim Date: 12/19/2022<br>Debtor: MEDLY HEALTH INC.<br>Comments:<br>AMENDS CLAIM #20012 |
| UNSECURED | Claimed: | $10,107.08 |
| PARA'KITO USA CORP<br>2040 NW 29TH ST<br>FORT LAUDERDALE, FL 33311 | | Claim Number: 20012<br>Claim Date: 12/16/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC.<br>Comments: POSSIBLY AMENDED BY 2 |
| UNSECURED | Claimed: | $10,107.08 |

| | | |
|---|---|---|
| PLUME COSMETICS INC<br>209 32 AVE NW<br>CALGARY, AB T2M 2P8<br>CANADA | Claim Number: 20028<br>Claim Date: 12/23/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED    Claimed: | $11,624.04   UNLIQ | |
| PUBLIC SERVICE COMPANY OF NEW MEXICO<br>414 SILVER AVE SW, MS0525<br>ALBUQUERQUE, NM 87102 | Claim Number: 20021<br>Claim Date: 12/22/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED    Claimed: | $1,010.24 | |
| QUAGGA ACCESSORIES LLC<br>9083 FROST AVE<br>BERKELEY, MO 63134 | Claim Number: 20027<br>Claim Date: 12/23/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED    Claimed: | $8,770.80 | |
| REGENCY PROTECTION SERVICES<br>16512 ARMINTA ST<br>VAN NUYS, CA 91406 | Claim Number: 20046<br>Claim Date: 01/03/2023<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED    Claimed: | $1,440.00 | |
| ROSENTHAL & ROSENTHAL INC<br>ATTN MELINDA DEJESUS<br>1370 BROADWAY, 3RD FL<br>NEW YORK, NY 10018 | Claim Number: 20030<br>Claim Date: 12/27/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED    Claimed: | $13,862.22 | |

| | | |
|---|---|---|
| ROSENTHAL & ROSENTHAL INC<br>ATTN MELINDA DEJESUS<br>1370 BROADWAY, 3RD FL<br>NEW YORK, NY 10018 | | Claim Number: 20031<br>Claim Date: 12/27/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $13,862.22 |
| ROTH GENERAL CONTRACTING LLC<br>2225 TANGLERIDGE<br>ROWLETT, TX 75088 | | Claim Number: 20001<br>Claim Date: 12/13/2022<br>Debtor: MEDLY PHARMACY INC. |
| UNSECURED | Claimed: | $97,655.00 |
| SOURCE OFFICE & TECHNOLOGY<br>13350 W 43RD DR<br>GOLDEN, CO 80403 | | Claim Number: 20009<br>Claim Date: 12/15/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $54,386.95 |
| STAT ADVISORS LLC<br>C/O KASEN & KASEN PC<br>1874 E MARLTON PIKE, STE 3<br>CHERRY HILL, NJ 08003 | | Claim Number: 20043<br>Claim Date: 01/03/2023<br>Debtor: MEDLY PHARMACY INC. |
| UNSECURED | Claimed: | $111,289.04 |
| STAT ADVISORS LLC<br>C/O KASEN & KASEN PC<br>1874 E MARLTON PIKE, STE 3<br>CHERRY HILL, NJ 08003 | | Claim Number: 20044<br>Claim Date: 01/03/2023<br>Debtor: TANGO340B LLC |
| UNSECURED | Claimed: | $111,289.04 |

| | | |
|---|---|---|
| TELLI INDUSTRIES INC<br>6283 S VALLEY VIEW BLVD, STE I<br>LAS VEGAS, NV 89118 | | Claim Number: 20011<br>Claim Date: 12/16/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $541.97 |
| TOTAL BEAUTY NETWORK (USA) INC<br>33 WINFIELD AVE<br>HARRISON, NY 10528 | | Claim Number: 20010<br>Claim Date: 12/16/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $97,848.21 |
| TRACE MINERALS<br>1996 W 3300 S<br>OGDEN, UT 84401 | | Claim Number: 20026<br>Claim Date: 12/22/2022<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $18,285.41 |
| TRACKMY SOLUTIONS INC<br>8700 MONROVIA ST, STE 310<br>LENEXA, KS 66215 | | Claim Number: 20045<br>Claim Date: 01/03/2023<br>Debtor: MEDLY HEALTH INC. |
| UNSECURED | Claimed: | $26,355.00 |
| TREE STAR GROUP INC<br>12821 SKYLINE BLVD<br>OAKLAND, CA 94619 | | Claim Number: 20017<br>Claim Date: 12/20/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. |
| UNSECURED | Claimed: | $3,124.57 |

| | | | |
|---|---|---|---|
| UNIWEB INC<br>222 S PROMENADE AVE<br>CORONA, CA 92879 | | Claim Number: 5<br>Claim Date: 12/22/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED | Claimed: | $551,664.41 | |
| V & D MECHANICAL<br>103-21 98TH ST<br>OZONE PARK, NY 11417 | | Claim Number: 20007<br>Claim Date: 12/15/2022<br>Debtor: MEDLY HEALTH INC. | |
| SECURED | Claimed: | $21,397.22 | |
| VALISURECL LLC<br>ATTN JESSICA WILLISTON<br>5 SCIENCE PARK<br>NEW HAVEN, CT 06511 | | Claim Number: 20038<br>Claim Date: 12/29/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED | Claimed: | $2,555,170.73 | |
| VANTAGE RISK SPECIALTY INSURANCE COMPANY<br>123 N WACKER DR, STE 1300<br>CHICAGO, IL 60606 | | Claim Number: 20015<br>Claim Date: 12/20/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED | Claimed: | $119,662.37 | |
| VITAL PLANET LLC<br>133 CANDY LN<br>PALM HARBOR, FL 34683 | | Claim Number: 20037<br>Claim Date: 12/29/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. | |
| UNSECURED | Claimed: | $10,295.70 | |

| | | | |
|---|---|---|---|
| VITALITY WORKS<br>8500 BLUEWATER RD NW<br>ALBUQUERQUE, NM 87121 | | Claim Number: 20025<br>Claim Date: 12/22/2022<br>Debtor: MEDLY PHARMACY INC. | |
| UNSECURED | Claimed: | $70,238.72 | |
| YELP INC<br>350 MISSION ST, 10TH FL<br>SAN FRANCISCO, CA 94105 | | Claim Number: 20018<br>Claim Date: 12/20/2022<br>Debtor: PHARMACA INTEGRATIVE PHARMACY, INC. | |
| UNSECURED | Claimed: | $6,325.00 | |
| YOTPO INC<br>233 SPRING ST, FL 6<br>NEW YORK, NY 10013 | | Claim Number: 20033<br>Claim Date: 12/29/2022<br>Debtor: MEDLY HEALTH INC. | |
| UNSECURED | Claimed: | $27,863.58 | |
| ZOOMINFO<br>805 BROADWAY ST, STE 900<br>VANCOUVER, WA 98660 | | Claim Number: 20048<br>Claim Date: 01/04/2023<br>Debtor: MEDLY PHARMACY INC. | |
| UNSECURED | Claimed: | $4,500.00 | |

## Summary Page

Total Number of Filed Claims: 59

|  | Claimed Amount | Allowed Amount |
| --- | --- | --- |
| Administrative: | $36,728.95 | $0.00 |
| Priority: | $40,846.82 | $0.00 |
| Secured: | $26,681.75 | $0.00 |
| Unsecured: | $5,379,523.22 | $0.00 |
| Total: | $5,483,780.74 | $0.00 |