## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Medly Health, Inc. and its debtor affiliates in the above-captioned chapter 11 cases filed on December 9, 2022, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their

---

[1]     The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767).  The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## A. <u>Global Notes and Overview of Methodology</u>

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.      **Description of the Chapter 11 Cases**. On December 9, 2022 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. On December 12, 2022, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 44].[2] Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2.      **Basis of Presentation**. In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. The Debtors used reasonable efforts to

---

[2]      On December 28, 2022, Debtor affiliates Khora Health Solutions Inc. ("Khora") and RPH Innovations LLC ("RPHI") also commenced voluntary cases under chapter 11 of the Bankruptcy Code. Pursuant to the *Order (A) Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only and (B) Applying Certain Orders in the Chapter 11 Cases of Medly Health, Inc. and Its Affiliated Debtors to the Chapter 11 Cases of Khora Health Solutions Inc. and RPH Innovations LLC* [Docket No. 152] entered on January 4, 2023, the cases of Khora and RPHI are now jointly administered with the cases of the Debtors. The Schedules and Statements for Khora and RPHI will be filed at a later date.

2

attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3.    **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on December 9, 2022, or the latest available record date before then.

4.    **Current Values**. The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.    **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or concerns or to protect the privacy of an individual. Pursuant to the *Order: (I) Authorizing the Debtors to: (A) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information For Individual Creditors; and (II) Granting Related Relief* [Docket No. 57], the Debtors are authorized to redact personally identifiable information from their Schedules and Statements.  Further, pursuant to *Order (Interim) Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules* [Docket No. 61], the Debtors are also authorized to maintain the confidentiality of patient information as required by the Health Insurance Portability and Accountability Act of 1996.

6.    **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the *Motion to Maintain Bank Accounts Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief* [Docket No. 7] (the "**Cash Management Motion**"), the Debtors utilize a centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.  In the ordinary course of business, the Debtors maintained business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**"). Additional information regarding the Intercompany Claims and Intercompany Transactions is described in the Cash Management Motion. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.    **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.

8.      **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

9.      **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

10.     **Insiders.**  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

11.     **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12.     **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13.     **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by this court after the initial hearing in these cases (collectively, the "**First Day Orders**").  The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders.  If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

14.     **Other Paid Claims**. If the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

15.    **Setoffs**. The Debtors routinely incurred certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtors and their customers or suppliers. In the ordinary course of business, the Debtors would setoff invoices with credit memos. These routine setoffs were consistent with the ordinary course of business in the Debtors' industry, and, therefore, were particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for, and may be excluded from the Schedules and Statements.

16.    **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

a.    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.  In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.  The Debtors' businesses were part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

17.  **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

B. **Specific Notes for Schedules**

1.    **Schedule A/B.**

   a.   **A/B.3**. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the ending cash balance of such account as of the Petition Date.

   b.   **A/B.7**. Deposits listed are potentially subject to offset by counterparty.

   c.   **A/B.70–77**. Despite exercising commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules.

2.    **Schedule D**.  Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Secured Superpriority Postpetition Financing, (II) Granting Priming Liens and Superpriority Administrative Expenses Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 14] (the "**DIP Financing Motion**"), which are subject to investigation and challenge by the Official Committee of Unsecured Creditors or other parties in interest.

   Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, including any final order approving the DIP Financing Motion, the Debtors and their estates and, subject to the foregoing limitations, note as follows:  (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D only are intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

   Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

   In addition to funded debt obligations, the Debtors have also listed on Schedule D potential claims relating to leased equipment still in the Debtors' possession on the Petition Date. The Debtors have filed a motion with the court to reject certain leases, including equipment leases, as of the Petition Date. These claims are listed as 'undetermined' amounts, and are contingent and unliquidated, noting their potential security interest relates to their interest in the leased equipment.

7

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.    **Schedule E/F**

a.    **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as contingent, pending final resolution of ongoing audits or other outstanding issues.

b.    **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such

8

trade creditors and taxing authorities as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Intercompany payables among the Debtors are reported on Schedule E/F, per the Debtors' books and records, which may or may not result in allowed or enforceable claims by or against a given Debtor. The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to customary intercompany policies and practices not reflected in the Schedules.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4.    **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. In addition, as described herein, certain nondisclosure agreements or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.

5.    **Schedule H**. The Debtors are party to certain prepetition secured credit agreements which were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each individual debtor. Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

### C.  Specific Notes for Statements

1.      **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from September 10, 2022 to December 9, 2022. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

2.      **Statement 5**. On occasion, the Debtors may return goods to vendors or suppliers in the ordinary course of business.  These are listed in Schedule 5, along with all returns of goods to vendors and suppliers.

3.      **Statement 6**. The Debtors maintained certain customer programs, including return and refund programs pursuant to which customers may receive credits. In the ordinary course of business, the Debtors accrued certain payables to customers in the form of rebates and other incentives.  These have not been listed on Schedule 6. The items listed in Statement 6 are instances where the Debtors specifically allowed and agreed to an offset of the Debtor's accounts payable against the Debtor's accounts receivable.

4.      **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings. The Debtors are working with their insurance carriers to obtain details relating to workers' compensation, auto and general liability claims and will supplement the Statement when received.

5.      **Statement 10**. Amounts listed herein were for events that were reported or tracked for insurance purposes. *De minimis* losses are not separately tracked by the Debtors and were not included on Statement 10.

6.      **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11. Additional information regarding the Debtors' retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders.

7.      **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties. Professionals retained by the Debtors prior to the Petition Date also ran a comprehensive marketing and sale process and disclosed substantial financial information to numerous interested parties.  Parties provided with historical financial information as part of the

10

Debtors' marketing and sale process have not been listed on Statement 26(d). Recipients of financial information generally received consolidated accounts for the Debtors.

8.      **Statement 30**. The Debtors believe Statement 30 is also covered by Statement 4.

**Fill in this information to identify the case:**

Debtor name   **Medly Jersey City Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **22-11274**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January  8, 2023__          X /s/ Richard S. Willis
                                            Signature of individual signing on behalf of debtor

                                            **Richard S. Willis**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Medly Jersey City Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **22-11274**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................. $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................ $       **903,080.83**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................. $       **903,080.83**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $   **101,171,503.68**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $       **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$       **617,465.86**

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b

$   **101,788,969.54**

**Fill in this information to identify the case:**

Debtor name     **Medly Jersey City Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **22-11274**

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Medly Jersey City Inc.** | **xxxxx6765** | $0.00 |
| 3.2. | **Silicon Valley Bank** | **Medly Jersey City Operating** | **xxxxxx2049** | $0.00 |
| 3.3. | **Silicon Valley Bank** | **Medly Jersey City Payroll** | **xxxxxx2053** | $0.00 |
| 3.4. | **Silicon Valley Bank** | **Medly Jersey City Cash Collateral** | **xxxxxx2068** | $0.00 |
| 3.5. | **Silicon Valley Bank** | **Medly Jersey City Analysis Checking** | **xxxxxx4726** | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $0.00 |

**Part 2:**     **Deposits and Prepayments**

Debtor   **Medly Jersey City Inc.**                                        Case number *(If known)* **22-11274**
Name

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.   **Security Deposit**                                                      $31,000.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1.   **Micro Merchant Systems Inc.**                                           $2,125.53

   8.2.   **Panatrack Inc.**                                                        $986.03

   8.3.   **Ramon & Gladys Cruz - rent**                                            $16,443.95

   8.4.   **XSi Retail Partners**                                                   $756.51

9.      **Total of Part 2.**                                                        $51,312.02
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        499,948.23     -     459,879.25  = ....          $40,068.98
face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:           55,949.75      -     55,949.75   =....            $0.00
face amount                      doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                       $40,068.98
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Medly Jersey City Inc.** | Case number *(If known)* **22-11274** |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | Finished Goods | September 2022 | $76,873.11 | NBV | $76,873.11 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $76,873.11 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Furniture & Fixtures | $57,753.44 | NBV | $57,753.44 |
| 40. | **Office fixtures** | | | |
| | Leasehold Improvements | $608,833.24 | NBV | $608,833.24 |

---

Debtor  **Medly Jersey City Inc.**                                    Case number *(If known)*  **22-11274**
Name

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | Computers | $3,773.46 | NBV | $3,773.46 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | | |
|---|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | | $670,360.14 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Equipment | $64,466.58 | NBVB | $64,466.58 |

| 51. | **Total of Part 8.** | |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | $64,466.58 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

---

Debtor    **Medly Jersey City Inc.**                                    Case number *(If known)* **22-11274**
          Name

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real Property Lease - 152 Newark Ave., Jersey City NJ** | **Lessor** | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**                                                                                    **$0.00**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **See Attachment B.62 for details** | **Unknown** | | **Unknown** |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                   **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **Medly Jersey City Inc.** | Case number *(If known)* **22-11274** |
|---|---|---|
| | Name | |

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:        All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | **Various insurance policies** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Medly Jersey City Inc.**_____     Case number *(If known)*  **22-11274**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $51,312.02 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,068.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $76,873.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $670,360.14 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $64,466.58 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $903,080.83 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $903,080.83 |

Attachment B.62
Licenses, franchises and royalites

| Debtor | Licensing Agency | License Type | LICENSE # | Expiration |
|---|---|---|---|---|
| Medly Jersey City Inc. | DEA | CMEA | 210281310 | 9/30/2022 |
| Medly Jersey City Inc. | DEA | DEA | FM0778235 | 1/31/2024 |
| Medly Jersey City Inc. | NJ Board of Pharmacy | PHAR | 28RS00785300 | 6/30/2023 |
| Medly Jersey City Inc. | State of New Jersey | CDS | D12004000 | 10/31/2022 |

Attachment B.62
Licenses, franchises and royalties

| Debtor | Licensing Agency | License Type | LICENSE # | Expiration |
|---|---|---|---|---|
| Medly Jersey City Inc. | City of Jersey City | BUS | 22-30955 | 2/24/2023 |

Fill in this information to identify the case:

Debtor name **Medly Jersey City Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **22-11274**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Eight Roads Ventures India III LP**
Creditor's Name

**Pembroke Hall**
**42 Crow Lane**
**Hamilton HM19 BMU**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All personal property of the Debtor**

Describe the lien
**UCC-1 Filing**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

| Unknown | Unknown |

**2.2** **F-Prime Capital Partners Health**
Creditor's Name

**and Services Fund II LP**
**1 Main Street**
**13th Floor**
**Cambridge, MA 02142**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**All personal property of the Debtor**

Describe the lien
**UCC-1 Filing**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Unknown | Unknown |

Debtor    **Medly Jersey City Inc.**                                    Case number (if known)    **22-11274**
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Greycroft ACI Evolution Fund I, L.P.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Greycroft
292 Madison Ave.
Floor 8
New York, NY 10017**
Creditor's mailing address

**All personal property of the Debtor**

Creditor's email address, if known

**Describe the lien**
**UCC-1 Filing**
**Is the creditor an insider or related party?**
☐ No
■ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Greycroft Partners V, L.P.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Greycroft
292 Madison Ave.
Floor 8
New York, NY 10017**
Creditor's mailing address

**All personal property of the Debtor**

Creditor's email address, if known

**Describe the lien**
**UCC-1 Filing**
**Is the creditor an insider or related party?**
☐ No
■ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **HTC Global Services, Inc.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**3270 West Big Beaver Road
Troy, MI 48084**

**All personal property of the Debtor**

---

Debtor   **Medly Jersey City Inc.**                                          Case number (if known)   **22-11274**
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC-1 Filing** |
| | **Is the creditor an insider or related party?**<br>☐ No<br>■ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Lindenwood Health, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All personal property of the Debtor** | | |

**192 Geldner Avenue**
**Staten Island, NY 10306**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC-1 Filing** |
| | **Is the creditor an insider or related party?**<br>☐ No<br>■ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Prysm Capital Fund 1, L.P.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All personal property of the Debtor** | | |

**c/o Prysm Capital**
**188 Nassau Street**
**Princeton, NJ 08542**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC-1 Filing** |
| | **Is the creditor an insider or related party?**<br>☐ No<br>■ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

| Debtor | **Medly Jersey City Inc.** | | Case number *(if known)* | **22-11274** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.8 | **Silicon Valley Bank** | Describe debtor's property that is subject to a lien | **$19,861,905.31** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3003 Tasman Drive, HF 150
Santa Clara, CA 95054**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/1/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All assets of the Debtor.**

**Describe the lien**

**Loan and Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.9 | **Triplepoint Venture Growth BDC Corp.** | Describe debtor's property that is subject to a lien | **$81,309,598.37** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2755 Sand Hill Road
Suite 150
Menlo Park, CA 94025**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/20/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All personal property of Debtor.**

**Describe the lien**

**Growth Capital Loan Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.10 | **Volition Capital Fund III, L.P.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Volition Capital LLC
177 Huntington Avenue
16th Floor
Boston, MA 02115**

Creditor's mailing address

**All personal property of the Debtor**

**Describe the lien**

**UCC-1 Filing**

---

| | |
|---|---|
| Debtor | **Medly Jersey City Inc.** |
| | Name |

Case number (if known)    **22-11274**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☐ No

■ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| | |
|---|---|
| 2.1 1 | **Volition Capital Select Fund I, L.P.** |
| | Creditor's Name |

**Volition Capital LLC
177 Huntington Avenue
16th Floor
Boston, MA 02115**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

Unknown        Unknown

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**

☐ No

■ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $101,171,503.68

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Medly Jersey City Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **22-11274**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Amazon Business**<br>**PO Box 035184**<br>**Seattle, WA 98124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,284.23** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Associated Couriers, LLC**<br>**PO Box 631258**<br>**Cincinnati, OH 45263**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,601.57** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Boss Facility Services Inc**<br>**60 Adams Ave.**<br>**Ste. 109**<br>**Hauppauge, NY 11788**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$287.89** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Brinco Mechanical Mgmt Services**<br>**125 South Main Street**<br>**Freeport, NY 11520**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$421.17** |

| Debtor | **Medly Jersey City Inc.** | Case number (if known) | **22-11274** |
|---|---|---|---|
| | Name | | |

**3.5** Nonpriority creditor's name and mailing address
**Cardinal Health LLC**
**c/o Bank of America Lockbox**
**5303 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$563,771.99**

---

**3.6** Nonpriority creditor's name and mailing address
**CSC (4736)**
**P.O. Box 7410023**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$300.03**

---

**3.7** Nonpriority creditor's name and mailing address
**CuraScript SD**
**PO Box 978510**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,740.30**

---

**3.8** Nonpriority creditor's name and mailing address
**JA Carpentry Inc**
**150 English Street**
**Hackensack, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,812.50**

---

**3.9** Nonpriority creditor's name and mailing address
**Marg Pharmacy**
**40 West Main St.**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40.86**

---

**3.10** Nonpriority creditor's name and mailing address
**Medly Pharmacy Brooklyn Inc**
**31 Debevoise Street**
**Floor 1**
**Brooklyn, NY 11206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,083.83**

---

**3.11** Nonpriority creditor's name and mailing address
**MG Security Services LLC**
**7 West 36TH St.**
**12TH Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,050.66**

---

| Debtor | **Medly Jersey City Inc.** | | Case number (*if known*) | **22-11274** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,019.64 |
|---|---|---|---|
| | **Micro Merchant Systems Inc**<br>**6800 Jericho Turnpike**<br>**Suite 203E**<br>**Syosset, NY 11791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 |
|---|---|---|---|
| | **Orkin Exterminating Co**<br>**2170 Piedmont Road**<br>**Atlanta, GA 30324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.78 |
|---|---|---|---|
| | **PSE&G (4300)**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-1444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,443.95 |
|---|---|---|---|
| | **Ramon & Gladys Cruz**<br>**1583 Pershing Place**<br>**South Plainfield, NJ 07080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.98 |
|---|---|---|---|
| | **Safewatch Inc**<br>**PO Box 300554**<br>**JFK Airport Station**<br>**Jamaica, NY 11430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,223.51 |
|---|---|---|---|
| | **Seqirus**<br>**PO BOX 745986**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.27 |
|---|---|---|---|
| | **Stericycle Inc**<br>**PO Box 6582**<br>**Carol Stream, IL 60197-6582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Medly Jersey City Inc.** | Case number (if known) | **22-11274** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.13 |
|---|---|---|---|

**Verizon (0177)**
**PO Box 16801**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,786.57 |
|---|---|---|---|

**Vista Visual Group**
**275 W Hoffman Ave**
**New York, NY 11757**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 617,465.86 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 617,465.86 |

**Fill in this information to identify the case:**

Debtor name        **Medly Jersey City Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-11274**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
         (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Commercial Lease Agreement dated July 7, 2020** | |
| State the term remaining | |
| List the contract number of any government contract | **Ramon Cruz & Gladys Cruz**<br>**121 Erie Street**<br>**Jersey City, NJ 07302** |

**Fill in this information to identify the case:**

Debtor name  **Medly Jersey City Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)  **22-11274**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Silicon Valley Bank | ■ D  **2.8** ☐ E/F ____ ☐ G ____ |
| 2.2 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Triplepoint Venture Growth BDC Corp. | ■ D  **2.9** ☐ E/F ____ ☐ G ____ |
| 2.3 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Eight Roads Ventures India III LP | ■ D  **2.1** ☐ E/F ____ ☐ G ____ |
| 2.4 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | F-Prime Capital Partners Health | ■ D  **2.2** ☐ E/F ____ ☐ G ____ |

Debtor **Medly Jersey City Inc.**                    Case number *(if known)* **22-11274**

| ▊ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Care Well Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.3__ ☐ E/F  _____ ☐ G  _____ |
| 2.6 | **Care Well Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft Partners V, L.P.** | ■ D  __2.4__ ☐ E/F  _____ ☐ G  _____ |
| 2.7 | **Care Well Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  __2.5__ ☐ E/F  _____ ☐ G  _____ |
| 2.8 | **Care Well Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  __2.6__ ☐ E/F  _____ ☐ G  _____ |
| 2.9 | **Care Well Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  __2.7__ ☐ E/F  _____ ☐ G  _____ |
| 2.10 | **Care Well Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.10__ ☐ E/F  _____ ☐ G  _____ |
| 2.11 | **Care Well Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Select Fund I, L.P.** | ■ D  __2.11__ ☐ E/F  _____ ☐ G  _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___**2.8**___ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___**2.9**___ ☐ E/F _____ ☐ G _____ |
| 2.14 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D ___**2.5**___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.20 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.21 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.22 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.23 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.24 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
| --- | --- | --- | --- |

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Codebtor | | Creditor | |
| --- | --- | --- | --- | --- |
| 2.26 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D    **2.2** ☐ E/F _____ ☐ G _____ |
| 2.27 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D    **2.3** ☐ E/F _____ ☐ G _____ |
| 2.28 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D    **2.4** ☐ E/F _____ ☐ G _____ |
| 2.29 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D    **2.5** ☐ E/F _____ ☐ G _____ |
| 2.30 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D    **2.6** ☐ E/F _____ ☐ G _____ |
| 2.31 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D    **2.7** ☐ E/F _____ ☐ G _____ |
| 2.32 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D    **2.10** ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.33 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.11** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.34 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   **2.8** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.35 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D   **2.9** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.36 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D   **2.1** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.37 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D   **2.2** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.38 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   **2.3** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.39 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   **2.4** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.41 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.42 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.43 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.44 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.45 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.46 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*    **22-11274**

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.47 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **F-Prime Capital Partners Health** | ▪ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **HTC Global Services, Inc.** | ▪ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **Lindenwood Health, Inc.** | ▪ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **Volition Capital Fund III, L.P.** | ▪ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **Volition Capital Fund III, L.P.** | ▪ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ▪ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ▪ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Medly Jersey City Inc.**                                Case number *(if known)*   **22-11274**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | | | | | |
|---|---|---|---|---|---|

2.54  **Medly Bedford Ave Pharmacy Inc.**   7088 Winchester Circle Suite 100 Boulder, CO 80301   **Eight Roads Ventures India III LP**   ■ D  __2.1__  ☐ E/F ____  ☐ G ____

2.55  **Medly Bedford Ave Pharmacy Inc.**   7088 Winchester Circle Suite 100 Boulder, CO 80301   **F-Prime Capital Partners Health**   ■ D  __2.2__  ☐ E/F ____  ☐ G ____

2.56  **Medly Bedford Ave Pharmacy Inc.**   7088 Winchester Circle Suite 100 Boulder, CO 80301   **Greycroft ACI Evolution Fund I, L.P.**   ■ D  __2.3__  ☐ E/F ____  ☐ G ____

2.57  **Medly Bedford Ave Pharmacy Inc.**   7088 Winchester Circle Suite 100 Boulder, CO 80301   **Greycroft ACI Evolution Fund I, L.P.**   ■ D  __2.4__  ☐ E/F ____  ☐ G ____

2.58  **Medly Bedford Ave Pharmacy Inc.**   7088 Winchester Circle Suite 100 Boulder, CO 80301   **HTC Global Services, Inc.**   ■ D  __2.5__  ☐ E/F ____  ☐ G ____

2.59  **Medly Bedford Ave Pharmacy Inc.**   7088 Winchester Circle Suite 100 Boulder, CO 80301   **Lindenwood Health, Inc.**   ■ D  __2.6__  ☐ E/F ____  ☐ G ____

2.60  **Medly Bedford Ave Pharmacy Inc.**   7088 Winchester Circle Suite 100 Boulder, CO 80301   **Prysm Capital Fund 1, L.P.**   ■ D  __2.7__  ☐ E/F ____  ☐ G ____

---

Debtor    **Medly Jersey City Inc.**                                         Case number *(if known)*    **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.61 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.10___ □ E/F _____ □ G _____ |
| 2.62 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.11___ □ E/F _____ □ G _____ |
| 2.63 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___2.8___ □ E/F _____ □ G _____ |
| 2.64 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___2.9___ □ E/F _____ □ G _____ |
| 2.65 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___2.1___ □ E/F _____ □ G _____ |
| 2.66 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___2.2___ □ E/F _____ □ G _____ |
| 2.67 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.3___ □ E/F _____ □ G _____ |

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*    **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.68 | **Medly Bristol Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.69 | **Medly Bristol Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.70 | **Medly Bristol Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.71 | **Medly Bristol Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.72 | **Medly Bristol Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.73 | **Medly Bristol Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.74 | **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*    **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.75  **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.76  **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.77  **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.78  **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.79  **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.80  **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.81  **Medly Bronx Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Medly Jersey City Inc.**                                           Case number *(if known)*    **22-11274**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| 2.82 | **Medly Bronx Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.83 | **Medly Bronx Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.84 | **Medly Bronx Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.85 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.86 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.87 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.88 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Debtor   **Medly Jersey City Inc.**                              Case number *(if known)*   **22-11274**

**▮** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.89  **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.90  **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.91  **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.92  **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.93  **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.94  **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.95  **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.96 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.97 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.98 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.99 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.100 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.101 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.102 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*  **22-11274**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.10 3 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▮ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.10 4 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▮ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.10 5 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.10 6 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.10 7 | **Medly DC Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ▮ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.10 8 | **Medly DC Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ▮ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.10 9 | **Medly DC Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ▮ D __2.1__ ☐ E/F ____ ☐ G ____ |

Debtor  **Medly Jersey City Inc.**                                    Case number *(if known)*  **22-11274**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.110 | **Medly DC Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ▮ D  __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.111 | **Medly DC Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D  __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.112 | **Medly DC Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D  __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.113 | **Medly DC Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ▮ D  __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.114 | **Medly DC Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▮ D  __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.115 | **Medly DC Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▮ D  __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.116 | **Medly DC Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D  __2.10__ ☐ E/F _____ ☐ G _____ |

Debtor   **Medly Jersey City Inc.**                              Case number *(if known)*  **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.11 7 | **Medly DC Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.11 8 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.11 9 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.12 0 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.12 1 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.12 2 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.12 3 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.124 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.125 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▮ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.126 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▮ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.127 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.128 | **Medly Enterprise LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.129 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ▮ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.130 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ▮ D __2.9__ ☐ E/F _____ ☐ G _____ |

Debtor   **Medly Jersey City Inc.**                                   Case number *(if known)*   **22-11274**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| 2.13 1 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ▮ D  **2.1** ☐ E/F ____ ☐ G ____ |
| 2.13 2 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ▮ D  **2.2** ☐ E/F ____ ☐ G ____ |
| 2.13 3 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D  **2.3** ☐ E/F ____ ☐ G ____ |
| 2.13 4 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D  **2.4** ☐ E/F ____ ☐ G ____ |
| 2.13 5 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ▮ D  **2.5** ☐ E/F ____ ☐ G ____ |
| 2.13 6 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▮ D  **2.6** ☐ E/F ____ ☐ G ____ |
| 2.13 7 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▮ D  **2.7** ☐ E/F ____ ☐ G ____ |

| Debtor | **Medly Jersey City Inc.** | | Case number *(if known)* | **22-11274** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.138 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D    **2.10** ☐ E/F ____ ☐ G ____ |
| 2.139 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D    **2.11** ☐ E/F ____ ☐ G ____ |
| 2.140 | **Medly Health Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D    **2.8** ☐ E/F ____ ☐ G ____ |
| 2.141 | **Medly Health Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D    **2.9** ☐ E/F ____ ☐ G ____ |
| 2.142 | **Medly Health Inc.** | 7088 Winchester Circle Ssuite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D    **2.1** ☐ E/F ____ ☐ G ____ |
| 2.143 | **Medly Health Inc.** | 7088 Winchester Circle Ssuite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D    **2.2** ☐ E/F ____ ☐ G ____ |
| 2.144 | **Medly Health Inc.** | 7088 Winchester Circle Ssuite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D    **2.3** ☐ E/F ____ ☐ G ____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.145 | Medly Health Inc. | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | Greycroft ACI Evolution Fund I, L.P. | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.146 | Medly Health Inc. | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | HTC Global Services, Inc. | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.147 | Medly Health Inc. | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | Lindenwood Health, Inc. | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.148 | Medly Health Inc. | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | Prysm Capital Fund 1, L.P. | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.149 | Medly Health Inc. | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | Volition Capital Fund III, L.P. | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.150 | Medly Health Inc. | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | Volition Capital Fund III, L.P. | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.151 | Medly Houston Inc. | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | Silicon Valley Bank | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

Schedule H: Your Codebtors

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*    **22-11274**

---

▮ **Additional Page to List More Codebtors**

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | |
|---|---|
| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.15 2 | **Medly Houston Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Triplepoint Venture Growth BDC Corp.** | ▪ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 3 | **Medly Houston Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Eight Roads Ventures India III LP** | ▪ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 4 | **Medly Houston Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **F-Prime Capital Partners Health** | ▪ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 5 | **Medly Houston Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 6 | **Medly Houston Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 7 | **Medly Houston Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **HTC Global Services, Inc.** | ▪ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 8 | **Medly Houston Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Lindenwood Health, Inc.** | ▪ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.159 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.160 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.161 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.162 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.163 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.164 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.165 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.16 6 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.16 7 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.16 8 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.16 9 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.17 0 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.17 1 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.17 2 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |

Debtor   **Medly Jersey City Inc.**                                     Case number *(if known)*   **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.17 3 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D **2.8** ☐ E/F _____ ☐ G _____ |
| 2.17 4 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D **2.9** ☐ E/F _____ ☐ G _____ |
| 2.17 5 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.17 6 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D **2.2** ☐ E/F _____ ☐ G _____ |
| 2.17 7 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D **2.3** ☐ E/F _____ ☐ G _____ |
| 2.17 8 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D **2.4** ☐ E/F _____ ☐ G _____ |
| 2.17 9 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D **2.5** ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | | Case number *(if known)* | **22-11274** |
|---|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.180 | **Medly Miami Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.181 | **Medly Miami Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.182 | **Medly Miami Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.183 | **Medly Orlando** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.184 | **Medly Orlando** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.185 | **Medly Orlando** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.186 | **Medly Orlando** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.18 7 | **Medly Orlando** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D    **2.7** ☐ E/F _____ ☐ G _____ |
| 2.18 8 | **Medly Orlando** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D    **2.10** ☐ E/F _____ ☐ G _____ |
| 2.18 9 | **Medly Orlando** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D    **2.11** ☐ E/F _____ ☐ G _____ |
| 2.19 0 | **Medly Orlando Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D    **2.8** ☐ E/F _____ ☐ G _____ |
| 2.19 1 | **Medly Orlando Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D    **2.9** ☐ E/F _____ ☐ G _____ |
| 2.19 2 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D    **2.8** ☐ E/F _____ ☐ G _____ |
| 2.19 3 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D    **2.9** ☐ E/F _____ ☐ G _____ |

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*    **22-11274**

▇▇▇  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 4 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.19 5 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.19 6 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.19 7 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.19 8 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.19 9 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.20 0 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Medly Jersey City Inc.** | | Case number *(if known)* | **22-11274** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                  *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.20 1 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.20 2 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.20 3 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.20 4 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.20 5 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.20 6 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.20 7 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 8 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.20 9 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.21 0 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.21 1 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.21 2 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.21 3 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.21 4 | **Medly Pittsburgh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |

Debtor  **Medly Jersey City Inc.**                                      Case number *(if known)*  **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.215 | **Medly Pittsburgh Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.216 | **Medly Pittsburgh Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.217 | **Medly Pittsburgh Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.218 | **Medly Pittsburgh Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.219 | **Medly Pittsburgh Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.220 | **Medly Pittsburgh Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.221 | **Medly Pittsburgh Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Medly Jersey City Inc.**                                    Case number *(if known)*  **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.222 | **Medly Pittsburgh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.223 | **Medly Pittsburgh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.224 | **Medly Pittsburgh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.225 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.226 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D   **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.227 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.228 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

�

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.229 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.230 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.231 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.232 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.233 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.234 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.235 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |

Debtor  **Medly Jersey City Inc.**                              Case number *(if known)*  **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.236 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  **2.8** ☐ E/F _____ ☐ G _____ |
| 2.237 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  **2.9** ☐ E/F _____ ☐ G _____ |
| 2.238 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.239 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.240 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.241 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.242 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  **2.5** ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.243 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.244 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.245 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.246 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.247 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.248 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.249 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | | Case number *(if known)* | **22-11274** |

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.250 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.251 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.252 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.253 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.254 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.255 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.256 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Medly Jersey City Inc.**                                       Case number *(if known)*    **22-11274**

▮   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.25 7 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** |

■ D ___2.11___
☐ E/F _____
☐ G _____

| 2.25 8 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** |
|---|---|---|---|

■ D ___2.8___
☐ E/F _____
☐ G _____

| 2.25 9 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** |
|---|---|---|---|

■ D ___2.9___
☐ E/F _____
☐ G _____

| 2.26 0 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** |
|---|---|---|---|

■ D ___2.1___
☐ E/F _____
☐ G _____

| 2.26 1 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** |
|---|---|---|---|

■ D ___2.2___
☐ E/F _____
☐ G _____

| 2.26 2 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** |
|---|---|---|---|

■ D ___2.3___
☐ E/F _____
☐ G _____

| 2.26 3 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** |
|---|---|---|---|

■ D ___2.4___
☐ E/F _____
☐ G _____

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*    **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.26 4 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.26 5 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.26 6 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.26 7 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.26 8 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.26 9 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.27 0 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.27 1 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.27 2 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.27 3 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.27 4 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.27 5 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.27 6 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.27 7 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*   **22-11274**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.278 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.279 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.280 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.8__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.281 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.282 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.283 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.284 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Medly Jersey City Inc.**                                     Case number *(if known)*    **22-11274**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.28 5 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** |
| | | | ■ D  **2.4**  ☐ E/F _____  ☐ G _____ |
| 2.28 6 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** |
| | | | ■ D  **2.5**  ☐ E/F _____  ☐ G _____ |
| 2.28 7 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** |
| | | | ■ D  **2.6**  ☐ E/F _____  ☐ G _____ |
| 2.28 8 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** |
| | | | ■ D  **2.7**  ☐ E/F _____  ☐ G _____ |
| 2.28 9 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** |
| | | | ■ D  **2.10**  ☐ E/F _____  ☐ G _____ |
| 2.29 0 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** |
| | | | ■ D  **2.11**  ☐ E/F _____  ☐ G _____ |
| 2.29 1 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** |
| | | | ■ D  **2.8**  ☐ E/F _____  ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.29 2 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.29 3 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.29 4 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.29 5 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.29 6 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.29 7 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.29 8 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

Debtor   **Medly Jersey City Inc.**                              Case number *(if known)*   **22-11274**

---

| ▪ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.299 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▪ D  __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.300 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▪ D  __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.301 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▪ D  __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.302 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ▪ D  __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.303 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ▪ D  __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.304 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ▪ D  __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.305 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ▪ D  __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.30 6 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.30 7 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.30 8 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D ___**2.5**___ ☐ E/F _____ ☐ G _____ |
| 2.30 9 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |
| 2.31 0 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D ___**2.7**___ ☐ E/F _____ ☐ G _____ |
| 2.31 1 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___**2.10**___ ☐ E/F _____ ☐ G _____ |
| 2.31 2 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___**2.11**___ ☐ E/F _____ ☐ G _____ |

Debtor    **Medly Jersey City Inc.**                               Case number *(if known)*    **22-11274**

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.31 3 | **Tango340B LLC**    **7088 Winchester Circle**    **Suite 100**    **Boulder, CO 80301** | **Silicon Valley Bank** | ▪ D __2.8__    ☐ E/F _____    ☐ G _____ |
| 2.31 4 | **Tango340B LLC**    **7088 Winchester Circle**    **Suite 100**    **Boulder, CO 80301** | **Triplepoint Venture Growth BDC Corp.** | ▪ D __2.9__    ☐ E/F _____    ☐ G _____ |
| 2.31 5 | **Tango340B LLC**    **7088 Winchester Circle**    **Suite 100**    **Boulder, CO 80301** | **Eight Roads Ventures India III LP** | ▪ D __2.1__    ☐ E/F _____    ☐ G _____ |
| 2.31 6 | **Tango340B LLC**    **7088 Winchester Circle**    **Suite 100**    **Boulder, CO 80301** | **F-Prime Capital Partners Health** | ▪ D __2.2__    ☐ E/F _____    ☐ G _____ |
| 2.31 7 | **Tango340B LLC**    **7088 Winchester Circle**    **Suite 100**    **Boulder, CO 80301** | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D __2.3__    ☐ E/F _____    ☐ G _____ |
| 2.31 8 | **Tango340B LLC**    **7088 Winchester Circle**    **Suite 100**    **Boulder, CO 80301** | **Greycroft Partners V, L.P.** | ▪ D __2.4__    ☐ E/F _____    ☐ G _____ |
| 2.31 9 | **Tango340B LLC**    **7088 Winchester Circle**    **Suite 100**    **Boulder, CO 80301** | **HTC Global Services, Inc.** | ▪ D __2.5__    ☐ E/F _____    ☐ G _____ |

Debtor    **Medly Jersey City Inc.**                                    Case number *(if known)*    **22-11274**

| ⬛ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.320 | **Tango340B LLC** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ⬛ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.321 | **Tango340B LLC** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ⬛ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.322 | **Tango340B LLC** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ⬛ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.323 | **Tango340B LLC** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Select Fund I, L.P.** | ⬛ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.324 | **West Campbell Pharmacy Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ⬛ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.325 | **West Campbell Pharmacy Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ⬛ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.326 | **West Campbell Pharmacy Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ⬛ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Medly Jersey City Inc.** | | Case number *(if known)* | **22-11274** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.32 7 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.32 8 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.32 9 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.33 0 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.33 1 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.33 2 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.33 3 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Medly Jersey City Inc.** | Case number *(if known)* | **22-11274** |

---

### Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.33 4 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.33 5 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Ramon Cruz & Gladys Cruz** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |