## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Medly Health, Inc. and its debtor affiliates in the above-captioned chapter 11 cases filed on December 9, 2022, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767).  The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

### A.  Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.    **Description of the Chapter 11 Cases**. On December 9, 2022 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  On December 12, 2022, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 44].[2] Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2.    **Basis of Presentation**. In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  The Debtors used reasonable efforts to

---

[2]    On December 28, 2022, Debtor affiliates Khora Health Solutions Inc. ("Khora") and RPH Innovations LLC ("RPHI") also commenced voluntary cases under chapter 11 of the Bankruptcy Code.  Pursuant to the *Order (A) Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only and (B) Applying Certain Orders in the Chapter 11 Cases of Medly Health, Inc. and Its Affiliated Debtors to the Chapter 11 Cases of Khora Health Solutions Inc. and RPH Innovations LLC* [Docket No. 152] entered on January 4, 2023, the cases of Khora and RPHI are now jointly administered with the cases of the Debtors.  The Schedules and Statements for Khora and RPHI will be filed at a later date.

attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3.    **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on December 9, 2022, or the latest available record date before then.

4.    **Current Values**. The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.    **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or concerns or to protect the privacy of an individual. Pursuant to the *Order: (I) Authorizing the Debtors to: (A) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix For Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information For Individual Creditors; and (II) Granting Related Relief* [Docket No. 57], the Debtors are authorized to redact personally identifiable information from their Schedules and Statements. Further, pursuant to *Order (Interim) Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules* [Docket No. 61], the Debtors are also authorized to maintain the confidentiality of patient information as required by the Health Insurance Portability and Accountability Act of 1996.

6.    **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the *Motion to Maintain Bank Accounts Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief* [Docket No. 7] (the "**Cash Management Motion**"), the Debtors utilize a centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations. In the ordinary course of business, the Debtors maintained business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**"). Additional information regarding the Intercompany Claims and Intercompany Transactions is described in the Cash Management Motion. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.    **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.

8.      **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

9.      **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

10.     **Insiders.**   For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

11.     **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12.     **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13.     **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by this court after the initial hearing in these cases (collectively, the "**First Day Orders**").  The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders.  If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

14.     **Other Paid Claims**. If the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

15.    **Setoffs**. The Debtors routinely incurred certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtors and their customers or suppliers. In the ordinary course of business, the Debtors would setoff invoices with credit memos. These routine setoffs were consistent with the ordinary course of business in the Debtors' industry, and, therefore, were particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for, and may be excluded from the Schedules and Statements.

16.    **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

a.    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.  In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.  The Debtors' businesses were part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

17.  **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

6

B. **Specific Notes for Schedules**

1.      **Schedule A/B.**

     a.   **A/B.3**. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the ending cash balance of such account as of the Petition Date.

     b.   **A/B.7**. Deposits listed are potentially subject to offset by counterparty.

     c.   **A/B.70–77**. Despite exercising commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules.

2.      **Schedule D**.   Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Secured Superpriority Postpetition Financing, (II) Granting Priming Liens and Superpriority Administrative Expenses Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 14] (the "**DIP Financing Motion**"), which are subject to investigation and challenge by the Official Committee of Unsecured Creditors or other parties in interest.

     Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, including any final order approving the DIP Financing Motion, the Debtors and their estates and, subject to the foregoing limitations, note as follows:  (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D only are intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

     Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

     In addition to funded debt obligations, the Debtors have also listed on Schedule D potential claims relating to leased equipment still in the Debtors' possession on the Petition Date. The Debtors have filed a motion with the court to reject certain leases, including equipment leases, as of the Petition Date. These claims are listed as 'undetermined' amounts, and are contingent and unliquidated, noting their potential security interest relates to their interest in the leased equipment.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.    **Schedule E/F**

a.    **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as contingent, pending final resolution of ongoing audits or other outstanding issues.

b.    **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such

8

trade creditors and taxing authorities as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Intercompany payables among the Debtors are reported on Schedule E/F, per the Debtors' books and records, which may or may not result in allowed or enforceable claims by or against a given Debtor. The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to customary intercompany policies and practices not reflected in the Schedules.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4.     **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. In addition, as described herein, certain nondisclosure agreements or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.

5.     **Schedule H**. The Debtors are party to certain prepetition secured credit agreements which were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each individual debtor.  Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

**C.** **Specific Notes for Statements**

1.      **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from September 10, 2022 to December 9, 2022. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

2.      **Statement 5**. On occasion, the Debtors may return goods to vendors or suppliers in the ordinary course of business.  These are listed in Schedule 5, along with all returns of goods to vendors and suppliers.

3.      **Statement 6**. The Debtors maintained certain customer programs, including return and refund programs pursuant to which customers may receive credits. In the ordinary course of business, the Debtors accrued certain payables to customers in the form of rebates and other incentives.  These have not been listed on Schedule 6. The items listed in Statement 6 are instances where the Debtors specifically allowed and agreed to an offset of the Debtor's accounts payable against the Debtor's accounts receivable.

4.      **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings. The Debtors are working with their insurance carriers to obtain details relating to workers' compensation, auto and general liability claims and will supplement the Statement when received.

5.      **Statement 10**. Amounts listed herein were for events that were reported or tracked for insurance purposes. *De minimis* losses are not separately tracked by the Debtors and were not included on Statement 10.

6.      **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11. Additional information regarding the Debtors' retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders.

7.      **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties. Professionals retained by the Debtors prior to the Petition Date also ran a comprehensive marketing and sale process and disclosed substantial financial information to numerous interested parties.  Parties provided with historical financial information as part of the

10

Debtors' marketing and sale process have not been listed on Statement 26(d). Recipients of financial information generally received consolidated accounts for the Debtors.

8.      **Statement 30**. The Debtors believe Statement 30 is also covered by Statement 4.

**Fill in this information to identify the case:**

Debtor name    **Pharmaca Integrative Pharmacy Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-11284**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January  8, 2023__    X **/s/ Richard S. Willis**
Signature of individual signing on behalf of debtor

**Richard S. Willis**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Pharmaca Integrative Pharmacy Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-11284**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $     **25,760,440.47**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     **25,760,440.47**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **101,171,503.68**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $         **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **19,667,174.35**

4.  Total liabilities ..................................................................................................
    Lines 2 + 3a + 3b     $     **120,838,678.03**

**Fill in this information to identify the case:**

Debtor name **Pharmaca Integrative Pharmacy Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **22-11284**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | **$27,575.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **3Rd Party Receivables** | xxxxx0391 | **$0.00** |
| 3.2. | **JP Morgan Chase** | **Main Operating Acct** | xxxxx0805 | **$1,353,904.81** |
| 3.3. | **JP Morgan Chase** | **Controlled Disbursement Acct** | xxxxx1167 | **$0.00** |
| 3.4. | **JP Morgan Chase** | **House Accounts Receivables** | xxxxx1712 | **$0.00** |
| 3.5. | **JP Morgan Chase** | **Umr Claims** | xxxxx2157 | **$0.00** |
| 3.6. | **JP Morgan Chase** | **Pharmaca Elec Disb** | xxxxx3193 | **$0.00** |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(If known)* **22-11284**
          Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **JP Morgan Chase** | **Consolidated Store Acct** | xxxxx9252 | $0.00 |
| 3.8. | **JP Morgan Chase** | **Ecommerce** | xxxxx9732 | $0.00 |
| 3.9. | **JP Morgan Chase** | **Payroll** | xxxxx9955 | $0.00 |
| 3.10. | **Silicon Valley Bank** | **Pharmaca Operating** | xxxxxx6466 | $0.00 |
| 3.11. | **Silicon Valley Bank** | **Pharmaca Payroll** | xxxxxx6470 | $0.00 |
| 3.12. | **Silicon Valley Bank** | **Pharmaca Cash Collateral** | xxxxxx8106 | $0.00 |
| 3.13. | **Wells Fargo** | **Pharmaca Integrative Pharmacy, Inc. Cordova** | xxxxxx9268 | $1,223,721.89 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                      $2,605,201.70
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Security Deposit LOC**                                          $130,020.36

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.    **See Attachment B.8**                                            $965,223.32

9.    **Total of Part 2.**                                                      $1,095,243.68
      Add lines 7 through 8. Copy the total to line 81.

Debtor **Pharmaca Integrative Pharmacy Inc.**          Case number *(If known)* **22-11284**
　　　Name

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.　　**Accounts receivable**

11a. 90 days old or less:　　**3,929,617.99**　-　　**239,832.90**　= ....　　**$3,689,785.09**
　　　　　　　　　　　face amount　　　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　　**283,163.10**　-　　**283,163.10**　=....　　**$0.00**
　　　　　　　　　　　face amount　　　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　**$3,689,785.09**
　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Finished goods** | **June 2022** | **$14,177,032.00** | **NBV** | **$14,177,032.00** |
| 22. **Other inventory or supplies** | | | | |

23.　　**Total of Part 5.**　　　　　　　　　　　　　　　　　　　　　**$14,177,032.00**
　　　Add lines 19 through 22.  Copy the total to line 84.

24.　　**Is any of the property listed in Part 5 perishable?**
　　　☐ No
　　　■ Yes

25.　　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　☐ No
　　　■ Yes. Book value　　**1,812,843.65**　Valuation method　**Cost**　Current Value　**1,812,843.65**

26.　　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

Official Form 206A/B　　　　　Schedule A/B Assets - Real and Personal Property　　　　　page 3

Debtor  **Pharmaca Integrative Pharmacy Inc.**                    Case number *(If known)* **22-11284**
        Name

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture & Fixtures** | **$475,541.69** | **NBV** | **$475,541.69** |
| 40. | **Office fixtures** **Leasehold Improvements** | **$2,873,138.84** | **NBV** | **$2,873,138.84** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Internally developed software** | **$40,703.71** | **NBV** | **$40,703.71** |
| | **Computers and Application Development** | **$567,195.60** | **NBV** | **$567,195.60** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $3,956,579.84 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

---

Debtor **Pharmaca Integrative Pharmacy Inc.**                Case number *(If known)* **22-11284**
_____Name_____

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Equipment | $236,598.16 | NBV | $236,598.16 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    $236,598.16

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real Property lease - 15150 West Sunset Blvd., Pacific Palisades CA** | Lessor | Unknown | | Unknown |
| 55.2.  **Real Property Lease - 12027 San Vicente Blvd., Los Angeles CA** | Lessor | Unknown | | Unknown |
| 55.3.  **Real Property Lease - 15840 Redmond Way, Redmond WA** | Lessor | Unknown | | Unknown |
| 55.4.  **Real Property Lease - 1744 Solano Ave., Berkeley CA** | Lessor | Unknown | | Unknown |

Debtor   **Pharmaca Integrative Pharmacy Inc.**                          Case number *(If known)* **22-11284**
         Name

| | | | | |
|---|---|---|---|---|
| 55.5. | **Real Property Lease - 1815 N. 45th Street, Seattle WA** | **Lessor** | **Unknown** | **Unknown** |
| 55.6. | **Real Property Lease - 1900 Queen Anne Avenue N, Seattle WA** | **Lessor** | **Unknown** | **Unknown** |
| 55.7. | **Real Property Lease - 230 E. Blithedale, Mill Valley CA** | **Lessor** | **Unknown** | **Unknown** |
| 55.8. | **Real Property Lease - 2311 North Lincoln Ave., Chicago IL** | **Lessor** | **Unknown** | **Unknown** |
| 55.9. | **Real Property Lease - 240 NW Lost Springs Terrace, Suite 36, Portland OR** | **Lessor** | **Unknown** | **Unknown** |
| 55.10. | **Real Property Lease - 2700 Broadway, Boulder CO** | **Lessor** | **Unknown** | **Unknown** |
| 55.11. | **Real Property Lease - 303-305 West Napa Street, Sonoma CA** | **Lessor** | **Unknown** | **Unknown** |
| 55.12. | **Real Property Lease - 4020 Bel Aire Plaza, Napa CA** | **Lessor** | **Unknown** | **Unknown** |
| 55.13. | **Real Property Lease - 4128 E. Madison St., Seattle WA** | **Lessor** | **Unknown** | **Unknown** |
| 55.14. | **Real Property Lease - 4707 California Avenue SW** | **Lessor** | **Unknown** | **Unknown** |
| 55.15. | **Real Property Lease - 530 W. Cordova Rd., Santa FE NM** | **Lessor** | **Unknown** | **Unknown** |
| 55.16. | **Real Property Lease - 54 Santa Cruz Avenue, Los Gatos, CA** | **Lessor** | **Unknown** | **Unknown** |

Debtor  **Pharmaca Integrative Pharmacy Inc.**                          Case number *(If known)*  **22-11284**
        Name

| 55.17· | **Real Property Lease - 570 Munras Ave., Monterey CA** | Lessor | Unknown | Unknown |
|---|---|---|---|---|
| 55.18· | **Real Property Lease - 5910 S. University Blvd., Greenwood Village CO** | Lessor | Unknown | Unknown |
| 55.19· | **Real Property Lease - 6985 El Camino Real, Suite 103, Carlsbad, CA** | Lessor | Unknown | Unknown |
| 55.20· | **Real Property Lease - 7088 Winchester Circle, Unite 100, Boulder CO** | Lessor | Unknown | Unknown |
| 55.21· | **Real Property Lease - 734 Montana Ave., Santa Monica CA** | Lessor | Unknown | Unknown |
| 55.22· | **Real Property Lease - 7514 Redwood Blvd., Suite 104, Novato CA** | Lessor | Unknown | Unknown |
| 55.23· | **Real Property Lease - 7650 Giradrd Ave., Suite 100, La Jolla CA** | Lessor | Unknown | Unknown |
| 55.24· | **Real Property Lease - 871 Santa Cruz Avenue, Menlo Park CA** | Lessor | Unknown | Unknown |
| 55.25· | **Real Property Lease - 9101 Olympic Blvd and 365-373 S. Doheny Drive, Beverly Hills, CA** | Lessor | Unknown | Unknown |
| 55.26· | **Real Property Lease - 925 Cole Street, San Francisco CA** | Lessor | Unknown | Unknown |
| 55.27· | **Real Property Lease - Space 301m Building 4940 Pearl East Circle, Boulder CO** | Lessor | Unknown | Unknown |

Debtor   **Pharmaca Integrative Pharmacy Inc.**                           Case number *(If known)*  **22-11284**
         Name

| | | | | |
|---|---|---|---|---|
| 55.28· | **Real Property Lease - Store #3 West Burnside Street & NW 23rd Ave., Portland OR** | Lessor | Unknown | Unknown |
| 55.29· | **Real Property Sublease - 15150 Sunset Blvd., Pacific Palisades CA** | Sub-Lessor | Unknown | Unknown |
| 55.30· | **Real Property Sublease - 15150 Sunset Blvd., Pacific Palisades CA** | Sub-Lessor | Unknown | Unknown |
| 55.31· | **Real Property Sublease - 5727 College Avenue, Oakland CA** | Sub-Lessor | Unknown | Unknown |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Pharmaca Wellness and Natural Beauty Service Mark Registration No.  4767331** | Unknown | | Unknown |
| **Leaf  Design Mark Registration No.  4439603** | Unknown | | Unknown |
| **Pharmaca Professional Formulations Service Mark Registration No.  4985075** | Unknown | | Unknown |
| **Pharmaca  Service Mark Registration No. 3230081** | Unknown | | Unknown |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(If known)*  **22-11284**
          Name

| | | |
|---|---|---|
| **Pharmaca Service Mark Registration No. 3230080** | **Unknown** | **Unknown** |
| **Healthy Happens Here Service Mark Registration No.  4299087** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** **FEELBETTERREWARDS.COM** | **Unknown** | **Unknown** |
| | **FEELBETTERREWARDS.NET** | **Unknown** | **Unknown** |
| | **PHARMACA-REWARDS.COM** | **Unknown** | **Unknown** |
| | **PHARMACA-REWARDS.INFO** | **Unknown** | **Unknown** |
| | **PHARMACA-REWARDS.NET** | **Unknown** | **Unknown** |
| | **PHARMACA-REWARDS.ORG** | **Unknown** | **Unknown** |
| | **pharmaca-rewards.us** | **Unknown** | **Unknown** |
| | **PHARMACA.BIZ** | **Unknown** | **Unknown** |
| | **PHARMACA.CO** | **Unknown** | **Unknown** |
| | **PHARMACA.COM** | **Unknown** | **Unknown** |
| | **PHARMACA.INFO** | **Unknown** | **Unknown** |
| | **PHARMACA.ORG** | **Unknown** | **Unknown** |
| | **PHARMACA.US** | **Unknown** | **Unknown** |
| | **pharmacabewellrewards.com** | **Unknown** | **Unknown** |
| | **pharmacacompounding.com** | **Unknown** | **Unknown** |
| | **pharmacaintegrative.com** | **Unknown** | **Unknown** |
| | **pharmacaintegrativepharmacy.com** | **Unknown** | **Unknown** |
| | **pharmacapos.com** | **Unknown** | **Unknown** |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                          Case number *(If known)* **22-11284**
_____
          Name

| pharmacaprojectwellness.com | Unknown | | Unknown |
|---|---|---|---|
| **PHARMACAREWARDS.BIZ** | **Unknown** | | **Unknown** |
| **PHARMACAREWARDS.CO** | **Unknown** | | **Unknown** |
| **pharmacarewards.com** | **Unknown** | | **Unknown** |
| **PHARMACAREWARDS.INFO** | **Unknown** | | **Unknown** |
| **PHARMACAREWARDS.NET** | **Unknown** | | **Unknown** |
| **PHARMACAREWARDS.ORG** | **Unknown** | | **Unknown** |
| **PHARMACAREWARDS.US** | **Unknown** | | **Unknown** |
| **PHARMACARX.CO** | **Unknown** | | **Unknown** |
| **PHARMACARX.COM** | **Unknown** | | **Unknown** |
| **PHARMACARX.INFO** | **Unknown** | | **Unknown** |
| **PHARMACARX.NET** | **Unknown** | | **Unknown** |
| **PHARMACARX.ORG** | **Unknown** | | **Unknown** |
| **pharmacawellmail.com** | **Unknown** | | **Unknown** |
| **pharmacawellness.com** | **Unknown** | | **Unknown** |
| **projectwellnessblog.com** | **Unknown** | | **Unknown** |
| **rxpharmaca.com** | **Unknown** | | **Unknown** |
| **sanmateopharmacy.com** | **Unknown** | | **Unknown** |

| 62. | **Licenses, franchises, and royalties**<br>**See Attachment B.62 for details** | **Unknown** | | **Unknown** |
|---|---|---|---|---|

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

Debtor    **Pharmaca Integrative Pharmacy Inc.**                              Case number *(If known)* **22-11284**
Name

66.    **Total of Part 10.**                                                                        | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| **Various insurance policies** | **Unknown** |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.    **Total of Part 11.**                                                                        | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Pharmaca Integrative Pharmacy Inc.**                    Case number *(If known)* **22-11284**
        Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,605,201.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,095,243.68 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,689,785.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,177,032.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,956,579.84 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $236,598.16 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,760,440.47 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $25,760,440.47

Pharmaca Integrative Pharmacy Inc.
Attachment B.8
Prepayments

| Vendor | Amount |
|--------|--------|
| 42nd & East Madison, LLC | $ 18,425.00 |
| Adams and Bernhard, LLC | $ 32,161.09 |
| Advance Innovative Solutions, Inc | $ 11,113.28 |
| ALAMEDA COUNTY | $ 2,149.64 |
| Algolia, Inc | $ 11,373.55 |
| ALL COPY PRODUCTS INC | $ 637.26 |
| Atlas Uptown, LLC. | $ 23,625.69 |
| Avalara Inc. | $ 33,159.63 |
| Axiom Impressions, LLC | $ 9,267.29 |
| Bel Aire Plaza, LLC | $ 31,955.56 |
| BROADWAY IDEAL MANAGEMENT | $ 38,164.00 |
| California State Board of Pharmacy | $ 1,887.18 |
| CHERRY HILLS MARKETPLACE | $ 18,242.50 |
| City of Berkeley | $ 1,726.24 |
| City of Los Angeles Fire Dept- CUPA | $ 1,443.52 |
| Cleverbridge | $ 5,443.75 |
| CORDIAL EXPERIENCE, INC | $ 27,967.26 |
| CORONADO CENTER STATION LLN | $ 16,499.79 |
| County of Santa Clara | $ 1,380.18 |
| DEWOLF REALTY COMPANY | $ 13,910.52 |
| DIAMOND PARKING LLC. | $ 634.40 |
| Diane Thorne | $ 5,000.00 |
| E.B.I. Properties | $ 11,746.03 |
| ECR Software Corporation | $ 16,817.70 |
| Edward C. Stahl | $ 16,277.16 |
| Employers Council Services, Inc. | $ 2,268.49 |
| IMPACT TECH, INC | $ 28,110.83 |
| IQVIA, INC | $ 2,140.64 |
| KNASTER TECHNOLOGY GROUP | $ 414.98 |
| LeLand M. Ford Associates | $ 41,750.00 |
| LINCOLN FULLERTON REIT PROPERTY LLC | $ 18,001.80 |
| LIPT NW CEDAR FALLS DRIVE, LLC | $ 17,373.99 |
| Lorig Management Services LLC | $ 14,751.34 |
| Los Angeles County Tax Collector | $ 2,729.24 |
| LOWELL T. PATTON TRUST | $ 16,512.00 |
| Marin County Tax Collector | $ 2,683.53 |
| Micro Merchant Systems Inc. | $ 45,599.01 |
| Misc. CC Vendor | $ 3,198.98 |
| Monterey County Tax Collector | $ 1,539.33 |
| Napa County | $ 1,619.66 |
| Nelgroup Properties LLC | $ 21,619.54 |
| Panatrack, Inc. | $ 41,931.33 |
| PASEO PROPERTIES | $ 11,520.00 |
| Passport Unlimited Inc. | $ 1,237.70 |
| Pitney Bowes Global Financial Services LLC | $ 275.15 |
| PLAZA PASEO REAL ASSOCIATES, LLC | $ 22,529.36 |

Pharmaca Integrative Pharmacy Inc.

Attachment B.8

Prepayments

| | |
|---|---:|
| RAR2 QUEEN ANNE-METRO MARKETS QRS, LLC | $ 15,724.33 |
| RCB LION, LLC | $ 31,855.23 |
| RENAULT & HANDLEY/OAKMEAD SOLAR J.V. | $ 23,503.10 |
| Robert Duer | $ 10,391.38 |
| ROIC California, LLC | $ 17,283.17 |
| ROIC MONTEREY, LLC | $ 21,387.41 |
| San Diego  County Treasurer -Tax Collector | $ 2,192.25 |
| San Francisco Tax Collector | $ 1,335.25 |
| SAN MATEO COUNTY TAX COLLECTOR | $ 1,599.54 |
| Sanity Solutions, Inc | $ 26,613.47 |
| SHI INTERNATION CORP | $ 22,928.66 |
| Silent Watchman Security Services LLC | $ 4,401.71 |
| SOTi Inc. | $ 2,154.07 |
| Table Mesa Shopping Center P/S | $ 7,522.41 |
| TEBO PARTNERSHIP, LLC | $ 38,385.81 |
| Town of Los Gatos | $ 268.50 |
| Trader Joe's Company | $ 18,358.69 |
| UKG Inc | $ 3,587.12 |
| UPG Boulder East Flatirons Property Owner LLC | $ 20,461.41 |
| USABLENET | $ 5,880.80 |
| VIRK BROTHERS PROPERITES, LLC | $ 7,667.40 |
| Yifeicient Consulting LLC | $ 17,013.72 |
| Zendesk, Inc | $ 15,892.77 |
| **Grand Total** | **$ 965,223.32** |

Attachment B.62
Licenses, franchises and royalites

| Debtor | Licensing Agency | License Type | LICENSE # | Expiration |
|---|---|---|---|---|
| Pharmaca Integrative Pharmacy Inc | Arizona Board of Pharmacy (online payments) | PHAR-NR | Y009029 | 10/31/2024 |
| Pharmaca Integrative Pharmacy Inc | Arizona Board of Pharmacy (online payments) | PHAR-NR | Y009030 | 10/31/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58292 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58297 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR-NR | NRP2592 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58294 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58299 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58289 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58288 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58290 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58300 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58303 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58302 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58295 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58298 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58293 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58301 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | Offsite Record Storage Waiver | 228694 | N/A |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | Offsite Record Storage Waiver | 228683 | N/A |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58291 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR-NR | NRP2593 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR-NR | NRP2591 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | California Board of Pharmacy | PHAR | PHY 58296 | 8/1/2023 |
| Pharmaca Integrative Pharmacy Inc | City of Beverly Hills | BUS | 23224 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Los Angeles False Alarms | ALARM | 0161380-65 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle | BUS | UBI: 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 City: 554368 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle- West Seattle | | Consolidated 554368-003 | 12/31/2021 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle- West Seattle | | Consolidated 554368-003 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | CLIA | CLIA | 14D2137537 | 2/15/2024 |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles | HEALTH | PR0206747 | 6/30/2022 |
| Pharmaca Integrative Pharmacy Inc | DC Treasurer | PHAR-NR | pending | |
| Pharmaca Integrative Pharmacy Inc | DC Treasurer | CDS-NR | pending | |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 220284693 | 2/28/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 220284695 | 2/28/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210278390 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210278490 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 220286351 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 200268345 | 6/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281470 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281482 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281477 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281266 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281481 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281479 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281478 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281475 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281265 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281480 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281485 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281471 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281473 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281474 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281486 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281476 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661529 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | BB6891130 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0720361 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0892376 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0720359 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0760187 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0868313 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661288 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0760175 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661264 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661062 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0868301 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661036 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0779516 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0779530 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661303 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661101 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0779542 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0791497 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | BP7334826 | 3/31/2025 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0113580 | 3/31/2025 |

Attachment B.62
Licenses, franchises and royalites

| Debtor | Licensing Agency | License Type | LICENSE # | Expiration |
|---|---|---|---|---|
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP4518405 | 1/31/2026 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281488 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0914641 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281483 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0779528 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 180247155 | 2/28/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP7274361 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 220286051 | 4/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP4999643 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 220286051 | 4/30/2023 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP4999643 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | DEA | CMEA | 210281472 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | DEA | DEA | FP0661339 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | IDFPR | PHAR-NR | 54.020812 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | IDFPR | PHAR | 54.022164 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | IDFPR | PHAR-NR | 54.021403 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | IDFPR (paid with PHAR) | CDS-NR | 320.012736 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | IDFPR (paid with PHAR) | CDS | 320.013585 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | IDFPR (paid with PHAR) | CDS-NR | 320.013135 | 3/31/2024 |
| Pharmaca Integrative Pharmacy Inc | New Mexico Board of Pharmacy | PHAR | PH00005271 | 12/31/2023 |
| Pharmaca Integrative Pharmacy Inc | New Mexico Board of Pharmacy | PHAR-NR | PH00005253 | 12/31/2024 |
| Pharmaca Integrative Pharmacy Inc | New Mexico Board of Pharmacy | CDS | CS00230604 | 3/31/2025 |
| Pharmaca Integrative Pharmacy Inc | New Mexico Board of Pharmacy | CDS-NR | CS00230534 | 3/31/2025 |
| Pharmaca Integrative Pharmacy Inc | New Mexico Board of Pharmacy | PHAR-NR | PH00005252 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | New Mexico Board of Pharmacy | CDS-NR | CS00230533 | 3/31/2025 |
| Pharmaca Integrative Pharmacy Inc | New York State Education Department | PHAR-NR | 39618 | 4/30/2025 |
| Pharmaca Integrative Pharmacy Inc | Oregon Board of Pharmacy | PHAR | RP-0000363-CS | 3/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Oregon Board of Pharmacy | PHAR-NR | RP-0003318-CS | 3/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Oregon Board of Pharmacy | PHAR | RP-0003027-CS | 3/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Oregon Board of Pharmacy | PHAR | RP-0003027-CS | 3/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Pennsylavnia Board of Pharmacy (online payments) | PHAR-NR | NP001938 | 8/31/2023 |
| Pharmaca Integrative Pharmacy Inc | State of Colorado | PHAR | PDO.0090000015 | 10/31/2024 |
| Pharmaca Integrative Pharmacy Inc | State of Colorado | PHAR | PDO.1680000056 | 10/31/2024 |
| Pharmaca Integrative Pharmacy Inc | State of Colorado | PHAR | PDO.0000000670 | 10/31/2024 |
| Pharmaca Integrative Pharmacy Inc | State of Colorado | PHAR-NR | OSP.0007289 | 10/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Treasurer, State of Connecticut | PHAR-NR | PCN.0004097 | 8/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR-NR | PHNR.FO.61207426 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR | PHAR.CF.61207276 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR | PHAR.CF.61207317 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR | PHAR.CF.61207297 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR | PHAR.CF.61207306 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR-NR | PHNR.FO.61207463 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR-NR | PHNR.FO.61207449 | 5/31/2023 |
| Pharmaca Integrative Pharmacy Inc | Washington Department of Health | PHAR-NR | PHNR.FO.61207478 | 5/31/2023 |

Attachment B.62
Licenses, franchises and royalties

| Debtor | Licensing Agency | License Type | LICENSE # | Expiration |
|---|---|---|---|---|
| Pharmaca Integrative Pharmacy Inc | Alameda County | Food | FA0309320 | 3/16/2022 |
| Pharmaca Integrative Pharmacy Inc | Alameda County | Medical Waste | FA0314915 | 9/27/2022 |
| Pharmaca Integrative Pharmacy Inc | Alameda County Dept of Enviromental Health | MED WASTE | PT0311260 | 9/27/2022 |
| Pharmaca Integrative Pharmacy Inc | Alameda County Dept of Enviromental Health | HEALTH | PT0309100 | 3/16/2023 |
| Pharmaca Integrative Pharmacy Inc | ALARM PERMIT? | | | |
| Pharmaca Integrative Pharmacy Inc | CA BOE | Seller's Permit | 97-913346 | no |
| Pharmaca Integrative Pharmacy Inc | California Dept of Public Health Medical Waste Program | Small Quantity Medical Waste Generator | 12726 | 11/15/2023 |
| Pharmaca Integrative Pharmacy Inc | California State Board of Equilization | SEL | 97-913346 00009 | none |
| Pharmaca Integrative Pharmacy Inc | City & County of San Francisco | SEL | A16-043037 | |
| Pharmaca Integrative Pharmacy Inc | City and County of San Francisco | Business Registration Certificate | 0387393 location ID: 0387393-01-001 | 6/30/2023 |
| Pharmaca Integrative Pharmacy Inc | City of Beaverton | ALARM | 19232 | 2/26/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Beaverton | Retail/Pharmacy | 29386 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Beverly Hills | Pharmacy | 23218 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Beverly Hills | Business Tax Certificate | 23224 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Boulder | ALARM | 20-S26588 PIN: A-566734 | 5/4/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Boulder | ALARM | 20-S26564 PIN: A-430373 | 4/5/2023 |
| Pharmaca Integrative Pharmacy Inc | City of Carlsbad | BUS | BLNR1233300 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Carlsbad | Retail/Pharmacy | BL-NR1233300 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Carlsbad | ALARM | CB11226 | no |
| Pharmaca Integrative Pharmacy Inc | City of LA Police Comm Permit | ALARM | 0222355-54 | never |
| Pharmaca Integrative Pharmacy Inc | City of LA Police Comm Permit | ALARM | 016130-65 | never |
| Pharmaca Integrative Pharmacy Inc | City of Los Angeles | Business Tax Certificate | 0002021315-0001-9 | Never unless Unpaid |
| Pharmaca Integrative Pharmacy Inc | City of Los Angeles | Business Tax Certificate | 0002021315-0002-7 | Never unless Unpaid |
| Pharmaca Integrative Pharmacy Inc | City of Los Gatos | Business License | 33109 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Menlo Park | Business License | 65652 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Menlo Park Police | ALARM | 6497 | no |
| Pharmaca Integrative Pharmacy Inc | City of Mill Valley | Retail and Pharmacy | PHA0001 | 6/30/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Monterey | Retail and Pharmacy | 1001203 | 6/30/2023 |
| Pharmaca Integrative Pharmacy Inc | City of Napa | BUS | account #11017130 Lic#26395 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Napa | OCC | Building Permit no: B0705-0032 | none |
| Pharmaca Integrative Pharmacy Inc | City of Novato | BUS | Account #06400201 Lic #10872 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Novato | Business License | 6400201 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Oakland | ALARM | 223878 | 6/26/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Oakland | Retail and Pharmacy | 98119 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Portland | Bus Tax | unknown | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Portland/Multnomah County | OCC | 05-171249 | NO |
| Pharmaca Integrative Pharmacy Inc | City of San Diego (Lajolla) | Retail and Pharmacy | B2015039380 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of San Francisco | Business Tax Return | 387393 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Santa Fe | BUS | CRS # 03026953009 | 2/3/2023 |
| Pharmaca Integrative Pharmacy Inc | City of Santa Fe FARP | ALARM | 16946 | 11/9/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Santa Monica | Alarm permit | 36S3 | 6/30/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Santa Monica | Pharmacy | 229868 | 6/30/2023 |
| Pharmaca Integrative Pharmacy Inc | City of Sante Fe | Business License | 3026953009 | 2/3/2023 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle | BUS | UBI: 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 City: 554368 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle | BUS | UBI: 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 City: 554368 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle | BUS | UBI: 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 City: 554368 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle- West Seattle | Business License | Consolidated 554368-003 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle- West Seattle | Scanning System License | Consolidated 554368-003 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle-Madison | Scanning System License | Consolidated 554368-000 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle-Madison | Business License | Consolidated 554368-000 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle-Queen Ann | Business License | Consolidated 554368 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle-Queen Ann | Scanning System License | Consolidated 554368-004 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle-Wallingford | Business License | Consolidated 554368 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle-Wallingford | Scanning System License | Consolidated 554368-001 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Seattle-Wallingford | Business License | Consolidated 554368-001 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Solano (Berkeley) | City Business License | BL-031595 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | City of Sonoma | Business License | 9826 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Colorado DOR | Sales & Use Tax Registration | 02524457-0001 | 12/31/2021 |
| Pharmaca Integrative Pharmacy Inc | Colorado DOR | Sales & Use Tax Registration | 02524457-0000 | 12/31/2021 |
| Pharmaca Integrative Pharmacy Inc | Colorado DOR | Sales & Use Tax Registration | 02524457-0004 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Colorado DOR | Sales & Use Tax Registration | 02524457-0002 SB CLOSED | 12/31/2021 |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles | HEALTH | PR0026086 | 6/30/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles Agriculture Weights & Measures | Weights & Measures | 115072 | 12/31/2023 |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles Agriculture Weights & Measures | Weights & Measures | 115071 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles Agriculture Weights & Measures | Weights & Measures | 115072 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles Public Health | Food Permit | PR0011610 | 6/30/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles Public Health | Food Permit | check?? | |
| Pharmaca Integrative Pharmacy Inc | County of Los Angeles Public Health | Food Permit | PR0206747 | 6/30/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Marin | Food Facility | L11116 | 7/31/2023 |
| Pharmaca Integrative Pharmacy Inc | County of Marin | Food Facility | L14534 | 8/5/2023 |
| Pharmaca Integrative Pharmacy Inc | County of Marin | Marin Permit to Operate Medical Waste Facility | L13343 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Marin | Marin Permit to Operate Medical Waste Facility | DO WE HAVE ONE? | |
| Pharmaca Integrative Pharmacy Inc | County of Napa, CA | Food Permit | 8911 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | County of San Diego | Health Permit-Pre-Packaged Retail Market | DEH2011-FFPN-445497 | 10/31/2023 |
| Pharmaca Integrative Pharmacy Inc | County of San Diego | Health Permit-Pre-Packaged Retail Market-DO WE HAVE ONE | | |
| Pharmaca Integrative Pharmacy Inc | County of Santa Clara | MED WASTE | PT0471474 Facility ID: FA0267385 Account #: AR1290414 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Santa Clara | Enviromental Health Permit | PT0471474 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | County of Sonoma | Retail Food Facility | PR0001933 | 7/31/2023 |
| Pharmaca Integrative Pharmacy Inc | County of Sonoma | Weights & Measures-Scanners | 5357 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Fire Prevention Bureau CUPA | Haz Waste | FA0009682 | 9/30/2022 |
| Pharmaca Integrative Pharmacy Inc | Fire Prevention Bureau CUPA | Haz Waste | FA0041981 | 9/30/2023 |
| Pharmaca Integrative Pharmacy Inc | IL Dept of Revenue | TAX-Sales & Use | 4259-3549 | 10/1/2022 |
| Pharmaca Integrative Pharmacy Inc | Kansas Dept of Revenue | Retailers' Compensating Use Tax Registration (Sales & Use Tax) | 005-84155034F-01 | valid until cancelled |
| Pharmaca Integrative Pharmacy Inc | Kansas Dept of Revenue | Retailers' Compensating Use Tax Registration (Sales & Use Tax) | 005-84155034F-01 | valid until cancelled |
| Pharmaca Integrative Pharmacy Inc | Los Gatos Police Department | ALARM | sticker for window | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Los Gatos Police Department | alarm | window sticker | |
| Pharmaca Integrative Pharmacy Inc | Maine Revenue Services | Sales & Use Tax Registration | 1019-8320 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Napa County | Weights & Measures | ID.01169 | 12/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Napa County Device Registation | W&M | 1169 | 10/7/2022 |
| Pharmaca Integrative Pharmacy Inc | Napa Police Dept | Alarm Permit | 3007 | 9/19/2022 |
| Pharmaca Integrative Pharmacy Inc | Novato Police Department | ALARM | 6-1675 | no |
| Pharmaca Integrative Pharmacy Inc | Portland Police Alarm Administration | ALARM | P115582 | 4/5/2023 |
| Pharmaca Integrative Pharmacy Inc | San Diego Police Department | ALARM | 2185955 | 6/30/2022 |
| Pharmaca Integrative Pharmacy Inc | San Mateo County Health | FOOD | PR0064043 | 7/31/2022 |
| Pharmaca Integrative Pharmacy Inc | San Mateo County Health | Retail store w/ food | PT0002811 | 7/31/2022 |
| Pharmaca Integrative Pharmacy Inc | Seattle Department of Transportation | SIGN | SUPSM0005350 | 5/1/2023 |
| Pharmaca Integrative Pharmacy Inc | State of New Mexico Tax and Rev Dept | TAX | ID # 03-026953-00-9 | none |
| Pharmaca Integrative Pharmacy Inc | WA DOR - City of Redmond Business license | Retail and Pharmacy | 602187075-001-0004 | 04/31/23 |

**Fill in this information to identify the case:**

Debtor name    **Pharmaca Integrative Pharmacy Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-11284**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  Eight Roads Ventures India III LP**
Creditor's Name

**Pembroke Hall**
**42 Crow Lane**
**Hamilton HM19 BMU**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

Amount of claim: **Unknown**     Value of collateral: **Unknown**

---

**2.2  F-Prime Capital Partners Health**
Creditor's Name

**and Services Fund II LP**
**1 Main Street**
**13th Floor**
**Cambridge, MA 02142**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **Unknown**     Value of collateral: **Unknown**

Debtor   **Pharmaca Integrative Pharmacy Inc.**                    Case number (if known)   **22-11284**
         _____
         Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

**2.3** | **Greycroft ACI Evolution Fund I, L.P.**
Creditor's Name

**c/o Greycroft
292 Madison Ave.
Floor 8
New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**UCC-1 Filing**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown          Unknown

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

**2.4** | **Greycroft Partners V, L.P.**
Creditor's Name

**c/o Greycroft
292 Madison Ave.
Floor 8
New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**UCC-1 Filing**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown          Unknown

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

**2.5** | **HTC Global Services, Inc.**
Creditor's Name

**3270 West Big Beaver Road
Troy, MI 48084**

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

Unknown          Unknown

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                                              Case number (if known)    **22-11284**
_____                                          _____
Name

Creditor's mailing address                          **Describe the lien**
_____           **UCC-1 Filing**
                                                    _____
                                                    **Is the creditor an insider or related party?**
_____           ☐ No

Creditor's email address, if known                  ■ Yes
                                                    **Is anyone else liable on this claim?**
**Date debt was incurred**                          ☐ No

                                                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply
■ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                       ■ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

| 2.6 | **Lindenwood Health, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|-----|------|------|------|------|

Creditor's Name                          **All personal property of the Debtor**

**192 Geldner Avenue**
**Staten Island, NY 10306**
Creditor's mailing address                          **Describe the lien**
                                                    **UCC-1 Filing**
                                                    _____
                                                    **Is the creditor an insider or related party?**
                                                    ☐ No
Creditor's email address, if known                  ■ Yes
                                                    **Is anyone else liable on this claim?**
**Date debt was incurred**                          ☐ No

                                                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply
■ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                       ■ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

| 2.7 | **Papyrus-Recycled Greetings, Inc.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|-----|------|------|------|------|

Creditor's Name                          **Inventory of Secured Party or any affiliates**
                                        **sold or delivered by Secured Party to Debtor**
**240 Gateway Road West**               **for sale per scan-based trading**
**Napa, CA 94558**
Creditor's mailing address                          **Describe the lien**
                                                    **UCC-1**
                                                    _____
                                                    **Is the creditor an insider or related party?**
                                                    ■ No
Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**
**Date debt was incurred**                          ■ No

                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Prysm Capital Fund 1, L.P.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All personal property of the Debtor** | | |

**c/o Prysm Capital
188 Nassau Street
Princeton, NJ 08542**
Creditor's mailing address

Describe the lien
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Silicon Valley Bank** | Describe debtor's property that is subject to a lien | **$19,861,905.31** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All assets of the Debtor.** | | |

**3003 Tasman Drive, HF 150
Santa Clara, CA 95054**
Creditor's mailing address

Describe the lien
**Loan and Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**11/1/2019**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.10 | **Triplepoint Venture Growth BDC Corp.** | Describe debtor's property that is subject to a lien | **$81,309,598.37** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All personal property of Debtor.** | | |

**2755 Sand Hill Road
Suite 150
Menlo Park, CA 94025**
Creditor's mailing address

Describe the lien
**Growth Capital Loan Agreement**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/20/2020**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.11** **Volition Capital Fund III, L.P.**
Creditor's Name

**Volition Capital LLC**
**177 Huntington Avenue**
**16th Floor**
**Boston, MA 02115**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
- ☐ No
- ☑ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Unknown | Unknown |
|---|---|

---

**2.12** **Volition Capital Select Fund I, L.P.**
Creditor's Name

**Volition Capital LLC**
**177 Huntington Avenue**
**16th Floor**
**Boston, MA 02115**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
- ☐ No
- ☑ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Unknown | Unknown |
|---|---|

---

Debtor   **Pharmaca Integrative Pharmacy Inc.**
       Name

Case number (*if known*)   **22-11284**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

■ Unliquidated

☐ Disputed

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$101,171,503 .68** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

**Fill in this information to identify the case:**

Debtor name  **Pharmaca Integrative Pharmacy Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **22-11284**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$502.46**

**1-800-GOT-JUNK?**
**3110 Hunters Point Ave.**
**2nd Floor**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,373.91**

**100 PURE**
**2221 OAKLAND RD**
**SAN JOSE, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,144.90**

**365 MEDIA GROUP**
**1393 El Centro Avenue**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,425.00**

**42nd & East Madison, LLC**
**c/o AZOSE COMMERCIAL PROPERTIES**
**8451 SE 68TH ST., STE #200**
**MERCER ISLAND, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,339.41** |
|---|---|---|---|

**5SENCO INC. DBA VIVAIODAYS**
**1140 23RD STR #1**
**SANTA MONICA, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$947.73** |
|---|---|---|---|

**AB1 Locksmith Service**
**1915 Cerrillos Road**
**Santa Fe, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608.66** |
|---|---|---|---|

**ACC Business**
**PO Box 5077**
**Carol Stream, IL 60197-5077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,251.00** |
|---|---|---|---|

**ACOSTA, INC**
**PO BOX 281996**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,834.72** |
|---|---|---|---|

**ACURE**
**PO BOX 638645**
**CINCINNATI, OH 45263-8645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,246.78** |
|---|---|---|---|

**ACUTENS, INC**
**30 N GOULD ST**
**SHERIDAN, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,161.09** |
|---|---|---|---|

**Adams and Bernhard, LLC**
**12027 SAN VICENTE BLVD.**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number (if known) | **22-11284** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$256.28** |
|---|---|---|---|

**ADT COMMERCIAL**
**PO BOX 219044**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|

**Advance Innovative Solutions, Inc**
**1919 S. Highland Avenue**
**Suite B-214**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,090.17** |
|---|---|---|---|

**AIDANCE SKIN CARE**
**184 BURNSIDE AVE**
**WOONSOCKET, RI 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
|---|---|---|---|

**ALAMEDA COUNTY ENVIRONMENTAL**
**HEALTH**
**PO Box N**
**Alameda, CA 94501-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,059.37** |
|---|---|---|---|

**Alchemer LLC**
**168 Centennial Parkway**
**Unit #250**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,786.08** |
|---|---|---|---|

**ALCHIMIE FOREVER, LLC**
**1602 28TH ST NW**
**WASHINGTON, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,426.04** |
|---|---|---|---|

**ALFASIGMA USA, INC.-CONSUMER**
**PRODUCTS**
**PO BOX 733625**
**DALLAS, TX 75373-3625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444.46** |
|---|---|---|---|
| | **ALL COPY PRODUCTS INC**<br>**1635 W 13TH AVE**<br>**DENVER, CO 80204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280.04** |
|---|---|---|---|
| | **All Copy Products Inc.**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,642.47** |
|---|---|---|---|
| | **ALOE LIFE**<br>**11657 Riverside Dr. Suite 169**<br>**Lakeside, CA 92040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,604.50** |
|---|---|---|---|
| | **ALOHA BAY**<br>**P.O. BOX 539**<br>**LOWER LAKE, CA 95457** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,520.64** |
|---|---|---|---|
| | **Amazon Business**<br>**PO Box 035184**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$441.50** |
|---|---|---|---|
| | **AMBER BATH LLC**<br>**41575 ARROYO VISTA DR**<br>**TEMECULA, CA 92592** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$837.51** |
|---|---|---|---|
| | **AMERICAN BOTANICAL COUNCIL**<br>**P.O. Box 144345**<br>**Austin, TX 78714-4345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,515.51 |
|---|---|---|---|

**AMERICAN INTERNATIONAL INDUSTRIES**
**2220 GASPAR AVE**
**LOS ANGELES, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $129,801.96 |
|---|---|---|---|

**ANCIENT NUTRITION**
**2000 MALLORY LANE STE. 130-307**
**FRANKLIN, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $223,954.81 |
|---|---|---|---|

**ANDA INC.**
**P O BOX 748476**
**ATLANTA, GA 30374-8476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,548.00 |
|---|---|---|---|

**ARK MADE,LLC**
**133 ROMERO STREET**
**SANTA FE, NM 87501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,287.10 |
|---|---|---|---|

**ARTNATURALS**
**2390 CRENSHAW BLVD PMB #702**
**TORRANCE, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72.98 |
|---|---|---|---|

**AT&T**
**PO BOX 5014**
**CAROL STREAM, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $434.16 |
|---|---|---|---|

**AT&T Wireless**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,320.77** |
|---|---|---|---|

**Atelier Vulcan INC**
**39 Oak Hollow Drive**
**Asheville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.26** |
|---|---|---|---|

**ATHENS SERVICES**
**P.O. BOX 54957**
**LOS ANGELES, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,625.69** |
|---|---|---|---|

**Atlas Uptown, LLC.**
**C/O RTG PROPERTY MANAGEMENT**
**808 SW ALDER STREET, SUITE 200**
**PORTLAND, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,067.36** |
|---|---|---|---|

**Axiom Impressions, LLC**
**3200 Heartland Drive**
**Liberty, MO 64068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,547.55** |
|---|---|---|---|

**B & P COMPANY, INC.**
**PO Box 41184**
**Dayton, OH 45441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,472.01** |
|---|---|---|---|

**BABO BOTANICALS, INC**
**P.O BOX 74007314**
**CHICAGO, IL 60674-7314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,639.95** |
|---|---|---|---|

**BACKJOY ORTHOTICS, LLC**
**P O BOX 11036, SPINE ROAD**
**BOULDER, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.00** |
|---|---|---|---|

**BARCODES, INC**
**PO BOX 0776**
**CHICAGO, IL 60690-0776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,855.36** |
|---|---|---|---|

**BARLEAN'S ORGANIC OIL**
**3660 Slater Road**
**Ferndale, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$662.82** |
|---|---|---|---|

**BAY ALARM COMPANY**
**P.O. Box 51041**
**Los Angeles, CA 90051-5337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,125.49** |
|---|---|---|---|

**BEAUTORIUM LLC**
**401 HAWTHORNE LANE STE 110-180**
**CHARLOTTE, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$386.52** |
|---|---|---|---|

**BEAUTY CLOTH INTL. LLC**
**1000 W. Main St.**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,998.00** |
|---|---|---|---|

**BEE LUCIA CO**
**1825 SE FRANKLIN ST**
**PORTLAND, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,514.27** |
|---|---|---|---|

**BEE'S WRAP**
**383 Exchange Street**
**MIDDLEBURY, VT 05753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,955.56** |
| --- | --- | --- | --- |

**Bel Aire Plaza, LLC**
**c/o CROSSPOINT REALTY SERVICES, INC**
**P.O. BOX 7365**
**SAN FRANCISCO, CA 94120-7365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,207.86** |
| --- | --- | --- | --- |

**BELCAM,  INC.**
**PO BOX 38**
**ROUSES POINT, NY 12979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,828.43** |
| --- | --- | --- | --- |

**BIGELOW TRADING, LTD**
**414 SIXTH AVE**
**NEW YORK, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,216.51** |
| --- | --- | --- | --- |

**BIO RESPONSE**
**PO Box 288**
**Boulder, CO 80306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,491.14** |
| --- | --- | --- | --- |

**BIO-BOTONICAL RESEARCH, INC**
**18 HANGAR WAY SUITE A**
**WATSONVILLE, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,262.72** |
| --- | --- | --- | --- |

**BIOMIC SCIENCES**
**4351 SEMINOLE TRIAL**
**CHARLOTTESVILLE, VA 22911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,111.46** |
| --- | --- | --- | --- |

**BLDG ACTIVE INC**
**3546  N. RIVERSIDE AVE**
**RIALTO, CA 92377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number *(if known)* | **22-11284** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,068.96** |
|---|---|---|---|
| | **BLUE BONNET** | ☐ Contingent | |
| | **12915 Dairy Ashford** | ☐ Unliquidated | |
| | **Sugar Land, TX 77478** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,464.15** |
|---|---|---|---|
| | **BLUE POPPY ENTERPRISES** | ☐ Contingent | |
| | **4804 SE 69th AVENUE** | ☐ Unliquidated | |
| | **PORTLAND, OR 97206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,413.49** |
|---|---|---|---|
| | **BLUE Q** | ☐ Contingent | |
| | **703 WEST HOUSATONIC ST** | ☐ Unliquidated | |
| | **Pittsfield, MA 01201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$773.70** |
|---|---|---|---|
| | **BLUE SKY MINING** | ☐ Contingent | |
| | **2763 ESAW STREET** | ☐ Unliquidated | |
| | **MINDEN, NE 89423** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.84** |
|---|---|---|---|
| | **BLUEBIRD BOTANICALS** | ☐ Contingent | |
| | **410  S. ARTHUR AVE** | ☐ Unliquidated | |
| | **LOUISVILLE, CO 80027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,175.73** |
|---|---|---|---|
| | **BODYBIO, INC** | ☐ Contingent | |
| | **P O BOX 2089** | ☐ Unliquidated | |
| | **VINELAND, NJ 08360** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,852.41** |
|---|---|---|---|
| | **BODYCEUTICALS** | ☐ Contingent | |
| | **4385 KAPALUA DR** | ☐ Unliquidated | |
| | **SANTA MARIA, CA 93455** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

**3.61**

**Nonpriority creditor's name and mailing address**
**BOHO GYPSY**
**1700 WILLOW WOOD ST**
**DENTON, TX 76205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,808.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**
**BOIRON USA**
**4 Campus Boulevard**
**Newtown Square, PA 19073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$213,491.74**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**BOODA ORGANICS,INC**
**PO BOX 29345**
**BELLINGHAM, WA 98228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,700.60**

---

**3.64**

**Nonpriority creditor's name and mailing address**
**BOODY NORTH AMERICA**
**P.O.BOX 912150**
**DENVER, CO 80291-2150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$149,419.65**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**BOOST OXYGEN LLC**
**125 OLD GATE LANE**
**MILFORD, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,943.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Boss Facility Services Inc**
**60 Adams Ave.**
**Ste. 109**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,190.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**BOTANICAL INTEREST INC**
**660 COMPTON ST**
**BROOMFIELD, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$694.83**

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**                   Case number (if known)  **22-11284**
_____
Name

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$696.55** |

3.68   **Nonpriority creditor's name and mailing address**

**BREKKE STORAGE**
**105 3rd Avenue**
**Longmont, CO 80501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                  **$696.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.69   **Nonpriority creditor's name and mailing address**

**Brenda Jaimes**
**1407 Woolner Ave.**
**Fairfield, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

3.70   **Nonpriority creditor's name and mailing address**

**Brinco Mechanical Management Services In**
**125 South Main Street**
**Freeport, NY 11520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                  **$3,364.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.71   **Nonpriority creditor's name and mailing address**

**BROADWAY IDEAL MANAGEMENT**
**729 WALNUT #3D**
**BOULDER, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                  **$19,082.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.72   **Nonpriority creditor's name and mailing address**

**BUBS NATURALS**
**1026 NORTH COAST HIGHWAY 101**
**ENCINITAS, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                  **$9,075.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.73   **Nonpriority creditor's name and mailing address**

**BUCKY, INC.**
**PO BOX 58410**
**SEATTLE, WA 98138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                  **$22,097.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.74   **Nonpriority creditor's name and mailing address**

**Busy Beauty**
**26 University Lane**
**Manchester, MA 01944**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                  **$4,665.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*  **22-11284**
_____
Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Buzzfeed Media Enterprises, Inc.**
**P.O. Box 200022**
**Pittsburgh, PA 15251-0022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,073.97** |
|---|---|---|---|

**BWX BRANDS USA, INC.**
**1470 CADER LANE**
**PETALUMA, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,852.11** |
|---|---|---|---|

**CALDERA INTERNATIONAL, INC.**
**294 NW 2nd Ave**
**Canby, OR 97013-3624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**California Department of Health**
**Medical Waste Management Program**
**PO Box 997377, MS 7405**
**Sacramento, CA 95899-7377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|

**CANN-EASE COMPANY**
**P O BOX 20082**
**CHEYENNE, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,700.00** |
|---|---|---|---|

**CAPGEMINI AMERICA, INC.**
**C/O BANK OF AMERICA, LOCKBOX 012663**
**012663 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,264,646.34** |
|---|---|---|---|

**Cardinal Health LLC**
**c/o Bank of America Lockbox**
**5303 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,264.90**
---|---|---|---

**CAREX HEALTH BRANDS**
PO BOX 71591
CHICAGO, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00**
---|---|---|---

**Carlsbad Police Dpt.**
**Alarm Unit**
**Dept LA 254854**
**Pasadena, CA 91185-5484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,210.93**
---|---|---|---

**CARLSON LABORATORIES**
**600 W UNIVERSITY DR**
**ARLINGTON, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**
---|---|---|---

**Cartera Commerce, Inc**
**999 Plaza Drive , Suite 670**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,420.71**
---|---|---|---

**CDW Direct**
**PO Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.00**
---|---|---|---

**CenturyLink**
**PO Box 91155**
**Seattle, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,994.43**
---|---|---|---

**CHANGE HEALTHCARE/ERX NETWORK**
**PO BOX 572490**
**MURRAY, UT 84157-2490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,984.32** |
|---|---|---|---|

**CHARLOTTE'S WEB AND CW HEMP**
P.O.BOX 734960
DALLAS, TX 75373-4960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,242.50** |
|---|---|---|---|

**CHERRY HILLS MARKETPLACE**
**PRINCIPAL LIFE INSURANCE CO**
PROPERTY 025410, PO BOX 310300
DES MOINES, IA 50331-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,152.99** |
|---|---|---|---|

**CHICOECO INC.**
747 FORTRESS STREET
CHICO, CA 95973

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,853.64** |
|---|---|---|---|

**CHILD LIFE ESSENTIALS**
645 S ALLIED WAY
EL SEGUNDO, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,342.40** |
|---|---|---|---|

**CHUAO CHOCOLATIER**
2350 CAMINO VIDA ROBLE
CARLSBAD, CA 92011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,163.51** |
|---|---|---|---|

**City Mechanical, Inc**
724 Alfred Nobel Drive
Hercules, CA 94547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$584.00** |
|---|---|---|---|

**City of LA - False  Alarms**
P.O. Box 30879
Los Angeles, CA 90030-0879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$782.72**

**City of Seattle**
PO Box 34214
Seattle, WA 98124-4214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00**

**CLIA Laboratory Program**
PO Box 3056
Portland, OR 97208-3056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,126.18**

**COCOKIND**
660 4TH STREET
SAN FRANCISCO, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00**

**COLORADO MECHANICAL SYSTEMS, INC.**
7094 S REVERE PARKWAY
SUITE 100
CENTENNIAL, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.43**

**COLORADO PRINT AND APPAREL**
1567 SKYWAY DR. UNIT C
LONGMONT, CO 80504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,614.73**

**Comcast Cable**
PO BOX 37601
PHILADELPHIA, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$504.64**

**COMED (2050)**
PO Box 6111
Carol Stream, IL 60197-6111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number (*if known*) | **22-11284** |
|---|---|---|---|---|
| | Name | | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$411.00** |
|---|---|---|---|

**Community Development Agency**
**3501 Civic Center Drive**
**Room 236**
**San Rafael, CA 94903**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,582.76** |
|---|---|---|---|

**Complete Business Systems of Colorado, I**
**5195 Marshall Street**
**Arvada, CO 80002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.42** |
|---|---|---|---|

**CONSERVICE**
**P.O. BOX 1530**
**HEMET, CA 92546-1530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,262.84** |
|---|---|---|---|

**CONTINENTAL VITAMIN COMPANY**
**4510 S. BOYLE AVE**
**LOS ANGELES, CA 90058-2418**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,918.80** |
|---|---|---|---|

**COOLA SUNCARE**
**P O BOX 842247**
**DALLAS, TX 75284-2247**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Copeland Mechanical Inc.**
**8040 Wells Ave., Unit D**
**Newark, CA 94560**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,484.26** |
|---|---|---|---|

**CORDIAL EXPERIENCE, INC**
**POB 97696**
**LAS VEGAS, NV 89193-7696**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,715.80** |
|---|---|---|---|

**CORKCICLE**
**P O BOX 919787**
**ORLANDO, FL 32891-9787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,072.57** |
|---|---|---|---|

**Cornell Storefront**
**140 Maffet Street, Suite 200**
**Wilkes-Barre, PA 18705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,499.79** |
|---|---|---|---|

**CORONADO CENTER STATION LLN**
**P.O BOX 645414**
**PITTSBURGH, PA 15264-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,158.47** |
|---|---|---|---|

**COSMEDIX, LC**
**P.O. BOX 162601**
**ATLANTA, GA 30321-2601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,058.17** |
|---|---|---|---|

**COUNTRY LIFE**
**P. O. BOX 27293**
**NEW YORK, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|

**CouponCabin LLC**
**21 W Illinois St**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,691.20** |
|---|---|---|---|

**CRANE USA, INC.**
**P.O.BOX 735506**
**DALLAS, TX 75373-5506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,686.63** |
|---|---|---|---|

**CRITEO CORP**
**PO Box 392422**
**Pittsburgh, PA 15251-9422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,507.54** |
|---|---|---|---|

**Critical Dimensions**
**2485 Rocky Road**
**Dorchester, WI 54425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.03** |
|---|---|---|---|

**CSC (4736)**
**P.O. Box 7410023**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.97** |
|---|---|---|---|

**Culligan Bottled Water of Albq**
**1111 San Matel Blvd NE**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110.50** |
|---|---|---|---|

**CULLIGAN OF OREGON**
**12702 NE MARX ST**
**PORTLAND, OR 97230-1062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,686.93** |
|---|---|---|---|

**CURE INC**
**244 5TH AVE SUITE # 2**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.82** |
|---|---|---|---|

**CV SCIENCES, INC**
**9530 PADGETT STREET**
**SAN DIAGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**
_____
Name

Case number (if known)  **22-11284**

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,662.34** |

**CYBERSOURCE CORPORATION**
**PO BOX 742842**
**LOS ANGELES, CA 90074-2842**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.14** |

**DABBLE & DOLLOP, LLC**
**5545 E SORRENTO DRIVE**
**LONG BEACH, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,441.48** |

**DANA HERBERT**
**1631 NE BROADWAY, PMB 148**
**PORTLAND, OR  97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,898.71** |

**DAR CHOCOLATE LLC**
**1124 KRAMERIA ST**
**DENVER, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,086.00** |

**DataDome Solutions Inc**
**c/o Pramex International**
**1251 Avenue of the Americas FL 3**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.09** |

**DCS MANAGEMENT, LLC**
**2549B EASTBLUFF DR. SUITE 276**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$458.83** |

**DENIK LLC**
**1155 West 2200 South, Suite 130**
**LOGAN, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.131**

**Nonpriority creditor's name and mailing address**

**DENVER PROPANE EXCHANGE**
**PO BOX 807**
**COMMERCE CITY, CO 80037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$118.87**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**DESIGNS FOR HEALTH**
**P.O.BOX 419774**
**BOSTON, MA 02241-9774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$93,837.40**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**DEVITA INTERNATIONAL INC**
**4150 WEST PEORIA AVE STE 117**
**PHOENIX, AZ 85029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,095.70**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**DEW PUFF**
**P.O. BOX 19673**
**BOULDER, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,592.00**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**DEWOLF REALTY COMPANY**
**4330 California Street**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,910.52**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Diane Thorne**
**811 5TH AVE**
**LONGMONT, CO 80501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**DOCTOR'S BEST INC**
**2742  DOW AVE**
**TUSTIN, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48,278.56**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270,160.80** |
|---|---|---|---|

**DR. HAUSCHKA SKIN CARE**
**79 MAIN STREET**
**HARTFIELD, MA 01038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,007.50** |
|---|---|---|---|

**DR.DENNIS GROSS SKINCARE**
**444 MADISON AVE STE 500**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.04** |
|---|---|---|---|

**Drug Package, LLC**
**901 Drug Package Lane**
**O'Fallon, MO 63366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,442.42** |
|---|---|---|---|

**E&M Pro Manufacturing**
**923 E. Arlee Place**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,746.03** |
|---|---|---|---|

**E.B.I. Properties**
**1742 Solano Ave.**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,395.03** |
|---|---|---|---|

**EARTH MAMA ANGEL BABY LLC**
**9866 SE EMPIRE CT**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,711.26** |
|---|---|---|---|

**EARTHLINK**
**PO BOX 5422**
**CAROLSTREAM, IL 60197-5422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**            Case number (if known)  **22-11284**
_____
Name

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,927.91 |

**EC SCOTT GROUP LLC**
**255 EAST AVENUE SUITE 308**
**ROCHESTER, NY 14604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.98 |

**ECO VESSEL, LLC**
**1600 RANGE STREET SUITE 104**
**BOULDER, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,389.40 |

**ECOPIGGY LLC**
**1129  BELLVIEW AVENUE**
**ASHLAND, OR 98752-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.25 |

**ECOTREND ECOLOGICS LTD**
**C/O V68684 P.O.BOX 84332**
**SEATTLE, WA 98124-5632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,277.16 |

**Edward C. Stahl**
**c/o Travel Advisors**
**56 No. Santa Cruz**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.23 |

**EEBOO**
**170 West 74th Street SUITE 102**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,379.48 |

**EGYPTIAN MAGIC SKIN CREAM**
**P.O BOX 76402**
**BALTIMORE, MD 21275-6402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Pharmaca Integrative Pharmacy Inc.**          Case number (if known)   **22-11284**
         Name

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$913.66** |

**Eldorado Artesian Spring Water**
**PO BOX 445**
**ELDORADO SPRINGS, CO 80025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,351.17** |

**ELEMENTAL HERBS**
**PO BOX 203**
**MORRO BAY, CA 93443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,505.01** |

**ELWOOD STAFFING SERVICES, INC.**
**PO BOX 1024**
**COLUMBUS, IN 47202-1024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,348.38** |

**EMERSON ECOLOGICS LLC**
**1230 Elm Street, Suite 301**
**Manchester, NH 03101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,501.84** |

**EMERSON HEALTHCARE LLC**
**P. O. BOX 37835**
**BALTIMORE, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,776.47** |

**EMINENCE ORGANIC SKIN CARE**
**530 W BROADWAY STE 300**
**VANCOUVER, BC  CANADA V5Z1E9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,916.35** |

**EMPLOYMENT SOLUTIONS PERSONNEL**
**SERVICES,**
**4750 LARIMER PARKWAY SUITE 201**
**JOHNSTON, CO 80534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,920.00** |
|---|---|---|---|
| | **En-Vision America, Inc.**<br>**825 4th Street W**<br>**Palmetto, FL 34221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,858.19** |
|---|---|---|---|
| | **ENZYMEDICA**<br>**P. O. BOX 628718**<br>**ORLANDO, FL 32862-8718** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$853.04** |
|---|---|---|---|
| | **ERBAVIVA**<br>**19831 Nordhoff Place Suite 116**<br>**Chatsworth, CA 91311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,672.30** |
|---|---|---|---|
| | **ERE PEREZ**<br>**C/O CREME COLLECTIVE**<br>**1663 SUPERIOR AVE, SUITE A**<br>**COSTA MESA, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,481.54** |
|---|---|---|---|
| | **ETHICA BEAUTY**<br>**612-500 COUNTRY HILLS BLVD**<br>**SUITE 327**<br>**CALGARY, ALBERTA T3K5K3** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,112.72** |
|---|---|---|---|
| | **EUROPEAN SOAPS, LTD**<br>**P.O.BOX 58410**<br>**SEATTLE, WA 98138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165,212.48** |
|---|---|---|---|
| | **EUROPHARMA**<br>**DEPT. CH 17820**<br>**PALATINE, IL 60055-7820** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103,662.17** |
|---|---|---|---|

**EVANHEALY**
**5925 PRIESTLY DRIVE Suite 120**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,922.73** |
|---|---|---|---|

**EVERGREEN HERBS & MEDICAL SUPPLIES**
**17431 East Gale Ave**
**City of Industry, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,616.50** |
|---|---|---|---|

**EVOLVH INC.**
**11445 E VIA LINDA SUITE 2 # 604**
**SCOTTSDALE, AZ 85259-2638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,896.41** |
|---|---|---|---|

**EXCEL PRESS, INC**
**4540 S. NAVAJO ST. UNIT 2**
**ENGLEWOOD, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,928.00** |
|---|---|---|---|

**EXEGI PHARMA LLC**
**P. O.  BOX 205942**
**DALLAS, TX 75320-5942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,759.50** |
|---|---|---|---|

**EXELTIST USA**
**180 PARK AVE SUITE 101**
**FLORHAM PARK, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,654.90** |
|---|---|---|---|

**EXPANSCIENCE LABORARIES**
**60 EAST 56TH STREET FLOOR 6**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**
Name

Case number (if known) **22-11284**

| | |
|---|---|
| 3.173 **Nonpriority creditor's name and mailing address**<br>**FAGRON**<br>**201 W 5TH ST STE1250**<br>**AUSTIN, TX 78701** | **$2,116.96** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.174 **Nonpriority creditor's name and mailing address**<br>**FARM HOUSE FRESH**<br>**8797 CR 858**<br>**MCKINNEY, TX 75071** | **$9,546.53** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.175 **Nonpriority creditor's name and mailing address**<br>**FastSigns**<br>**4800 Baseline Rd.**<br>**Suite D-102**<br>**Boulder, CO 80303** | **$284.49** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.176 **Nonpriority creditor's name and mailing address**<br>**Fedex (3129)**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | **$166,595.83** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.177 **Nonpriority creditor's name and mailing address**<br>**FedEx (8196)**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | **$14,568.77** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.178 **Nonpriority creditor's name and mailing address**<br>**FedEx Freight**<br>**DEPT CH**<br>**PO Box10306**<br>**Palatine, IL 60055-0306** | **$2,745.45** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.179 **Nonpriority creditor's name and mailing address**<br>**FEDEX SAMEDAY**<br>**P.O. BOX 371461**<br>**PITTSBURGH, PA 15250-7461** | **$14,212.31** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number (if known) | **22-11284** |
|---|---|---|---|---|
| | Name | | | |

---

**3.180** | **Nonpriority creditor's name and mailing address**
**FEELGOODZ HOLDINGS NC INC**
**5435 RAYNOR RD**
**GARNER, NC 27529**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,967.61

---

**3.181** | **Nonpriority creditor's name and mailing address**
**FFF Enterprises, Inc.**
**PO Box 840150**
**Los Angeles, CA 90084-0150**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,606.78

---

**3.182** | **Nonpriority creditor's name and mailing address**
**FINDING HOME FARMS, LLC**
**140 EATON TOWN RD**
**MIDDLETOWN, NY 10940**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,130.22

---

**3.183** | **Nonpriority creditor's name and mailing address**
**FINEST ACCESSORIES**
**P.O.BOX 1968**
**NORTH BEND, WA 98045**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,537.79

---

**3.184** | **Nonpriority creditor's name and mailing address**
**FIT FOR LIFE LLC**
**75 REMITTANCE DRIVE**
**DEPT 6154**
**CHICAGO, IL 60675**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,852.14

---

**3.185** | **Nonpriority creditor's name and mailing address**
**FLATIRONS LOCKSMITHS**
**275 WANEKA PARKWAY UNIT 4**
**LAFAYETTE, CO 80026**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$114.00

---

**3.186** | **Nonpriority creditor's name and mailing address**
**Flexential Corp**
**P.O. BOX 732368**
**DALLAS, TX 75373-2368**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,264.47

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,272.17** |
|---|---|---|---|

**FLORA, INC.**
**805 E Badger Rd**
**Lynden, WA 98264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,952.80** |
|---|---|---|---|

**FORCES OF NATURE**
**21787 8TH STREETEAST SUITE 3A**
**SONOMA, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,406.96** |
|---|---|---|---|

**FRAN'S CHOCOLATES, LTD.**
**5900 AIRPORT WAY SOUTH**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.00** |
|---|---|---|---|

**FREEDOM WINDOW CLEANING**
**P.O. BOX 131713**
**CARLSBAD, CA 92013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,149.14** |
|---|---|---|---|

**FRENCH TRANSIT LTD**
**7588 CENTRAL PARKE BLVD Suite 220**
**MASON, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$979.54** |
|---|---|---|---|

**Frontier Communications Corp**
**PO Box 740407**
**CINCINNATI, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248,686.01** |
|---|---|---|---|

**FUNGI PERFECTI, LLC**
**P.O. Box 7634**
**Olympia, WA 98507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,471.84** |
|---|---|---|---|

**GABRIEL COSMETICS**
**PO BOX 409**
**Redmond, WA 98073-0409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269,260.96** |
|---|---|---|---|

**GAIA HERBS INC**
**P. O .BOX 639306**
**CINCINNATI, OH 45263-9306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$426,788.99** |
|---|---|---|---|

**GARDEN OF LIFE**
**4200 NORTHCORP PARKWAY STE 200**
**PALM BEACH GARDENS, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.00** |
|---|---|---|---|

**Gary's Window Cleaning LLC**
**PO Box 270312**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,300.00** |
|---|---|---|---|

**GBA Inc.**
**4304 18th Street #14726**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,467.50** |
|---|---|---|---|

**Gen3 Marketing, LLC**
**960B Harvest Drive**
**Suite 210**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,856.00** |
|---|---|---|---|

**Geneforce Incorporated**
**340 W. Flagler Street**
**Suite 1501**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                     Case number *(if known)*    **22-11284**
_____
Name

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$9,907.28** |

**3.201**  **Nonpriority creditor's name and mailing address**

**GENEXA INC**
**1510  ELLSWORTH INDUSTRIAL BLVD NW**
**BUILDING TWO, SUITE 10**
**ATLANTA, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$9,907.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202**  **Nonpriority creditor's name and mailing address**

**GENIUS CENTRAL SYSTEMS, INC**
**DEPT. CH 19799**
**SUITE 301**
**PALATINE, IL 60055-9799**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$6,240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203**  **Nonpriority creditor's name and mailing address**

**GETTY IMAGES (US) INC.**
**PO BOX 953604**
**ST LOUIS, MO 63195-3604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$297.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204**  **Nonpriority creditor's name and mailing address**

**GLADRAGS SUSTAINABLE WOMEN'S**
**HEALTH, LLC**
**1130  SE RHONE ST**
**PORTLAND, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,577.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205**  **Nonpriority creditor's name and mailing address**

**GO MAX GO FOODS, LLC**
**12 OAKMONT RIDGE ROAD**
**SANDIA PARK, NM 87047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,069.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206**  **Nonpriority creditor's name and mailing address**

**GOLDFADEN MD**
**3816 HOLLYWOOD BLVD SUITE 101**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$9,003.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207**  **Nonpriority creditor's name and mailing address**

**GOOD CLEAN LOVE**
**207 W. 5th ST**
**Eugene, OR 97401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$12,810.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Pharmaca Integrative Pharmacy Inc.**                          Case number (if known)     **22-11284**
　　　　　Name

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,047.48** |
|---|---|---|---|

**GOODHEW, LLC**
P.O. BOX 306174
**NASHVILLE, TN 37230-6174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,629.00** |
|---|---|---|---|

**GOODLIGHT NATURAL CANDLES, LLC**
P O BOX 3593
**TELLURIDE, CO 81435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,099.91** |
|---|---|---|---|

**Google Inc.**
Dept. 33654
PO Box 39000
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,444.45** |
|---|---|---|---|

**GREEN SPROUTS FKA IPLAY**
**2000 Riverside Drive Suite 9**
**Asheville, NC 28804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$534.00** |
|---|---|---|---|

**GREEN TREE JEWELRY**
**13275 BLUEBERRY HILL LN**
**VALLEY CENTER, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,547.18** |
|---|---|---|---|

**GROWVE**
**239 SECOND AVE S**
**ST PETERSBURG, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,966.40** |
|---|---|---|---|

**GU ENERGY LABS**
**DEPT LA 24970**
**PASADENA, CA 91185-4970**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**
Name

Case number (if known)    **22-11284**

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,138.44** |

**HACHETTE BOOK GROUP USA**
**P.O. BOX 8828**
**JFK STATION**
**Boston, MA 02114-8828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,821.82** |

**Hamilton, Brook, Smith & Reynolds, P.C.**
**PO BOX 9133**
**530 Virginia Road**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,044.80** |

**Hammond's Candies**
**5735 N. Washington St.**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,024.20** |

**Hand in Hand Soap LLC**
**PO Box 500**
**Wynnewood, PA 19096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,531.39** |

**HARVEST ROAST**
**ZENNIX LIFEFOODS**
**PO BOX 6780**
**BEAVERTON, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,892.14** |

**Health Care Logistics**
**PO Box 400**
**Circleville, OH 43113-0400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,583.28** |

**HEALTHFORCE SUPERFOODS, INC.**
**PO BOX 27740**
**LAS VEGAS, NV 89126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number (if known)    **22-11284**
      Name

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,147.68** |
|---|---|---|---|

**HEMPFUSION, INC. DBA PROBULIN**
**PO BOX 150525**
**HARTFORD, CT 06115-0525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,034.26** |
|---|---|---|---|

**HERB PHARM**
**PO Box 116**
**Williams, OR 97544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,319.51** |
|---|---|---|---|

**HERB UK NORTH AMERICAN DIST. INC.**
**999 PONTIAC AVE STE C**
**CRANSTON, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,690.52** |
|---|---|---|---|

**HERBS, ETC.**
**1340 Rufina Circle**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.44** |
|---|---|---|---|

**HiBAR, INC**
**2327 WYCLIFF ST., STE 245**
**ST PAUL, MN 55114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,644.04** |
|---|---|---|---|

**HIMALAYA DRUG COMPANY, THE**
**HIMALAYA HERBAL HEALTHCARE**
**1101 GILLINGHAM LANE**
**SUGAR LAND, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,281.60** |
|---|---|---|---|

**HL NATURAL, INC. dba HILMA**
**77 SANDS ST., FLOOR 6**
**BROOLYN, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number (if known) | **22-11284** |
|---|---|---|---|---|
| | Name | | | |

---

**3.229** | **Nonpriority creditor's name and mailing address**
**HR DIRECT**
P.O. BOX 669390
POMPANO BEACH, FL 33066-9390

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,678.37**

---

**3.230** | **Nonpriority creditor's name and mailing address**
**HUMBLE BRANDS, INC.**
1336 GUSDORF ROAD
TAOS, NM 87571

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,432.32**

---

**3.231** | **Nonpriority creditor's name and mailing address**
**HUMMINGBIRD WINDOW CLEANING**
PO BOX 660
TESUQUE, NM 87574

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$458.70**

---

**3.232** | **Nonpriority creditor's name and mailing address**
**HYDROS BOTTLE, LLC**
239 8TH STREET, STE#11
SAN FRANCISCO, CA 94103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,991.70**

---

**3.233** | **Nonpriority creditor's name and mailing address**
**HYLANDS INC.**
PO BOX 102640
PASADENA, CA 91189-2640

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,761.66**

---

**3.234** | **Nonpriority creditor's name and mailing address**
**ICU EYEWEAR, INC.**
Dept. 36079
P.O. Box  39000
San Francisco, CA 94139

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$65,389.23**

---

**3.235** | **Nonpriority creditor's name and mailing address**
**ILLUME HOLDING CO, LLC**
PO BOX 74008742
CHICAGO, IL 60674-8742

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$44,490.80**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435,328.62** |
|---|---|---|---|

**IMPACT TECH, INC**
**223 E. DE LA GUERRA STREET**
**SANTA BARBARA, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,041.00** |
|---|---|---|---|

**Indaba Trading Ltd.**
**1067 Herring Gull Way**
**Parksville BC V9P 2N1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,607.64** |
|---|---|---|---|

**INDIE LEE & CO. INC.**
**PO BOX 14782**
**CHICAGO, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,423.85** |
|---|---|---|---|

**INDIGO HANDLOOM INC.**
**15 WAILAU PLACE**
**LAHAINA, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,022.27** |
|---|---|---|---|

**INDIGO WILD, LLC**
**EMILY VOTH**
**3125 WYANDOTTE**
**KANSAS CITY, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,419.20** |
|---|---|---|---|

**INDUSTRIAS T. TAIO, LLC**
**6031 MALBURG WAY**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,767.22** |
|---|---|---|---|

**INNERSENSE ORGANIC BEAUTY INC.**
**ATTN: GREG STARKMAN**
**2301 ARNOLD INDUSTRIAL WAY STE A**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|

Name

---

**3.243** | Nonpriority creditor's name and mailing address

**InstaKey Security Systems Inc**
**7456 West 5th Ave**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$146.51**

---

**3.244** | Nonpriority creditor's name and mailing address

**INSTITUTE FOR TRADITIONAL MEDICINE**
**2017 SE Hawthorne**
**Portland, OR 97214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$780.00**

---

**3.245** | Nonpriority creditor's name and mailing address

**Integral RX**
**P.O. Box 890940**
**Charlotte, NC 28289**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$81.39**

---

**3.246** | Nonpriority creditor's name and mailing address

**Integrated System Installers Inc.**
**747 Sheridan Blvd**
**#1A**
**Lakewood, CO 80214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,801.33**

---

**3.247** | Nonpriority creditor's name and mailing address

**Intelex USA LLC**
**DBA Warmies**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,680.00**

---

**3.248** | Nonpriority creditor's name and mailing address

**INTERFACE SECURITY SYSTEMS LLC**
**8339 SOLUTIONS CENTER**
**CHICAGO, IL 60677-8003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,459.96**

---

**3.249** | Nonpriority creditor's name and mailing address

**INTERMOUNTAIN STAFFING SERVICE, INC**
**dba**
**PO BOX 540587**
**NORTH SALT LAKE, UT 84054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,434.22**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.250** | Nonpriority creditor's name and mailing address
**INTERNATIONAL ARRIVALS**
**DBA INTERNATIONAL ARRIVALS**
**5607 PALMER WAY**
**CARLSBAD, CA 92010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$893.34

---

**3.251** | Nonpriority creditor's name and mailing address
**INTUITION**
**325 Corey Way Suite 104**
**South San Francisco, CA 94080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$13,839.50

---

**3.252** | Nonpriority creditor's name and mailing address
**IQVIA, INC**
**PO BOX 8500-784290**
**PHILADELPHIA, PA 19178-4290**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,228.50

---

**3.253** | Nonpriority creditor's name and mailing address
**IREDALE COSMETICS, INC.**
**PO BOX 842204**
**BOSTON, MA 02284-2204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$174,317.24

---

**3.254** | Nonpriority creditor's name and mailing address
**IRON MOUNTAIN**
**PO BOX 915004**
**DALLAS, TX 75391-5004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$21,856.51

---

**3.255** | Nonpriority creditor's name and mailing address
**IRWIN NATURALS**
**DEPT LA 22610**
**PASADENA, CA 91185-2610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,597.48

---

**3.256** | Nonpriority creditor's name and mailing address
**JA Carpentry Inc**
**150 English Street**
**Hackensack, NJ 07601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$561,371.61

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address**
JACK BLACK LLC
551 SOUTHWESTERN BLVD., STE 100
COPPELL, TX 75019

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,372.00**

---

**3.258** | **Nonpriority creditor's name and mailing address**
Jack Rabbit Creations Inc.
1039 Vance Ave NE
Atlanta, GA 30306

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,687.90**

---

**3.259** | **Nonpriority creditor's name and mailing address**
JARROW FORMULAS
PO BOX 51916
LOS ANGELES, CA 90051-6216

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$294,808.31**

---

**3.260** | **Nonpriority creditor's name and mailing address**
JAY ROBB ENTERPRISES, INC.
AGROPUR MSI, LLC
PO BOX 71984
CHICAGO, IL 60694-1984

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$56,193.90**

---

**3.261** | **Nonpriority creditor's name and mailing address**
Jerilyn Champion
c/o Javaherian & Ruszecki, PC
Mi Julie Jin Ahn, Esq.
1900 Avenue of the Stars, Ste 310
Los Angeles, CA 90067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262** | **Nonpriority creditor's name and mailing address**
JESSICA JUHL
1013 9TH AVE
LONGMONT, CO 80501

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,250.00**

---

**3.263** | **Nonpriority creditor's name and mailing address**
JETS NEWS DELIVERY
ERIC M ALLEN
11700 S. Boulder Road 308
Lafayette, CO 80026

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,924.51**

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number (if known)    **22-11284**

Name

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,130.29 |

**JOB STORE STAFFING**
**7555 E Hampden Ave**
**Suite 300**
**DENVER, CO 80231**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,452.15 |

**JOHN MASTERS ORGANICS**
**95 3rd STREET, SUITE 256**
**SAN FRANSICO, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,929.00 |

**JOYFUL BATH CO. LLC**
**5534 WILKINS COURT**
**NORTH BETHESDA, MD 20852**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,430.00 |

**Joyya US PBC**
**2943 Riverside Drive**
**Cincinnati, OH 45226**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,795.50 |

**JUDY BRANDON DBA JUDY BRANDON**
**JEWELRY**
**2760 CUM CIRCLE**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,637.50 |

**JUICE BEAUTY, INC.**
**3915 CYPRESS DRIVE**
**PETALUMA, CA 94954**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $953.46 |

**JURATOYS US CORP**
**CO AXELIA**
**185 ALEWIFE BROOK PKWY, STE 210**
**CAMBRIDGE, MA 02138**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

Name

---

3.271 | **Nonpriority creditor's name and mailing address**
**JURLIQUE**
**2108 N ST., STE 4074**
**SACRAMENTO, CA 95816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71,220.12**

---

3.272 | **Nonpriority creditor's name and mailing address**
**KALAMAZOO CANDLE COMPANY**
**5111 E. ML AVENUE #A15**
**KALAMAZOO, MI 49048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,047.04**

---

3.273 | **Nonpriority creditor's name and mailing address**
**KANBERRA GROUP**
**800 Commerce Parkway**
**Lancaster, NY 14086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,437.94**

---

3.274 | **Nonpriority creditor's name and mailing address**
**Kenneth Park Architect PLLC**
**360 Lexington Avenue**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$197,886.28**

---

3.275 | **Nonpriority creditor's name and mailing address**
**KIKKERLAND DESIGN INC**
**PO BOX 83051**
**WOBURN, MA 01813-3051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$653.22**

---

3.276 | **Nonpriority creditor's name and mailing address**
**KITSCH LLC**
**PO BOX 744569**
**LOS ANGELES, CA 90074-4569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,936.21**

---

3.277 | **Nonpriority creditor's name and mailing address**
**KLEAN KANTEEN**
**3960 MORROW LANE**
**CHICO, CA 95928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,745.95**

---

Debtor   **Pharmaca Integrative Pharmacy Inc.**                    Case number (*if known*)   **22-11284**
_____                                                _____
Name

| | | |
|---|---|---|
| 3.278 | **Nonpriority creditor's name and mailing address**<br>**KNASTER TECHNOLOGY GROUP**<br>**9233 PARK MEADOWS DRIVE**<br>**SUITE 210**<br>**LONE TREE, CO 80124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,725.75** |
| 3.279 | **Nonpriority creditor's name and mailing address**<br>**KNOWN SUPPLY INC**<br>**1630 SUPERIOR AVE.#C**<br>**COSTA MESA, CA 92627**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,055.12** |
| 3.280 | **Nonpriority creditor's name and mailing address**<br>**KOREAN RED GINSENG CORP**<br>**12750 CENTER COURT DRIVE STE100**<br>**CERRITOS, CA 90703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,799.72** |
| 3.281 | **Nonpriority creditor's name and mailing address**<br>**Kris Guerra**<br>**c/o Lebe Law APLC**<br>**Jonathan M. Lee, Esq.**<br>**777 S. Alameda Street, 2nd Floor**<br>**Los Angeles, CA 90021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.282 | **Nonpriority creditor's name and mailing address**<br>**Kristal Richardson**<br>**c/o Poltrock & Giampietro**<br>**Wayne B. Giampietro, Esq.**<br>**123 W. Madison, Ste 1300**<br>**Chicago, IL 60602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.283 | **Nonpriority creditor's name and mailing address**<br>**Kupiec & Martin, LLC**<br>**600 W. Van Buren St.**<br>**Chicago, IL 60607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28,710.00** |
| 3.284 | **Nonpriority creditor's name and mailing address**<br>**KUUMBA MADE INC.**<br>**2045 N FORBES BLVD, #103**<br>**TUCSON, AZ 85745**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,592.10** |

Debtor   **Pharmaca Integrative Pharmacy Inc.**                                Case number (if known)   **22-11284**
_____
Name

| | | |
|---|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address**<br>**LA CHATELAINE**<br>**8 ARBOLADO CT**<br>**MANHATTAN BEACH, CA 90266**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._   **$10,822.78**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address**<br>**LAFCO NEW YORK**<br>**LAFCO NEW YORK**<br>**23 E 4TH ST-FL 7**<br>**NEW YORK, NY 10003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._   **$4,475.38**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address**<br>**LAKE CHAMPLAIN CHOCOLATES**<br>**290 BOYER CIRCLE**<br>**WILLISTON, VT 05495**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._   **$6,730.55**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address**<br>**LAMAS BEAUTY, INTL.**<br>**1223 WILSHIRE BLVD UNIT #892**<br>**SANTA MONICA, CA 90403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._   **$8,546.80**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address**<br>**Lane Powell PC**<br>**1420 4th Avenue Ste 4200**<br>**Seattle, WA 98101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._   **$7,085.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.290 | **Nonpriority creditor's name and mailing address**<br>**LAURA CRAWFORD INC**<br>**PO BOX 730718**<br>**DALLAS, TX 75373-0718**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._   **$12,232.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.291 | **Nonpriority creditor's name and mailing address**<br>**LAVIDO NA LLC**<br>**C/O CREME COLLECTIVE INC**<br>**1663 SUPERIOR AVE, SUITE A**<br>**COSTA MESA, CA 92627**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._   **$22,451.89**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor  **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*  **22-11284**
      Name

| | |
|---|---|
| 3.292 | **$1,275.00** |

**Nonpriority creditor's name and mailing address**
**LEASEQUERY, LLC**
**PO Box 771470**
**St. Louis, MO 63177-9816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.293 | **$61,054.29** |

**Nonpriority creditor's name and mailing address**
**LeLand M. Ford Associates**
**1117 Iliff St.**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.294 | **$22,176.31** |

**Nonpriority creditor's name and mailing address**
**LELO, INC.**
**5799 FONTANOSO WAY**
**SAN JOSE, CA 95138-1015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.295 | **$17,982.23** |

**Nonpriority creditor's name and mailing address**
**LENERTZ INDUSTRIAL SUPPLY CO, INC**
**725 VENTURA ST.**
**AURORA, CO 80011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.296 | **$18,731.44** |

**Nonpriority creditor's name and mailing address**
**Leprino Performance Brands**
**dba Ascent Protein**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.297 | **$5,947.62** |

**Nonpriority creditor's name and mailing address**
**Lido Lighting, Inc.**
**400 Oser Ave.**
**Suite #100**
**HAUPPAUGE, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.298 | **$17,408.90** |

**Nonpriority creditor's name and mailing address**
**LIFE SCIENCE INSTITUTE**
**LLC/HEALTHYCELL**
**DBA HEALTHYCELL**
**3301  SALTERBECK ST, STE 102**
**MOUNT PLEASANT, SC 29466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number (if known)    **22-11284**
            Name

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,040.04 |
|---|---|---|---|

**LIFETIME BRANDS, INC.**
**DEPT CH 17745**
**PALATINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,256.52 |
|---|---|---|---|

**LIFT CHOCOLATE LLC**
**6395 GUNPARK DR, STE R**
**BOULDER, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,134.75 |
|---|---|---|---|

**LIFTLAB SKIN**
**935 MAIN STREET, STE 1**
**WALTHAM, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,001.80 |
|---|---|---|---|

**LINCOLN FULLERTON REIT PROPERTY LLC**
**PO BOX 734221**
**CHICAGO, IL 60673-4221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,522.16 |
|---|---|---|---|

**LIPPMANN ENTERPRISES LLC**
**800 HARBOR BLVD, 310A**
**WEEHAWKEN, NJ 07086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,373.99 |
|---|---|---|---|

**LIPT NW CEDAR FALLS DRIVE, LLC**
**P.O. BOX 741086**
**LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63,522.17 |
|---|---|---|---|

**Littler Mendelson P.C.**
**The National Employment & Labor Law Firm**
**PO Box 45547**
**San Francisco, CA 94145-0547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Pharmaca Integrative Pharmacy Inc.**                          Case number (if known)    **22-11284**
_____
Name

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$816.35** |
|---|---|---|---|

**Live Wire Networks Inc**
**5171 Ward Rd**
**Unit 1**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,460.63** |
|---|---|---|---|

**Loami Nails LLC**
**Catalyst Nail Supply LLC**
**Cincinnati, OH 45212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490.74** |
|---|---|---|---|

**LogMein USA, Inc.**
**333 Summer Street**
**Boston, MA 02210-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,751.34** |
|---|---|---|---|

**Lorig Management Services LLC**
**C/O COAST REAL ESTATE SERVICES INC**
**2829 RUCKER AVENUE, SUITE 100**
**EVERETT, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$969.00** |
|---|---|---|---|

**LOS POBLANOS INN & CULTURAL CENTER**
**4803 Rio Grande Boulevard NW**
**Albuquerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,978.62** |
|---|---|---|---|

**LOTUS LIGHT ENTERPRISES, INC.**
**PO Box 1008**
**Silver Lake, WI 53170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$366.00** |
|---|---|---|---|

**LOVE REUSABLE BAGS, INC.**
**1599 SUPERIOR AVENUE, STE A-5**
**COSTA MESA, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number (if known)    **22-11284**
_____
          Name

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,260.23** |

**LOVE SUN BODY LLC**
**50 CUMMINGS CIRCLE**
**WEST ORANGE, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,512.00** |

**LOWELL T. PATTON TRUST**
**3464 HEARTLAND AVE**
**SIMI VALLEY, CA 93065-0575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,092.44** |

**Lumen**
**PO Box 52187**
**Phoenix, AZ 85072-2187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,952.14** |

**M2 INGREDIENTS**
**P.O. BOX 7410025**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,991.52** |

**MAD HIPPIE LLC**
**2407 S CONGRESS AVE E339**
**AUSTIN, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,969.18** |

**MADDIEBRIT PRODUCTS, LLC**
**8766 E 96 TH STREET**
**FISHERS, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,205.50** |

**MADE OF LLC**
**162 Mackenzie St**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**                    Case number (if known) **22-11284**
_____
Name

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,591.60** |
|---|---|---|---|

**MADER NEWS, INC.**
**913 Ruberta Avenue**
**Glendale, CA 91201-2346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231.82** |
|---|---|---|---|

**MAGIC FAIRY CANDLES**
**634 MAIN STREET**
**LONGMONT, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$348.04** |
|---|---|---|---|

**Main Street Mat Company**
**PO Box 785**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,155.84** |
|---|---|---|---|

**MALIN+GOETZ INC**
**PO Box 536737**
**Pittsburgh, PA 15253-5909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,377.50** |
|---|---|---|---|

**Manhattan Digital Direct Marketing, Inc**
**555 Twin Dolphin Drive**
**Suite 630**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,096.57** |
|---|---|---|---|

**MANIDAE BEAUTY BRANDS**
**6400 CONGRESS AVE., STE 2000**
**BOCA RATON, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,529.96** |
|---|---|---|---|

**MARICH CONFECTIONERY COMPANY**
**2101 BERT DR**
**HOLLISTER, CA 95023-2562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**
_____
Name

Case number (if known)   **22-11284**

| | |
|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**MARKED PROMOTIONS (FORMERLY LABCOATS)**
**5711 WOODCLIFF ROAD, STE 103**
**BOWIE, MD 20720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,328.30**

---

3.328
**Nonpriority creditor's name and mailing address**
**MARLON SCOTT PONCE RAMIREZ**
**6543 PORTOLA DR # 8**
**EL CERRITO, CA 84530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$132.10**

---

3.329
**Nonpriority creditor's name and mailing address**
**MAROMA USA, LLC**
**PO Box 530305**
**Miami, FL 33153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,069.42**

---

3.330
**Nonpriority creditor's name and mailing address**
**MATR BOOMIE/HANDMADE EXPRESSIONS**
**MATR BOOMIE/HANDMADE EXPRESSIONS**
**204 W POWELL LN BLDG 3**
**AUSTIN, TX 78753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$135.54**

---

3.331
**Nonpriority creditor's name and mailing address**
**MAX GREEN ALCHEMY LIMITED**
**50 Executive Ave. Ste G**
**Rohnert Park, CA 94928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,855.77**

---

3.332
**Nonpriority creditor's name and mailing address**
**MAX PACK**
**11760 BEREA ROAD**
**CLEVELAND, OH 44111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,378.11**

---

3.333
**Nonpriority creditor's name and mailing address**
**MAXIM HYGIENE PRODUCTS**
**122 LIBERTY AVENUE**
**MINEOLA, NY 11501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,284.67**

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,202.85** |
|---|---|---|---|

**MAYWAY CORP.**
**1338 Mandela Parkway**
**Oakland, CA 94607-2055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,093.60** |
|---|---|---|---|

**MDSOLARSCIENCES, CORP**
**PO BOX 306**
**GREEN FARMS, CT 06838**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,070.70** |
|---|---|---|---|

**MEDINATURA INC.**
**10421 Research Rd SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$214,945.77** |
|---|---|---|---|

**MEGAFOOD**
**PO BOX 412890**
**BOSTON, MA 02241-2890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,335.15** |
|---|---|---|---|

**MELISSA & DOUG, INC.**
**P.O. Box 590**
**Westport, CT 06881**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,429.68** |
|---|---|---|---|

**MERCHANDISE INC**
**PO BOX 10**
**5929 STATE ROUTE 128**
**MIAMITOWN, OH 45041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176,820.08** |
|---|---|---|---|

**METAGENICS, INC.**
**PO Box 749395**
**Los Angeles, CA 90074-9395**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**                Case number *(if known)* **22-11284**
_____
Name

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,828.88 |
|---|---|---|---|

**MG Security Services LLC**
**7 West 36TH St.**
**12TH Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,672.68 |
|---|---|---|---|

**Micro Merchant Systems Inc**
**6800 Jericho Turnpike**
**Suite 203E**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |
|---|---|---|---|

**MICROPLANE PERSONAL CARE**
**614 SR 247**
**Russellville, AR 72802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $614.94 |
|---|---|---|---|

**MMP SOLUTIONS DBA MAKE ME HEAL**
**18730 OXNARD ST STE 210**
**TARZANA, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,632.66 |
|---|---|---|---|

**Monaco LLC**
**145 Grassy Plain Street**
**PO Box 40**
**Bethel, CT 06801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

**Montana Datacom**
**1723 Rt 17A Building 2**
**Florida, NY 10921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,913.00 |
|---|---|---|---|

**MOOD MEDIA**
**P.O. BOX 71070**
**CHARLOTTE, NC 28272-1070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*    **22-11284**
_____
Name

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,489.84** |
|---|---|---|---|

**MOONSTRUCK CHOCOLATE COMPANY**
**c/o UMPQUA BANK**
**PO BOX 35142 - #1008**
**SEATTLE, WA 98124-5142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,051.77** |
|---|---|---|---|

**MORRELL PRINTING SOLUTIONS, LLC**
**990 S. PUBLIC ROAD UNIT C**
**LAFAYETTE, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.00** |
|---|---|---|---|

**MOTHERLOVE HERBAL CO.**
**1420 RIVERSIDE AVE. SUITE 114**
**FORT COLLINS, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$590.83** |
|---|---|---|---|

**MOUNTAIN MIST**
**PO BOX 84447**
**SEATTLE, WA 98124-5747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149,237.84** |
|---|---|---|---|

**MOUNTAIN PEOPLE/UNITED NATURAL**
**FOODS**
**P.O Box 742930**
**Los Angeles, CA 90074-2930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,340.73** |
|---|---|---|---|

**MQ DIRECT LLC**
**4102 BELL BVD, FLOOR 2, STE 2**
**BAYSIDE, NY 11361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,515.45** |
|---|---|---|---|

**MRM/METABOLIC RESPONSE MODIFIERS**
**2665 VISTA PACIFIC DR**
**OCEANSIDE, CA 92056-3500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:   Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.355** | Nonpriority creditor's name and mailing address | **$39,913.91**
---|---|---

**mscripts, LLC**
**PO BOX 435**
**SAN FRANCISCO, CA 94104-0435**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | **$3,144.90**
---|---|---

**MURPHY & MILLER, INC.**
**39661 TREASURY CENTER**
**CHICAGO, IL 60694-9600**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | **$9,263.84**
---|---|---

**MYFIGHT**
**31 S 38TH ST W**
**BILLINGS, MT 59102**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | **$5,375.92**
---|---|---

**NANTUCKET SPIDER, LLC**
**15 HUBBARD RD., POB 536**
**WILTON, CT 06897**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | **$376.00**
---|---|---

**Napa County**
**1195 Third Street**
**Room 108**
**Napa, CA 94559-3050**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | **$576.34**
---|---|---

**Napa Recycling & Waste Services, LLC**
**P.O. Box 51015**
**LOS ANGELES, CA 90051-5315**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | **$16,186.31**
---|---|---

**NATROL LLC**
**21411 PRAIRIE ST**
**CHATSWORTH, CA 91387**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**                  Case number (if known)  **22-11284**

_____
Name

| | | |
|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **NATURA HEALTH PRODUCTS, INC.** | ☐ Contingent |
| | **478 RUSSELL STREET STE 103** | ☐ Unliquidated |
| | **Ashland, OR 97520** | ☐ Disputed |

$26,133.82

**Date(s) debt was incurred** _

**Last 4 digits of account number** _    **Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **NATURAL FACTORS** | ☐ Contingent |
| | **14224 167th Ave. SE** | ☐ Unliquidated |
| | **Monroe, WA 98272-2810** | ☐ Disputed |

$611,316.85

**Date(s) debt was incurred** _

**Last 4 digits of account number** _    **Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **NATURAL HEALTH INTL.** | ☐ Contingent |
| | **2550 SOUTH DECKER LAKE BLVD** | ☐ Unliquidated |
| | **STE 28** | ☐ Disputed |
| | **WEST VALLEY CITY, UT 84119** | |

$13,764.90

**Date(s) debt was incurred** _

**Last 4 digits of account number** _    **Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **NATURAL HEALTH PARTNERS,  LLC** | ☐ Contingent |
| | **125 SW 3RD PLACE, STE205** | ☐ Unliquidated |
| | **CAPE CORAL, FL 33991** | ☐ Disputed |

$101,861.84

**Date(s) debt was incurred** _

**Last 4 digits of account number** _    **Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **NATURAL HEALTH SUPPLY** | ☐ Contingent |
| | **6410 Avenida Christina** | ☐ Unliquidated |
| | **Santa Fe, NM 87507** | ☐ Disputed |

$549.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _    **Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **NATURAL ORGANICS INC** | ☐ Contingent |
| | **P.O. Box 8951** | ☐ Unliquidated |
| | **Melville, NY 11747-8951** | ☐ Disputed |

$8,422.84

**Date(s) debt was incurred** _

**Last 4 digits of account number** _    **Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **NATURAL PATH/SILVER WINGS** | ☐ Contingent |
| | **P.O. BOX 210469** | ☐ Unliquidated |
| | **NASHVILLE, TN 37221** | ☐ Disputed |

$9,140.16

**Date(s) debt was incurred** _

**Last 4 digits of account number** _    **Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                     Case number (if known)    **22-11284**

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,830.78** |
|---|---|---|---|

**NATURAL STACKS, INC.**
**4241 24th Ave W**
**SEATTLE, WA 98199-1214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,388.24** |
|---|---|---|---|

**NATURAL-IMMUNOGENICS CORP.**
**7504 Pennsylvania Ave.**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$696.00** |
|---|---|---|---|

**NATURALLY SERIOUS**
**460 PARK AVE FL.16**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,639.11** |
|---|---|---|---|

**NATURE'S ANSWER INC**
**75 COMMERCE DRIVE**
**HAUPPAUGE, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185,192.14** |
|---|---|---|---|

**NATURE'S WAY BRANDS LLC**
**P.O. BOX 200286**
**DALLAS, TX 75320-0286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,843.20** |
|---|---|---|---|

**NCLA BEAUTY INC**
**833 SOUTH SPRING ST. STE 202**
**LOS ANGELES, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,083.90** |
|---|---|---|---|

**NDAL MFG INC**
**80 GARDEN COURT**
**MONTEREY, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.376** | **Nonpriority creditor's name and mailing address**
**Nelgroup Properties LLC**
Kennedy Wilson Properties North West, Lt
**3055 112TH AVENUE NE, STE 125**
**BELLEVUE, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,619.54**

---

**3.377** | **Nonpriority creditor's name and mailing address**
**NESTLE USA, INC.**
**PO BOX 841933**
**DALLAS, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$70,052.13**

---

**3.378** | **Nonpriority creditor's name and mailing address**
**NEUROHACKER COLLECTIVE LLC**
**5938 PRIESTLY DR**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,772.61**

---

**3.379** | **Nonpriority creditor's name and mailing address**
**NEUROSCIENCE, INC.**
**373 280th Street**
**Osceola, WI 54020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,005.40**

---

**3.380** | **Nonpriority creditor's name and mailing address**
**NEW CHAPTER**
**PO Box 6055**
**Brattleboro, VT 05302-6055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$419,042.84**

---

**3.381** | **Nonpriority creditor's name and mailing address**
**NEW WAVE ENVIRO**
**PO Box 4146**
**Englewood, CO 80155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,781.70**

---

**3.382** | **Nonpriority creditor's name and mailing address**
**NHIN, Inc. (CHANGE HEALTHCARE)**
**PO BOX 572490**
**MURRAY, UT 84157-2490**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$75,921.29**

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**    Case number (if known)    **22-11284**
_____    _____
Name

| | |
|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** |

| | | | |
|---|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,574.79** |
| | **NIPPON KODO INC**<br>**2771 PLAZA DEL AMO #805**<br>**TORRANCE, CA 90503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,344.00** |
| | **NONIKO**<br>**ATTN; KERRI LESLIE**<br>**P.O. BOX 230804**<br>**ENCINITAS, CA 92023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418,773.46** |
| | **NORDIC NATURALS**<br>**P.O. BOX 45845**<br>**SAN FRANCISCO, CA 94145-0845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,615.60** |
| | **NORTH AMERICA HERB & SPICE, LLC**<br>**13900 WEST POLO TRAIL DRIVE**<br>**LAKE FOREST, IL 60045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,490.00** |
| | **NORTH COAST ORGANICS, LLC**<br>**629 E. WASHINGOTN BLVD**<br>**FORT WAYNE, IN 46802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,719.26** |
| | **NOW FOODS**<br>**12734 Collection Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,532.00** |
| | **NP Digital**<br>**PO Box 849279**<br>**Los Angeles, CA 90084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.390**

**Nonpriority creditor's name and mailing address**
NUFACE
1325 Sycamore Ave, Ste A
Vista, CA 92081

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,852.50**

---

**3.391**

**Nonpriority creditor's name and mailing address**
Nuleaf Naturals LLC
1550 Larimer Street
Suite 964
Denver, CO 80202

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$113.48**

---

**3.392**

**Nonpriority creditor's name and mailing address**
NUTRACEUTICAL FAMILY OF BRANDS
580 W. 300 N. BLDG 2C
OGDEN, UT 84404-1404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$123,875.18**

---

**3.393**

**Nonpriority creditor's name and mailing address**
NUTRANEXT, LLC
PO BOX 930879
ATLANTA, GA 31193-0879

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$112,722.50**

---

**3.394**

**Nonpriority creditor's name and mailing address**
NUTRIGOLD
1467 W 105 N
OREM, UT 84057

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$53,532.79**

---

**3.395**

**Nonpriority creditor's name and mailing address**
NW Natural
PO BOX 6017
PORTLAND, OR 97228-6017

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$367.92**

---

**3.396**

**Nonpriority creditor's name and mailing address**
OILOGIC
16475  DALLAS PARKWAY, STE 150
ADDISON, TX 75001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,486.92**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,311.58** |
|---|---|---|---|

**OLLY PUBLIC BENEFIT CORPORATION**
**PO BOX 743092**
**LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,324.84** |
|---|---|---|---|

**OMI INDUSTRIES**
**PO BOX 95539**
**CHICAGO, IL 60694-5539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,525.00** |
|---|---|---|---|

**OmniSYS LLC**
**1801 W Olympic BLVD**
**Pasadena, CA 91199-1685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,923.31** |
|---|---|---|---|

**ONE TOUCH POINT MOUNTAIN STATES,**
**LLC**
**PO BOX 7410443**
**CHICAGO, IL 60674-0443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,337.68** |
|---|---|---|---|

**ONNIT LABS, LLC**
**P.O. BOX  734102**
**DALLAS, TX 75373-4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,618.38** |
|---|---|---|---|

**Ontario Refrigeration Service, Inc**
**635 S Mountain Ave**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,862.04** |
|---|---|---|---|

**ONYX and BLUE CORPORATION**
**2575 32ND AVENUE STE 206**
**LACHINE, QUE H8T 3G9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number (*if known*)    **22-11284**
         Name

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,045.40** |
|---|---|---|---|

**OREGON'S WILD HARVEST**
**1601 NE HEMLOCK AVE**
**REDMOND, OR 97756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.01** |
|---|---|---|---|

**ORGAIN LLC**
**PO BOX 4918**
**IRVINE, CA 92616**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.26** |
|---|---|---|---|

**ORGANIC CANDY FACTORY**
**15332 ANTIOCH ST.  #113**
**PACIFIC PALISADES, CA 90272**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,112.27** |
|---|---|---|---|

**ORGANIC INDIA**
**PO BOX 176275**
**DENVER, CO 80217-6275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,432.00** |
|---|---|---|---|

**Orkin Exterminating Co**
**2170 Piedmont Road**
**Atlanta, GA 30324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118,724.19** |
|---|---|---|---|

**ORTHO MOLECULAR PRODUCTS**
**L-4085**
**COLUMBUS, OH 43260-4085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,115.10** |
|---|---|---|---|

**OSMOSIS, LLC**
**30746 Bryant Dr., Ste 410**
**Evergreen, CO 80439**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.411**

**Nonpriority creditor's name and mailing address**
**PACHA SOAP COMPANY**
**PO BOX 7410302**
**CHICAGO, IL 60674-0302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$15,688.52**

---

**3.412**

**Nonpriority creditor's name and mailing address**
**PACT APPAREL**
**3200 CARBON PLACE STE 102**
**BOULDER, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$36,188.75**

---

**3.413**

**Nonpriority creditor's name and mailing address**
**Panatrack, Inc.**
**PO Box 108**
**HARTLAND, WI 53029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,656.40**

---

**3.414**

**Nonpriority creditor's name and mailing address**
**PANGEA NATURALS, INC.**
**P.O. BOX  88926**
**CHICAGO, IL 60695-1926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$14,288.20**

---

**3.415**

**Nonpriority creditor's name and mailing address**
**PAPER ROLLS PLUS**
**17501 West 98th. Street #35-47**
**Lenexa, KS 66219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,641.70**

---

**3.416**

**Nonpriority creditor's name and mailing address**
**PAPYRUS-RECYCLED GREETINGS, INC.**
**3613 Solutions Center**
**Chicago, IL 60677-3006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$112,158.58**

---

**3.417**

**Nonpriority creditor's name and mailing address**
**PARA'KITO USA CORP**
**2040 NW 29TH STREET**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,107.08**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.418**

**Nonpriority creditor's name and mailing address**
**PARIS PRESENTS, INC,**
**28270 NETWORK PLACE**
**CHICAGO, IL 60673-1282**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,217.61**

---

**3.419**

**Nonpriority creditor's name and mailing address**
**PASEO PROPERTIES**
**GERALD CARVER CREDIT SHELTER TRUST**
**131 CAMINO ALTO STE F**
**MILL VALLEY, CA 94941**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,520.00**

---

**3.420**

**Nonpriority creditor's name and mailing address**
**Pauling Labs**
**PMB 1188**
**Blaine, WA 98230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,435.21**

---

**3.421**

**Nonpriority creditor's name and mailing address**
**PCCA**
**P.O. BOX  734687**
**DALLAS, TX 75373-4687**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,888.29**

---

**3.422**

**Nonpriority creditor's name and mailing address**
**PDX, Inc. (CHANGE HEALTHCARE)**
**PO BOX 572490**
**MURRAY, UT 84157-2490**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$59,912.14**

---

**3.423**

**Nonpriority creditor's name and mailing address**
**PEAK ENTERPRISES**
**PO Box 52022**
**Pacific Grove, CA 93950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$914.85**

---

**3.424**

**Nonpriority creditor's name and mailing address**
**PEAR TREE APOTHECARY**
**932 E WINDING CREEK DRIVE**
**EAGLE, ID 83616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,125.00**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$295.00**

**PENINSULA MESSENGER LLC**
**PO BOX P**
**CAMEL, CA 93921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,800.00**

**Permit Advisors, LLC**
**498 Seventh Ave**
**17TH FLOOR**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

**Peterson Mechanical**
**21819 Eighth Street East**
**Sonoma, CA 95476-5703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,701.87**

**PFDC USA, INC**
**ATTN;  ACCOUNTS RECEIVABLE**
**8 CAMPUS DRIVE, 2ND FLOOR**
**Parsippany, NJ 07054-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,335.43**

**PG&E**
**Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,424.90**

**PGE**
**PO Box 4438**
**Portland, OR 97208-4438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,563.51**

**Photo Craft**
**2901 55th. St.**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,284.00** |
|---|---|---|---|

**Pitney Bowes Global Financial Services L**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,629.92** |
|---|---|---|---|

**PLANTIVA LLC**
**PO BOX 5257**
**CENTRAL POINT, OR 97502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,529.36** |
|---|---|---|---|

**PLAZA PASEO REAL ASSOCIATES, LLC**
**Property ID 132810**
**P.O. BOX 734754**
**CHICAGO, IL 60673-4754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,316.22** |
|---|---|---|---|

**PLUME COSMETICS, INC.**
**209 32 AVE. NW**
**CALAGRY AB,  T2M2P8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.93** |
|---|---|---|---|

**PNM**
**PO Box 27900**
**ALBUQUERQUE, NM 87125-7900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.90** |
|---|---|---|---|

**Postal Annex #71**
**25 NW 23rd Place**
**Suite 6**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,613.88** |
|---|---|---|---|

**PRIMEX WIRELESS, INC.**
**P.O. BOX 775489**
**CHICAGO, IL 60677-5494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,108.53** |
|---|---|---|---|

**PRIORI SKIN CARE**
**11633 SORRENTO VALLEY ROAD**
**STE 402**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,166.00** |
|---|---|---|---|

**PRO THERA, INC.**
**795 TRADEMARK DRIVE**
**RENO, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,886.23** |
|---|---|---|---|

**PROGENA PROFESSIONAL**
**FORMULATIONS**
**4820 EUBANK BLVD NE**
**ALBUQUERQUE, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**PROJECT GENIUS**
**2701 GATTIS SCHOOL ROAD**
**SUITE E-150**
**ROUND ROCK, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,060.00** |
|---|---|---|---|

**PSI HEALTH SOLUTIONS, INC.**
**1013 MORSE DRIVE**
**PACIFIC GROVE, CA 93950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$883.33** |
|---|---|---|---|

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.53** |
|---|---|---|---|

**PURCOR PEST SOLUTIONS**
**2533 INTER AVE**
**PUYALLUP, WA 98372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**
          Name

Case number *(if known)* **22-11284**

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323,414.77 |
|---|---|---|---|

**PURE ENCAPSULATION**
**112 Technology Drive**
**Pittsburgh, PA 15275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.43 |
|---|---|---|---|

**PURE ESSENCE LABS**
**PO Box 95397**
**Las Vegas, NV 89193-5397**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,514.50 |
|---|---|---|---|

**PUREMEDY, INC.**
**31192  LA BAYA DRIVE STE C**
**WESTLAKE VILLAGE, CA 91362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $427.00 |
|---|---|---|---|

**QING QI CHEN**
**PO BOX 16546**
**CHICAGO, IL 60616**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,770.80 |
|---|---|---|---|

**QUAGGA ACCESSORIES, LLC**
**9083 Frost Ave**
**Berkeley, MO 63134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,025.63 |
|---|---|---|---|

**QUALITAS HEALTH INC**
**1707 POST OAK BLVD. #661**
**HOUSTON, TX 77056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,917.34 |
|---|---|---|---|

**QUALITY OF LIFE**
**2975 WESTCHESTER AVE. G-01**
**PURCHASE, NY 10577**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**

Name

Case number (if known)    **22-11284**

| | |
|---|---|
| 3.453 | |

**Nonpriority creditor's name and mailing address**

**Quicksilver Express Courier Inc of Color**
P.O. Box 64417
St. Paul, MN 55164-0417

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,914.54**

---

| | |
|---|---|
| 3.454 | |

**Nonpriority creditor's name and mailing address**

**QUICKSILVER SCIENTIFIC, INC.**
DRAWER #2549 PO BOX 5935
TROY, MI 48007-5935

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$52,881.08**

---

| | |
|---|---|
| 3.455 | |

**Nonpriority creditor's name and mailing address**

**QUOTABLE CARDS, INC.**
611 Broadway, Ste 615
New York, NY 10012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,199.12**

---

| | |
|---|---|
| 3.456 | |

**Nonpriority creditor's name and mailing address**

**RADIUS CORPORATION**
40 WILLOW STREET
Kutztown, PA 19530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,769.56**

---

| | |
|---|---|
| 3.457 | |

**Nonpriority creditor's name and mailing address**

**RAHUA**
5 GREAT JONES STREET, 1R
NEW YORK, NY 10012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,922.18**

---

| | |
|---|---|
| 3.458 | |

**Nonpriority creditor's name and mailing address**

**RAKUTEN REWARDS**
999 PLAZA DRIVE
SUITE 670
SCHAUMBURG, IL 60173

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,036.00**

---

| | |
|---|---|
| 3.459 | |

**Nonpriority creditor's name and mailing address**

**Rambo Total Pest Control**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$98.40**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,724.33**

**RAR2 QUEEN ANNE-METRO MARKETS QRS, LLC**
P.O. BOX 209268
AUSTIN, TX 78720-9268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,915.76**

**RAREEARTH, LLC**
7600 GOLDEN TRIANGLE DRIVE
EDEN PRAIRIE, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,855.23**

**RCB LION, LLC**
C/O MS. ROCIO DIAZ DE ARCAYA
7650 GIRARD AVE STE 300
LA JOLLA, CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**RCH CONSULTING, INC**
1993 ASHLEY MESA LANE
SANDY, UT 84092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,433.87**

**RECOLOGY KING COUNTY**
LB 1127
PO BOX 35146
SEATTLE, WA 98124-5146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,467.35**

**RED HOT CERAMICS**
P.O. Box 101
Sebastopol, CA 95473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,212.44**

**REDWOOD WELLNESS**
11814 JEFFERSON BLVD
CULVER CITY, CA 90230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.467** | Nonpriority creditor's name and mailing address
**REED BROTHERS SECURITY**
2950 ALVARADO ST, STE D
SAN LEANDRO, CA 94577

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$308.20**

---

**3.468** | Nonpriority creditor's name and mailing address
**Regency Enterprises, Inc**
PO Box 8576
Pasadena, CA 91109

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.95**

---

**3.469** | Nonpriority creditor's name and mailing address
**Regency Fire & Security Services**
16512 Arminta St.
Van Nuys, CA 91406

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$420.00**

---

**3.470** | Nonpriority creditor's name and mailing address
**RENAULT & HANDLEY/OAKMEAD SOLAR J.V.**
625 ELLIS STREET, SUITE 101
MOUNTAIN VIEW, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$48,881.34**

---

**3.471** | Nonpriority creditor's name and mailing address
**RENEW LIFE FORMULAS, INC.**
P.O. BOX 930879
ATLANTA, GA 31193-0879

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,621.36**

---

**3.472** | Nonpriority creditor's name and mailing address
**RICOH USA**
Wells Fargo Vendor Financial Services LL
PO Box 650073
Dallas, TX 75265-0073

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$420.16**

---

**3.473** | Nonpriority creditor's name and mailing address
**RICOH USA PROGRAM**
P.O BOX 660342
DALLAS, TX 75266-0342

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,534.24**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,899.58**

**Rite Lite Ltd.**
**333 Stanley Ave.**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,008.94**

**RIVER SOAP CO.**
**15 BOUTWELL STREET**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,418.23**

**RMS BEAUTY**
**1460 TOBIAS GADSON BLVD STE 140**
**CHARLESTON, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,391.38**

**Robert Duer**
**2010 CAMBRIDGE AVENUE**
**CARDIFF, CA 92007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,750.25**

**Robert Half Finance & Accounting**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,822.00**

**Robinson+Cole**
**280 Trumbull Street**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101,689.48**

**ROCKY MOUNTAIN NATURAL LABS**
**833 W. South Boulder Rd.**
**Building A**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**  Case number (if known)  **22-11284**
_____
Name

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,283.17 |

**ROIC California, LLC**
**11250 El Camino Real**
**Suite 200**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,387.41 |

**ROIC MONTEREY, LLC**
**MS 631099**
**P.O. BOX 3953**
**SEATTLE, WA 98124-3953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.54 |

**ROSEBUD PERFUME COMPANY, INC.**
**6 North Main Street**
**PO Box 44**
**Woodsboro, MD 21798-0044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.69 |

**ROSETTA TECHNOLOGIES CORPORATION**
**5912 BRECKENRIDGE PKWY SUITE B**
**TAMPA, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,655.00 |

**ROTH General Contracting LLC**

**0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,373.08 |

**ROWPAR PHARMACEUTICALS**
**15300 N. 90TH ST. #750**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,541.62 |

**RR DONNELLEY**
**PO BOX 932721**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Pharmaca Integrative Pharmacy Inc.**                          Case number (if known)  **22-11284**
Name

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,893.07** |
|---|---|---|---|

**RRAM Services**
**160 Dry Creek Road**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$335.00** |
|---|---|---|---|

**RTV Electronics**
**5210 Winding Way**
**Carmichael, CA 95608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,539.36** |
|---|---|---|---|

**Ruggles Sign**
**93 Industry Drive**
**Versailles, KY 40383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,562.82** |
|---|---|---|---|

**Rx Systems, Inc.**
**121 Point West Blvd.**
**St. Charles, MO 63301-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**RXinsider, LTD**
**1300 Division Road**
**West Warwick, RI 02893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,279.15** |
|---|---|---|---|

**S Walter Packaging**
**PO Box 71225**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,923.67** |
|---|---|---|---|

**SAGELY NATURALS**
**3820 NW 14TH STREET SUITE A B**
**TOPEKA, KS 66618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

---

3.495 | Nonpriority creditor's name and mailing address

**SAMEDAY OFFICE SUPPLY**
**7315 S. REVERE PKWY SUITE 601**
**CENTENNIAL, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,534.92**

---

3.496 | Nonpriority creditor's name and mailing address

**SAN DIEGO HAT COMPANY**
**PO Box 131390**
**Carlsbad, CA 92013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,583.03**

---

3.497 | Nonpriority creditor's name and mailing address

**SANARI CANDLE**
**528 PALISADES DRIVE, STE 551**
**PACIFIC PALISADES, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,349.87**

---

3.498 | Nonpriority creditor's name and mailing address

**SANTE FE NEW MEXICAN (circulation only)**
**PO Box 2048**
**Santa Fe, NM 87504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,560.28**

---

3.499 | Nonpriority creditor's name and mailing address

**Sassone Labwear LLC**
**1019 Nash Drive**
**Celebration, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38.50**

---

3.500 | Nonpriority creditor's name and mailing address

**SCOTT ANDERSON LANDSCAPE &**
**MAINTENANCE I**
**1254 BROADWAY**
**SUITE B**
**SONOMA, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$759.00**

---

3.501 | Nonpriority creditor's name and mailing address

**SCOUT CURATED WEARS**
**PO BOX 660**
**EAST HAMPTON, MA 01027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,559.74**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
| --- | --- | --- | --- |
| | Name | | |

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.00** |
| --- | --- | --- | --- |

**SCRIPTDROP, INC.**
**855 GRANDVIEW AVENUE, SUITE 110**
**COLUMBUS, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,018.88** |
| --- | --- | --- | --- |

**SDGE**
**P.O. BOX 25111**
**Santa Ana, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,606.92** |
| --- | --- | --- | --- |

**SEATTLE CHOCOLATE COMPANY**
**1180 ANDOVER PARK WEST**
**SEATTLE, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,635.33** |
| --- | --- | --- | --- |

**SEED BEAUTY PRODUCTS, LLC**
**11816 INWOOD RD**
**PMB 5014**
**DALLAS, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
| --- | --- | --- | --- |

**SEER INTERACTIVE**
**DBA NEW EQUATION LLC**
**PO BOX 825651**
**PHILADELPHIA, PA 19182-5651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,285.35** |
| --- | --- | --- | --- |

**SENZACARE**
**PO BOX 15424**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$746,769.83** |
| --- | --- | --- | --- |

**SEQIRUS USA INC.**
**BANK OF AMERICA LOCKBOX**
**PO BOX 745986**
**ATLANTA, GA 30374-5986**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,446.70** |
|---|---|---|---|

**SEROYAL USA, INC.**
**112 Technology Drive**
**Pittsburgh, PA 15275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,018.75** |
|---|---|---|---|

**Service Permits First, LLC**
**414 14th Street Ste 50**
**Denver, CO 80202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,404.50** |
|---|---|---|---|

**SEVENE USA**
**12701 VAN NUYS BLVD, STE E**
**PACOIMA, CA 91331**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,986.23** |
|---|---|---|---|

**SHANKARA. INC.**
**ATTN;  CATHY MARKED**
**899  AIRPORT PARK ROAD**
**GLEN BURNIE, MD 21061**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,395.20** |
|---|---|---|---|

**SHI INTERNATION CORP**
**P.O. BOX 952121**
**DALLAS, TX 75395-2121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Shopbux Inc**
**1810 E SAHARA AVE**
**STE 215**
**Las Vegas, NV 89104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,419.35** |
|---|---|---|---|

**Shred-It**
**c/o Stericycle Inc**
**28883 Network Place**
**Chicago, IL 60673-1288**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pharmaca Integrative Pharmacy Inc.**                Case number (if known)    **22-11284**
     Name

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.05 |
|---|---|---|---|

**Sierra Sage Herbs LLC**
**PO Box 439**
**Lyons, CO 80540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,851.21 |
|---|---|---|---|

**Signage Solutions Corporation**
**2231 S Dupont Drive**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.60 |
|---|---|---|---|

**SINCLAIR INSTITUTE**
**Attn:  Accounts Receivable**
**P.O. BOX 8200**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.69 |
|---|---|---|---|

**SIX PERSIMMONS APOTHECARY**
**1435 YARMOUTH AVE, STE 104**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,797.47 |
|---|---|---|---|

**SKIN AUTHORITY, LLC**
**3186 LIONSHEAD AVE STE 150**
**CARLSBAD, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**SmartSense by Digi**
**Lockbox #138008**
**PO Box 1380**
**Hopkins, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,419.42 |
|---|---|---|---|

**SMARTY PANTS, INC.**
**4056 DEL REY AVENUE**
**MARINA DEL RAY, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.03** |
|---|---|---|---|

**SO YOUNG INC.**
**134 PARK LAWN RD. STE 103**
**ETOBICOKE, ON M8Y 3H8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,452.74** |
|---|---|---|---|

**SONAGE**
**3213 PICO BLVD**
**SANTA MONICA, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,164.34** |
|---|---|---|---|

**Sonoma County Tax Collector**
**PO Box 3879**
**Santa Rosa, CA 95402-3879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$718.15** |
|---|---|---|---|

**Sonoma Garbage Collectors, Inc.**
**P.O. Box 400**
**El Verano, CA 95433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,258.00** |
|---|---|---|---|

**SONOMA LAVENDER**
**420-B Tesconi Circle**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,386.95** |
|---|---|---|---|

**SOURCE MANAGEMENT, INC**
**13350 W. 43RD DRIVE**
**GOLDEN, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,108.06** |
|---|---|---|---|

**SOUTHERN CALIFORNIA EDISON**
**P.O. BOX 300**
**ROSEMEAD, CA 91771-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,947.08** |
|---|---|---|---|

**SPACE BRANDS USA. LLC**
**12 W. 27TH STREET 5TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,253.48** |
|---|---|---|---|

**SPARITUAL**
**7710 Haskell Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.25** |
|---|---|---|---|

**SPECTRUM CHEMICAL**
**P.O. BOX 740894**
**LOS ANGELES, CA 90074-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,292.03** |
|---|---|---|---|

**STANDARD PROCESS, INC.**
**P.O. BOX  102421**
**PASADENA, CA 91189-2421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,280.88** |
|---|---|---|---|

**Stanley Convergent Security Solutions**
**DEPT CH 10651**
**Palatine, IL 60055-0651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,468.94** |
|---|---|---|---|

**STASHER**
**P.O. BOX 74007136**
**CHICAGO, IL 60674-7136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,104.00** |
|---|---|---|---|

**STCHEALTH, LLC**
**411 S. 1ST STREET**
**PHOENIX, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**                                              Case number (if known)  **22-11284**
_____
Name

| | |
|---|---|
| 3.537 | **Nonpriority creditor's name and mailing address** |

3.537 | **Nonpriority creditor's name and mailing address**
**STEPHEN JOSEPH INC.**
**4302 IRONTON AVE.**
**LUBBOCK, TX 79407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,608.21**

---

3.538 | **Nonpriority creditor's name and mailing address**
**Stericycle**
**PO Box 6578**
**CAROL STREAM, IL 60197-6578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,866.36**

---

3.539 | **Nonpriority creditor's name and mailing address**
**Stericycle Inc**
**PO Box 6582**
**Carol Stream, IL 60197-6582**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,296.28**

---

3.540 | **Nonpriority creditor's name and mailing address**
**Sterling**
**PO Box 35626**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,146.77**

---

3.541 | **Nonpriority creditor's name and mailing address**
**STICKERS NORTHWEST INC.**
**P.O. BOX 99948**
**LAKEWOOD, WA 98496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

3.542 | **Nonpriority creditor's name and mailing address**
**Summit Appliance**
**770 Garrison Ave.**
**Bronx, NY 10474**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,697.35**

---

3.543 | **Nonpriority creditor's name and mailing address**
**SUN BROTHERS, LLC**
**2250 North Coral Canyon Blvd.**
**STE 100**
**Washington, UT 84780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$37,108.19**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (*if known*) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,580.45**

**SUN BUM LLC**
**PO BOX 671496**
**DALLAS, TX 75267-1496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,773.97**

**SUPPLIES DISTRIBUTORS, INC**
**P.O. Box 95419**
**GRAPEVINE, TX 76099-9734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,643.88**

**Table Mesa Shopping Center P/S**
**1375 WALNUT**
**SUITE 10**
**BOULDER, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,456.64**

**TAOS AER**
**PO BOX 14782**
**CHICAGO, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.58**

**Tara Spa Therapy**
**PO Box 5422**
**Carol Stream, IL 60197-5422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$909.74**

**Taylor Communications Inc**
**PO Box 71805**
**Chicago, IL 60694-5074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,051.62**

**TCC TWINLAB CONOLIDATED CORP**
**2314 MOMENTUM PLACE**
**CHICAGO, IL 60689-5323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |

Name

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,440.00**

**Team Air Express, Inc**
**639 West Broadway**
**Winnsboro, TX 75494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,873.00**

**TEAPIGS US, LLC**
**PO BOX 200438**
**PITTSBURGH, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94,998.71**

**TEBO PARTNERSHIP, LLC**
**P.O. BOX T**
**BOULDER, CO 80306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$541.97**

**TELLI INDUSTRIES, INC.**
**6283 SOUTH  VALLEY VIEW BLVD**
**SUITE I**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,887.06**

**TESSERACT MEDICAL RESEARCH**
**1370 TRANCAS STREET # 376**
**NAPA, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,080.00**

**THE BEAUTY OF HOPE LLC**
**2851 S 3400 W**
**HURRICANE, UT 84737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,106.49**

**THE BRUSH AND MALLETT**
**14910 66TH AVE W**
**EDMONDS, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**                    Case number (if known)  **22-11284**
_____
Name

| | |
|---|---|
| 3.558 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,540.79** |

**3.558**  **Nonpriority creditor's name and mailing address**

**THE CAT'S PAJAMAS**
**1756 22ND ST**
**SANTA MONICA, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$47,540.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.559**  **Nonpriority creditor's name and mailing address**

**The Chemical Toxin Working Group Inc.**
**c/o Poulsen Law P.C.**
**Peter T. Sato, Esq.**
**282 11th Avenue, Ste 2612**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.560**  **Nonpriority creditor's name and mailing address**

**THE FLOATING WORLD**
**320 Tesuque Drive**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$3,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.561**  **Nonpriority creditor's name and mailing address**

**THE REPUBLIC OF TEA**
**P.O. Box 843410**
**Kansas City, MO 64184-3410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$21,327.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.562**  **Nonpriority creditor's name and mailing address**

**Therabody, Inc.**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$2,368.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.563**  **Nonpriority creditor's name and mailing address**

**THERMOS LLC**
**37220 EAGLE WAY**
**PO BOX 779082**
**CHICAGO, IL 60677-9082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$588.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.564**  **Nonpriority creditor's name and mailing address**

**THINK OPERATION, INC.**
**ATTN:  NICOLE COADY**
**174 ROUTE 109**
**WEST BABYLON, NY 11704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$22,745.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222,552.45** |
|---|---|---|---|

**THORNE RESEARCH INC**
**620 OMNI INDUSTRIAL BLVD**
**SUMMERVILLE, SC 29486**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,190.64** |
|---|---|---|---|

**THRESHOLD ENTERPRISES, LTD**
**P.O. BOX 775191**
**CHICAGO, IL 60677-5191**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,468.09** |
|---|---|---|---|

**THYMES, LLC**
**P.O. BOX 6444**
**CAROL STREAM, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$780.00** |
|---|---|---|---|

**Tiger Tooth Marketing**
**7404 S Houston Waring Circle**
**Littleton, CO 80120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$699.71** |
|---|---|---|---|

**TIMBERLINE MECHANICAL SYSTEMS LLC**
**3195 STERLING CIRCLE**
**SUITE 150**
**BOULDER, CO 80301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86.25** |
|---|---|---|---|

**Time Warner (2678)**
**PO Box 60074**
**City of Industry, CA 91716-0074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219.98** |
|---|---|---|---|

**Time Warner Cable (5201)**
**Box 223085**
**Pittsburgh, PA 15251-2085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.572**

**Nonpriority creditor's name and mailing address**
**Time Warner Cable (9256)**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$319.96

---

**3.573**

**Nonpriority creditor's name and mailing address**
**TopCashback USA Inc**
**1125 Berksire Boulevard**
**Wyomissing, PA 19610**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$79,000.00

---

**3.574**

**Nonpriority creditor's name and mailing address**
**TOPICAL BIOMEDICS, INC**
**6565 Spring Book Ave., PMB #207**
**Rhinebeck, NY 12572**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,985.77

---

**3.575**

**Nonpriority creditor's name and mailing address**
**TOTAL BEAUTY NETWORK (USA), INC.**
**PO BOX 4273, MSC #325**
**HOUSTON, TX 77210-4273**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$30,119.47

---

**3.576**

**Nonpriority creditor's name and mailing address**
**TOTAL SYSTEMS SERVICES, INC**
**PO BOX 2091**
**BOISE, ID 83701**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$369.73

---

**3.577**

**Nonpriority creditor's name and mailing address**
**TPX Communications**
**PO Box 509013**
**San Diego, CA 92150-9013**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$676.53

---

**3.578**

**Nonpriority creditor's name and mailing address**
**TRACE MINERALS/WHITE EGRET**
**PO Box 429**
**Roy, UT 84067**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$18,318.57

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number (*if known*) | **22-11284** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,893.31** |
| --- | --- | --- | --- |

**Trader Joe's Company**
**PO Box 5049**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,867.80** |
| --- | --- | --- | --- |

**TRILIPID RESEARCH INSITITUE, LLC**
**P.O. BOX 15450**
**JACKSON, WY 803001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$346.00** |
| --- | --- | --- | --- |

**TRILOGY MEDWASTE WEST, LLC**
**PO Box 670567**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**TROPICEEL PRODUCTS, INC.**
**PO BOX 940**
**ROSEBURG, OR 97470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,116.27** |
| --- | --- | --- | --- |

**TRU KID, INC.**
**12821 SKYLINE BLVD**
**OAKLAND, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,027.63** |
| --- | --- | --- | --- |

**TRUE GRACE NUTRITION, LLC**
**N22 W27847 EDGEWATER DRIVE**
**UNIT C**
**PEWAUKEE, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.20** |
| --- | --- | --- | --- |

**TRUE MORINGA**
**288 NORFOLK STREET**
**4TH FLOOR**
**CAMBRIDGE, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pharmaca Integrative Pharmacy Inc.**                    Case number (*if known*)   **22-11284**

Name

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.07** |

**Truly Nolen of America**
**6640 Cerrillos Road**
**Unit F&G**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,582.00** |

**TULIPAN HERBALS**
**4169 E. Easter Ave**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,423.34** |

**TWEEZERMAN**
**General Post Office**
**P.O. Box #27584**
**New York, NY 10087-7584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,571.73** |

**Uline (3025)**
**PO 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.77** |

**Uline (5289)**
**PO Box 88741**
**Attn: Accounts Receivable**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423,278.72** |

**Uniweb Inc.**
**222 S Promenade Ave**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,760.22** |

**UPCIRCLE BEAUTY, INC.**
**RAILWAY ARCH 316 BLUCHER RD**
**LONDON,  SE5 OLH UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.593** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,461.41**

**UPG Boulder East Flatirons Property Owne**
**PO Box 2150**
**Location # 246**
**Spokane, WA 99210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.594** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,394.56**

**Uplifter's Prima**
**2633 Lincoln Blvd. #224**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.595** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,152.67**

**UPS (1587FE)**
**PO Box 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.596** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16.46**

**UPS (307Y06)**
**PO Box 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.597** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,845.22**

**UPS (A0951W)**
**PO Box 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.598** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,375.42**

**Valassis Direct Mail, Inc.**
**File 70179**
**Los Angeles, CA 90074-0179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,476.49**

**VAPOUR  BEAUTY, LLC**
**ATTN: VAPOUR BEAUTY**
**PO BOX 14782**
**CHICAGO, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,280.71** |
|---|---|---|---|

**VIBRANT HEALTH**
**1 WATERVIEW  DRIVE, STE 103**
**SHELTON, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,678.63** |
|---|---|---|---|

**Viper Cabling Inc.**
**7425 ORANGETHORPE AVE. STE C**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,667.40** |
|---|---|---|---|

**VIRK BROTHERS PROPERITES, LLC**
**4542 CALIFORNIA AVE SW**
**SEATTLE, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,713.28** |
|---|---|---|---|

**Vista Visual Group**
**275 W Hoffman Ave**
**New York, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,748.13** |
|---|---|---|---|

**VITAL NUTRIENTS**
**45 Kenneth Dooley Drive**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,210.51** |
|---|---|---|---|

**VITAL PLANET, LLC**
**133 CANDY LN**
**PALM HARBOR, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,357.20** |
|---|---|---|---|

**VITALITY WORKS, INC.**
**8500 Bluewater Road NW**
**Albuquerque, NM 87121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmaca Integrative Pharmacy Inc.**                      Case number (if known)  **22-11284**

Name

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,512.98** |
|---|---|---|---|

**VITAMER LABS**
**P.O. Box 19516**
**Irvine, CA 92623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,698.90** |
|---|---|---|---|

**VITANICA**
**PO Box 1299**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,471.00** |
|---|---|---|---|

**VOLUSPA**
**2900 McCABE WAY**
**IRVINE, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.05** |
|---|---|---|---|

**WASHINGTON DOOR SERVICE, LLC**
**20338 34TH AVE S**
**SEATAC, WA 98198**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.64** |
|---|---|---|---|

**Waterlogic Americas LLC**
**PO Box 677867**
**Dallas, TX 75267-7867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.40** |
|---|---|---|---|

**WAY OUT WAX - VERMONT NATURALS**
**PO BOX 358**
**MONTGOMERY CTR, VT 05471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,935.73** |
|---|---|---|---|

**WEDDERSPOON ORGANIC USA, LLC**
**TAB BANK**
**PO BOX 150073**
**OGDEN, UT 84415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.614** | Nonpriority creditor's name and mailing address
**WELEDA, INC**
**1 BRIDGE ST #42**
**IRVINGTON, NY 10533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$89,584.75**

---

**3.615** | Nonpriority creditor's name and mailing address
**WELLY HEALTH PBC**
**1600 UTICA AVE, STE 900**
**ST.LOUIS PARK, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,506.80**

---

**3.616** | Nonpriority creditor's name and mailing address
**Western Disposal Service**
**PO Box 174466**
**Denver, CO 80217-4466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$500.37**

---

**3.617** | Nonpriority creditor's name and mailing address
**WESTERN EXTERMINATOR CO.**
**PO BOX 16350**
**READING, PA 19612-6350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$545.20**

---

**3.618** | Nonpriority creditor's name and mailing address
**Westways Staffing Services, Inc**
**2999 Oak Road Suite 210**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,818.75**

---

**3.619** | Nonpriority creditor's name and mailing address
**WHAT'S HOT!, INC.**
**150  WENTWORTH CIRCLE**
**ROYERSFORD, PA 19468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,075.00**

---

**3.620** | Nonpriority creditor's name and mailing address
**WHITE FOX**
**182 HOWARD ST. #603**
**SAN FRANCISCO, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,750.00**

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,423.50** |

**WHOLESCRIPTS**
**6900 KINGSPOINTE PKWY**
**ORLANDO, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,494.88** |

**WILD CARROT HERBALS**
**PO BOX 348**
**ENTERPRISE, OR 97828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,709.70** |

**WILEY'S FINEST WILD ALASKAN FISH OIL**
**PO BOX 933304**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,534.22** |

**WINDMILL HEALTH PRODUCTS, LLC**
**10 HENDERSON DRIVE**
**WEST CALDWELL, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,929.92** |

**WINGED NUTRITION**
**1829 SW 31ST AVE**
**PEMBROKE PARK, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,604.57** |

**WIS International**
**PO Box 200081**
**Dallas, TX 75320-0081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,592.24** |

**WISH GARDEN HERBS**
**321 South Taylor Ave.**
**Unit 100**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number (if known) | **22-11284** |
|---|---|---|---|
| | Name | | |

---

**3.628**

Nonpriority creditor's name and mailing address
**WM Corporate Services, Inc.**
**PO Box 541065**
**Los Angeles, CA 90054-1065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$1,511.42

---

**3.629**

Nonpriority creditor's name and mailing address
**WS BADGER COMPANY**
**PO Box 58**
**Gilsum, NH 03448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$21,532.70

---

**3.630**

Nonpriority creditor's name and mailing address
**Wunderkind Corporation**
**285 FULTON ST. FLOOR 74**
**ONE WORLD TRADE CENTER**
**NEW YORK, NY 10007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$127,629.00

---

**3.631**

Nonpriority creditor's name and mailing address
**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484-9477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$2,646.61

---

**3.632**

Nonpriority creditor's name and mailing address
**YOGA DESIGN LAB, INC.**
**485 HALF DAY RD, STE 440**
**BUFFALO GROVE, IL 60089**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$9,678.07

---

**3.633**

Nonpriority creditor's name and mailing address
**YOTPO INC**
**PO BOX 675335**
**DETROIT, MI 48267-5335**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$37,391.67

---

**3.634**

Nonpriority creditor's name and mailing address
**YU-BE, INC.**
**3282 Stoner Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$2,541.64

---

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number (*if known*) | **22-11284** |
|---|---|---|---|---|
| | Name | | | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.88 |
|---|---|---|---|
| | **ZIPLY FIBER** <br> **P.O. BOX 740416** <br> **CINCINNATI, OH 45274-0416** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,524.00 |
|---|---|---|---|
| | **ZOE ORGANICS, INC.** <br> **P.O. Box 60600** <br> **Nashville, TN 37206** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.36 |
|---|---|---|---|
| | **Zurich Deductible Recovery Group** <br> **PO Box 6066-11** <br> **Hermitage, PA 16148-1066** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 19,667,174.35 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ | 19,667,174.35 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Pharmaca Integrative Pharmacy Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-11284**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Standard Retail/Multi-Tenant Lease-Net dated March 17, 2008, as amended**<br><br>**Adams & Barnhard, LLC**<br>**Michael Adams**<br>**12027 San Vicente Blvd.**<br>**Los Angeles, CA 90049** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease dated December 4, 2001, as amended**<br><br>**Alann L. Jacobs & Paula Jacobs**<br>**Madison Park Health & Exercise**<br>**4126 E. Madison Street**<br>**Seattle, WA 98112-3231** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease dated November 15, 2006, as amended**<br><br>**BDC Development, Ltd. &**<br>**Randy & Tamara Haisfield -HPA Properties**<br>**7490 Clubhouse Road, Suite 200**<br>**Boulder, CO 80301** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement dated September 27, 2007, as amended**<br><br>**CA**<br>**c/o Retail Opportunity Investment Corp.**<br>**Chief Operating Officer**<br>**11250 El Camino Real, Suite 200**<br>**San Diego, CA 92130** |

Debtor 1    **Pharmaca Integrative Pharmacy Inc.**                     Case number (if known)    **22-11284**
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Shopping Center Lease dated December 15, 2013**<br><br>**Cherry Hills Marketplace**<br>**Principal Life Insurance Co.**<br>**Commercial RE Equities**<br>**801 Grand Ave**<br>**Des Moines, IA 50392-1370** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement dated September 1, 2004, as amended**<br><br>**Coronado Station Center LLC**<br>**Phillips Edison & Company**<br>**Robert F. Myers, COO**<br>**11501 Northlake Drive**<br>**Cincinnati, OH 45249** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Retail NNN Leaste dated April 5, 2010, as amended and assigned**<br><br>**Doheny Village Partners, LLC**<br>**c/o Domino Realty**<br>**9990 Santa Monica Blvd.**<br>**Beverly Hills, CA 90212** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Standard Retail/Mullti-Tenant Lease - Net dated March 11, 2008, as amended**<br><br>**Double MLT, LLC**<br>**Bill McNary**<br>**8333 SE 68th Street**<br>**Mercer Island, WA 98040** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sublease Agreement dated July 1, 2018**<br><br>**Dr. Bruce Beddoe**<br>**PO Box 1787**<br>**Pacific Palisades, CA 90272** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **Sublease Agreement dated July 1, 2018**<br><br>**Dr. Kris Szentivanyi**<br>**9903 Santa Monica BLvd. #430**<br>**Beverly HIlls, CA 90212** |

Debtor 1   **Pharmaca Integrative Pharmacy Inc.**                                    Case number *(if known)*   **22-11284**

      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Store Lease dated June 21, 2007, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Edward C. Stahl** |
| | List the contract number of any government contract | | **56 Santa Cruz Avenue** **Los Gatos, CA 95030** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated July 24, 2006, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Four Pearl Partnership, Ltd.** |
| | List the contract number of any government contract | | **1800 Broadway, Suite 210** **Boulder, CO 80302** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Unconditional Guaranty of Leasae dated June 23, 2020** | |
|---|---|---|---|
| | State the term remaining | | **GAR Realty, LLC** **c/o Masotti & Masotti** |
| | List the contract number of any government contract | | **1100 Summer Street** **Stamford, CT 06905** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Multi-Tenant Lease-Net dated November 1, 2001, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Hashem K. Tabatabaee Trust** **East Bay Investment Property Mgmt Inc.** |
| | List the contract number of any government contract | | **1742 Solano Avenue** **Berkeley, CA 94707** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease dated January 1, 2002, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Jack A. Peterson, Trustee &** **Anne Marie Cohen** |
| | List the contract number of any government contract | | **c/o DeWolf Realty** **4330 California Street** **San Francisco, CA 94118** |

Debtor 1  **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*  **22-11284**
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated May 18, 2018** | |
| State the term remaining | | **Leland M. Ford & Associates, L.P. Leland S. Ford 1117 Illif Street Pacific Palisades, CA 90272** |
| List the contract number of any government contract | | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated Agust 5, 2019, as amended** | |
| State the term remaining | | **Lincoln Fullerton REIT Property LLC c/o Hines/McCaffery Manager, LLC James Walsh 444 West Lake Street, Ste 2400 Chicago, IL 60606** |
| List the contract number of any government contract | | |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Amendment to and Assignment and Assumption of Lease dated August 17, 2018** | |
| State the term remaining | | **Lowell T. Patton Trust Patton Family Revocable Trust Sally Patton Walter, Trustee 3464 Heartland Ave. Simi Valley, CA 93065-0575** |
| List the contract number of any government contract | | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Wallingford Center Lease Agreement dated March 1, 2007** | |
| State the term remaining | | **Market Place Tower 2025 First Ave., Ste 240 Seattle, WA 98121** |
| List the contract number of any government contract | | |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of a Portion of Redmond Center dated Janiary 14, 2009** | |
| State the term remaining | | **Nelgroup Properties LLC PO Box 461 Redmond, WA 98073-0461** |
| List the contract number of any government contract | | |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Lease dated October 30, 2002, as amended** | |
| State the term remaining | | **North Broadway Corp. 2233 Mariposa Avenue Boulder, CO 30302** |

Debtor 1    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*    **22-11284**
      First Name      Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated February 8, 2006, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Novato Gateway, LLC c/o the Prado Group, Inc. Dan Safier 150 Post Street, Suite 320 San Francisco, CA 94108** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Shopping Center Lesae dated July 27, 2011** | |
|---|---|---|---|
| | State the term remaining | | **Plaza Paseo Real Associates, LLC c/o Madison Marquette 1001 Pennsylvania Ave. N.W. 10th Floor Washington, DC 20006** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated April 7, 2014** | |
|---|---|---|---|
| | State the term remaining | | **Queen Anne & Howe Investments, LLC 1919 Queen Anne Ave. Suite 300 Attn Property Manager Seattle, WA 98109** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial & Commercial Lease dated July 19, 2010, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Renault & Handley Oakmead Solar Joint Venture Lttd. Pshp 2500 El Camino Real Palo Alto, CA 94306** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated October 24, 2013, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Robert S. Duer Trustee Duer Family Survivors Trust A 637 Benbow Ct. Davis, CA 95616** |
| | List the contract number of any government contract | | |

Debtor 1    **Pharmaca Integrative Pharmacy Inc.**                                    Case number *(if known)*    **22-11284**
　　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated July 31, 2001, as amended** |
| State the term remaining | |
| List the contract number of any government contract | Roger & Jerry Carver<br>126 Countryside Lane<br>San Luis Obispo, CA 93401 |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **Standard Form Retail Lease dated February 27, 2007, as amended** |
| State the term remaining | Steven E. Parks & Judith D. Parks Trust,<br>GP for Bel Aire Plaza Account<br>c/o Main Street Property Services, Inc. |
| List the contract number of any government contract | 985 Moraga Road, Suite 202<br>Lafayette, CA 94549 |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated September 9, 2020** |
| State the term remaining | Tebo Partnership LLLP<br>c/o Tebo Properties |
| List the contract number of any government contract | PO Box T<br>Boulder, CO 80306 |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease dated March 31, 2014, as amended** |
| State the term remaining | Timberland Town Center LLC<br>Gramor Development, Inc.<br>19767 SW 72nd Avenue |
| List the contract number of any government contract | Suite 100<br>Tualatin, OR 97062 |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated November 30, 2007** |
| State the term remaining | Trader Joe's Company |
| List the contract number of any government contract | 800 South Shamrock Avenue<br>Monrovia, CA 91016 |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated June 14, 2001, as amended** |
| State the term remaining | Uptown Shopping Center-Retail<br>c/o NAI Norris, Beggs & Simpson<br>121 SW Morrison, Suite 200<br>Portland, OR 97204 |

Debtor 1  **Pharmaca Integrative Pharmacy Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*  **22-11284**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract        _____

**Fill in this information to identify the case:**

Debtor name __**Pharmaca Integrative Pharmacy Inc.**__

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) __**22-11284**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Care Well Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Silicon Valley Bank** | ■ D __**2.9**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Care Well Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Triplepoint Venture Growth BDC Corp.** | ■ D __**2.10**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Care Well Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Eight Roads Ventures India III LP** | ■ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Care Well Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **F-Prime Capital Partners Health** | ■ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*   **22-11284**

▮   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Greycroft ACI Evolution Fund I, L.P. | ▮ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.6 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Greycroft Partners V, L.P. | ▮ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | HTC Global Services, Inc. | ▮ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Lindenwood Health, Inc. | ▮ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Prysm Capital Fund 1, L.P. | ▮ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.10 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Volition Capital Fund III, L.P. | ▮ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.11 | Care Well Pharmacy Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Volition Capital Select Fund I, L.P. | ▮ D __2.12__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | **Grubbs Care Pharmacy NW Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   **2.9** ☐ E/F ____ ☐ G ____ |
| 2.13 | **Grubbs Care Pharmacy NW Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D   **2.10** ☐ E/F ____ ☐ G ____ |
| 2.14 | **Grubbs Care Pharmacy NW Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D   **2.1** ☐ E/F ____ ☐ G ____ |
| 2.15 | **Grubbs Care Pharmacy NW Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D   **2.2** ☐ E/F ____ ☐ G ____ |
| 2.16 | **Grubbs Care Pharmacy NW Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   **2.3** ☐ E/F ____ ☐ G ____ |
| 2.17 | **Grubbs Care Pharmacy NW Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   **2.4** ☐ E/F ____ ☐ G ____ |
| 2.18 | **Grubbs Care Pharmacy NW Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D   **2.5** ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.20 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.11___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.22 | **Grubbs Care Pharmacy NW Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___2.10___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.25 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number *(if known)* | **22-11284** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.26 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.27 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.28 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.29 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.30 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.31 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **Marg Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F ____ ☐ G ____ |

Debtor **Pharmaca Integrative Pharmacy Inc.**                     Case number *(if known)*  **22-11284**

| **Additional Page to List More Codebtors** |
| --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.33 | **Marg Pharmacy Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.34 | **Medly Atlanta Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.35 | **Medly Atlanta Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.36 | **Medly Atlanta Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D  __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.37 | **Medly Atlanta Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.38 | **Medly Atlanta Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.39 | **Medly Atlanta Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.4__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | **Medly Atlanta Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.46 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*    **22-11284**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.47 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **F-Prime Capital Partners Health** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **HTC Global Services, Inc.** | ■ D  __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **Lindenwood Health, Inc.** | ■ D  __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | **Medly Baltimore Inc.** | 7088 Winchester Circle Suite 100 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**▮** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| 2.54 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ▪ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.55 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ▪ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.56 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D   **2.3** ☐ E/F _____ ☐ G _____ |
| 2.57 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D   **2.4** ☐ E/F _____ ☐ G _____ |
| 2.58 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ▪ D   **2.5** ☐ E/F _____ ☐ G _____ |
| 2.59 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▪ D   **2.6** ☐ E/F _____ ☐ G _____ |
| 2.60 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▪ D   **2.8** ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.61 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.62 | **Medly Bedford Ave Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.63 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.64 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.65 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.66 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.67 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**    Case number *(if known)*    **22-11284**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**  |  Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.68 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.69 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.70 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.71 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.72 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.73 | **Medly Bristol Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.74 | **Medly Bronx Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*    **22-11284**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.75 | **Medly Bronx Inc.**    7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.76 | **Medly Bronx Inc.**    7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.77 | **Medly Bronx Inc.**    7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.78 | **Medly Bronx Inc.**    7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.79 | **Medly Bronx Inc.**    7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.80 | **Medly Bronx Inc.**    7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.81 | **Medly Bronx Inc.**    7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

Debtor   **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*   **22-11284**

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.82 | **Medly Bronx Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D   **2.8** ☐ E/F ____ ☐ G ____ |
| 2.83 | **Medly Bronx Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.11** ☐ E/F ____ ☐ G ____ |
| 2.84 | **Medly Bronx Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.12** ☐ E/F ____ ☐ G ____ |
| 2.85 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   **2.9** ☐ E/F ____ ☐ G ____ |
| 2.86 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D   **2.10** ☐ E/F ____ ☐ G ____ |
| 2.87 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D   **2.1** ☐ E/F ____ ☐ G ____ |
| 2.88 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D   **2.2** ☐ E/F ____ ☐ G ____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                          Case number *(if known)*    **22-11284**

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.89 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.90 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.91 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ▮ D ___**2.5**___ ☐ E/F _____ ☐ G _____ |
| 2.92 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▮ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |
| 2.93 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▮ D ___**2.8**___ ☐ E/F _____ ☐ G _____ |
| 2.94 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D ___**2.11**___ ☐ E/F _____ ☐ G _____ |
| 2.95 | **Medly Chicago Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D ___**2.12**___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.96 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.97 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Triplepoint Venture<br>Growth BDC Corp.** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.98 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Eight Roads<br>Ventures India III LP** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.99 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **F-Prime Capital<br>Partners Health** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.100 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI<br>Evolution Fund I, L.P.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.101 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI<br>Evolution Fund I, L.P.** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.102 | **Medly Dallas Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **HTC Global Services,<br>Inc.** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number *(if known)* | **22-11284** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.10 3 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.10 4 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.10 5 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.10 6 | **Medly Dallas Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.10 7 | **Medly DC Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.10 8 | **Medly DC Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.10 9 | **Medly DC Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor  **Pharmaca Integrative Pharmacy Inc.**                     Case number *(if known)*  **22-11284**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | **Medly DC Inc.**  7088 Winchester Circle  Suite 100  Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  __2.2__  ☐ E/F ____  ☐ G ____ |
| 2.111 | **Medly DC Inc.**  7088 Winchester Circle  Suite 100  Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.3__  ☐ E/F ____  ☐ G ____ |
| 2.112 | **Medly DC Inc.**  7088 Winchester Circle  Suite 100  Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.4__  ☐ E/F ____  ☐ G ____ |
| 2.113 | **Medly DC Inc.**  7088 Winchester Circle  Suite 100  Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  __2.5__  ☐ E/F ____  ☐ G ____ |
| 2.114 | **Medly DC Inc.**  7088 Winchester Circle  Suite 100  Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  __2.6__  ☐ E/F ____  ☐ G ____ |
| 2.115 | **Medly DC Inc.**  7088 Winchester Circle  Suite 100  Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  __2.8__  ☐ E/F ____  ☐ G ____ |
| 2.116 | **Medly DC Inc.**  7088 Winchester Circle  Suite 100  Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__  ☐ E/F ____  ☐ G ____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*    **22-11284**

▇    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| 2.117 | **Medly DC Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.118 | **Medly Enterprise LLC** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.119 | **Medly Enterprise LLC** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.120 | **Medly Enterprise LLC** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.121 | **Medly Enterprise LLC** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.122 | **Medly Enterprise LLC** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.123 | **Medly Enterprise LLC** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**    Case number *(if known)*    **22-11284**

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.124 | **Medly Enterprise LLC**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.125 | **Medly Enterprise LLC**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.126 | **Medly Enterprise LLC**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.127 | **Medly Enterprise LLC**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.128 | **Medly Enterprise LLC**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.129 | **Medly Grand Central Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.130 | **Medly Grand Central Inc.**<br>7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**

Case number *(if known)*    **22-11284**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 1 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.13 2 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.13 3 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.13 4 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.13 5 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.13 6 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.13 7 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*  **22-11284**

| **Additional Page to List More Codebtors** | | | |
|---|---|---|---|
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | | |
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| 2.138 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__  ☐ E/F _____  ☐ G _____ |
|---|---|---|---|---|
| 2.139 | **Medly Grand Central Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.12__  ☐ E/F _____  ☐ G _____ |
| 2.140 | **Medly Health Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  __2.9__  ☐ E/F _____  ☐ G _____ |
| 2.141 | **Medly Health Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__  ☐ E/F _____  ☐ G _____ |
| 2.142 | **Medly Health Inc.** | 7088 Winchester Circle Ssuite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D  __2.1__  ☐ E/F _____  ☐ G _____ |
| 2.143 | **Medly Health Inc.** | 7088 Winchester Circle Ssuite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  __2.2__  ☐ E/F _____  ☐ G _____ |
| 2.144 | **Medly Health Inc.** | 7088 Winchester Circle Ssuite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.3__  ☐ E/F _____  ☐ G _____ |

Debtor  **Pharmaca Integrative Pharmacy Inc.**

Case number *(if known)*  **22-11284**

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.145 | **Medly Health Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

| 2.146 | **Medly Health Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **HTC Global Services, Inc.** | ▮ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

| 2.147 | **Medly Health Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▮ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

| 2.148 | **Medly Health Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▮ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

| 2.149 | **Medly Health Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |

| 2.150 | **Medly Health Inc.** | 7088 Winchester Circle<br>Ssuite 100<br>Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |

| 2.151 | **Medly Houston Inc.** | 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301 | **Silicon Valley Bank** | ▮ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Pharmaca Integrative Pharmacy Inc.**                  Case number *(if known)*   **22-11284**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                        *Column 2:* **Creditor**

| 2.15 2 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.15 3 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.15 4 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.15 5 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.15 6 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.15 7 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.15 8 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  __2.6__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | | Case number *(if known)* | **22-11284** |
|--------|----------------------------------------|---|--------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.159 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D ___**2.8**___ ☐ E/F _____ ☐ G _____ |
| 2.160 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___**2.11**___ ☐ E/F _____ ☐ G _____ |
| 2.161 | **Medly Houston Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___**2.12**___ ☐ E/F _____ ☐ G _____ |
| 2.162 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D ___**2.9**___ ☐ E/F _____ ☐ G _____ |
| 2.163 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___**2.10**___ ☐ E/F _____ ☐ G _____ |
| 2.164 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.165 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.166 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.167 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.168 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.169 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.170 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.171 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.172 | **Medly Jersey City Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**

Case number *(if known)*    **22-11284**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                    Column 2: **Creditor**

| 2.17 3 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   **2.9** ☐ E/F ____ ☐ G ____ |
| 2.17 4 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D   **2.10** ☐ E/F ____ ☐ G ____ |
| 2.17 5 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D   **2.1** ☐ E/F ____ ☐ G ____ |
| 2.17 6 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D   **2.2** ☐ E/F ____ ☐ G ____ |
| 2.17 7 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   **2.3** ☐ E/F ____ ☐ G ____ |
| 2.17 8 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   **2.4** ☐ E/F ____ ☐ G ____ |
| 2.17 9 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D   **2.5** ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.180 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.181 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.182 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.183 | **Medly Mail Service Pharmacy LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.12__ ☐ E/F ____ ☐ G ____ |
| 2.184 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.185 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.186 | **Medly Miami Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.187 | **Medly Miami Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.188 | **Medly Miami Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.189 | **Medly Miami Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.190 | **Medly Miami Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.191 | **Medly Miami Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.192 | **Medly Miami Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.193 | **Medly Miami Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|--------|-----------------------------------------|--------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.194 | **Medly Orlando** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.195 | **Medly Orlando** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.196 | **Medly Orlando** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.197 | **Medly Orlando** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.198 | **Medly Orlando** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.199 | **Medly Orlando** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.200 | **Medly Orlando** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.12__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 1 | **Medly Orlando Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.20 2 | **Medly Orlando Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.20 3 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.20 4 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.20 5 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.20 6 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.20 7 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

Debtor   **Pharmaca Integrative Pharmacy Inc.**                          Case number *(if known)*   **22-11284**

▬  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| 2.208 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   2.4 ☐ E/F ___ ☐ G ___ |
| 2.209 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D   2.5 ☐ E/F ___ ☐ G ___ |
| 2.210 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D   2.6 ☐ E/F ___ ☐ G ___ |
| 2.211 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D   2.8 ☐ E/F ___ ☐ G ___ |
| 2.212 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   2.11 ☐ E/F ___ ☐ G ___ |
| 2.213 | **Medly Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   2.12 ☐ E/F ___ ☐ G ___ |
| 2.214 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   2.9 ☐ E/F ___ ☐ G ___ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**

Case number *(if known)*    **22-11284**

████  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.215 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.216 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.217 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.218 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.219 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.220 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.221 | **Medly Pharmacy PA Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                     Case number *(if known)*    **22-11284**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| 2.22 2 | **Medly Pharmacy PA Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Prysm Capital Fund 1, L.P.** | ▪ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 3 | **Medly Pharmacy PA Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Volition Capital Fund III, L.P.** | ▪ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 4 | **Medly Pharmacy PA Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Volition Capital Fund III, L.P.** | ▪ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 5 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Silicon Valley Bank** | ▪ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 6 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Triplepoint Venture Growth BDC Corp.** | ▪ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 7 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Eight Roads Ventures India III LP** | ▪ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 8 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **F-Prime Capital Partners Health** | ▪ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**

Case number *(if known)*    **22-11284**

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.229 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.230 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.231 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.232 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.233 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.234 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.235 | **Medly Pittsburgh Inc.** | **7088 Winchester Circle** Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                          Case number *(if known)*   **22-11284**

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.236 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.237 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.238 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.239 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.240 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.241 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.242 | **Medly Queens Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*   **22-11284**

---

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.24 3 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ▮ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.24 4 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ▮ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.24 5 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.24 6 | **Medly Queens Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.24 7 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ▮ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.24 8 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ▮ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.24 9 | **Medly Raleigh Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ▮ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.250 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D  **2.2** ☐ E/F ☐ G |
| 2.251 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  **2.3** ☐ E/F ☐ G |
| 2.252 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D  **2.4** ☐ E/F ☐ G |
| 2.253 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D  **2.5** ☐ E/F ☐ G |
| 2.254 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D  **2.6** ☐ E/F ☐ G |
| 2.255 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  **2.8** ☐ E/F ☐ G |
| 2.256 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  **2.11** ☐ E/F ☐ G |

Debtor  **Pharmaca Integrative Pharmacy Inc.**                          Case number *(if known)*  **22-11284**

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| 2.25 7 | **Medly Raleigh Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▪ D __2.12__ ☐ E/F ____ ☐ G ____ |
| 2.25 8 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ▪ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.25 9 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ▪ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.26 0 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ▪ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.26 1 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ▪ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.26 2 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.26 3 | **Medly San Antonio Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D __2.4__ ☐ E/F ____ ☐ G ____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*    **22-11284**

| **Additional Page to List More Codebtors** |
| --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| 2.264 | Medly San Antonio Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | HTC Global Services, Inc. | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.265 | Medly San Antonio Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Lindenwood Health, Inc. | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.266 | Medly San Antonio Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Prysm Capital Fund 1, L.P. | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.267 | Medly San Antonio Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Volition Capital Fund III, L.P. | ■ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.268 | Medly San Antonio Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Volition Capital Fund III, L.P. | ■ D __2.12__ ☐ E/F ____ ☐ G ____ |
| 2.269 | Medly Stamford Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Silicon Valley Bank | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.270 | Medly Stamford Inc. | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | Triplepoint Venture Growth BDC Corp. | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.27 1 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.27 2 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.27 3 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.27 4 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.27 5 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.27 6 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.27 7 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                     Case number *(if known)*    **22-11284**

---

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.27 8 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.27 9 | **Medly Stamford Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ▮ D __2.12__ ☐ E/F ____ ☐ G ____ |
| 2.28 0 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ▮ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.28 1 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ▮ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.28 2 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ▮ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.28 3 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ▮ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.28 4 | **Medly Tampa Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ▮ D __2.3__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.285 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D   **2.4** ☐ E/F _____ ☐ G _____ |
| 2.286 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D   **2.5** ☐ E/F _____ ☐ G _____ |
| 2.287 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D   **2.6** ☐ E/F _____ ☐ G _____ |
| 2.288 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D   **2.8** ☐ E/F _____ ☐ G _____ |
| 2.289 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.11** ☐ E/F _____ ☐ G _____ |
| 2.290 | **Medly Tampa Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D   **2.12** ☐ E/F _____ ☐ G _____ |
| 2.291 | **Medly UCHC Pharmacy Inc.** 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D   **2.9** ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.29 2 | **Medly UCHC Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Triplepoint Venture Growth BDC Corp.** | ▪ D __2.10__ ☐ E/F _____ ☐ G _____ |

| 2.29 3 | **Medly UCHC Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Eight Roads Ventures India III LP** | ▪ D __2.1__ ☐ E/F _____ ☐ G _____ |

| 2.29 4 | **Medly UCHC Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **F-Prime Capital Partners Health** | ▪ D __2.2__ ☐ E/F _____ ☐ G _____ |

| 2.29 5 | **Medly UCHC Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D __2.3__ ☐ E/F _____ ☐ G _____ |

| 2.29 6 | **Medly UCHC Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Greycroft ACI Evolution Fund I, L.P.** | ▪ D __2.4__ ☐ E/F _____ ☐ G _____ |

| 2.29 7 | **Medly UCHC Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **HTC Global Services, Inc.** | ▪ D __2.5__ ☐ E/F _____ ☐ G _____ |

| 2.29 8 | **Medly UCHC Pharmacy Inc.** | **7088 Winchester Circle Suite 100 Boulder, CO 80301** | **Lindenwood Health, Inc.** | ▪ D __2.6__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.299 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.300 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.301 | **Medly UCHC Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.302 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.303 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.304 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.305 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 6 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 6 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.30 7 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.30 8 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D ___**2.5**___ ☐ E/F _____ ☐ G _____ |
| 2.30 9 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |
| 2.31 0 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D ___**2.8**___ ☐ E/F _____ ☐ G _____ |
| 2.31 1 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___**2.11**___ ☐ E/F _____ ☐ G _____ |
| 2.31 2 | **Medly Utah Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D ___**2.12**___ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                    Case number *(if known)*    **22-11284**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.31 3 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.31 4 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| 2.31 5 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.31 6 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.31 7 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D ___**2.5**___ ☐ E/F _____ ☐ G _____ |
| 2.31 8 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |
| 2.31 9 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D ___**2.8**___ ☐ E/F _____ ☐ G _____ |

Debtor    **Pharmaca Integrative Pharmacy Inc.**                      Case number *(if known)*    **22-11284**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.320 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.321 | **Pharmaca Integrative Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.322 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **Eight Roads Ventures India III LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.323 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **F-Prime Capital Partners Health** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.324 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.325 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **Greycroft Partners V, L.P.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.326 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **HTC Global Services, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.327 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **Lindenwood Health, Inc.** | ■ D  __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.328 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **Prysm Capital Fund 1, L.P.** | ■ D  __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.329 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.330 | **Tang340B LLC** | 7088 Winchester Circle Suite 100 CO 80300 | **Volition Capital Select Fund I, L.P.** | ■ D  __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.331 | **Tango340B LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.332 | **Tango340B LLC** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D  __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.333 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Silicon Valley Bank** | ■ D  __2.9__ ☐ E/F _____ ☐ G _____ |

Debtor  **Pharmaca Integrative Pharmacy Inc.**          Case number *(if known)*  **22-11284**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.33 4 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Triplepoint Venture Growth BDC Corp.** | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.33 5 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Eight Roads Ventures India III LP** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.33 6 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **F-Prime Capital Partners Health** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.33 7 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.33 8 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Greycroft ACI Evolution Fund I, L.P.** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.33 9 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **HTC Global Services, Inc.** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.34 0 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Lindenwood Health, Inc.** | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pharmaca Integrative Pharmacy Inc.** | Case number *(if known)* | **22-11284** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.34 1 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Prysm Capital Fund 1, L.P.** | ■ D  __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.34 2 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.34 3 | **West Campbell Pharmacy Inc.** | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | **Volition Capital Fund III, L.P.** | ■ D  __2.12__ ☐ E/F ____ ☐ G ____ |