| **Information to identify the case:** | EIN  82-4733391 |
|---|---|
| Debtor    Medly Health Inc., *et al.* <br>             Name | |
| United States Bankruptcy Court District of Delaware | Date case filed for chapter 11   12/09/2022 |
| Case number:  22-11257 (KBO) (Jointly Administered) | |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11  Bankruptcy Case          10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtors' full name:  See chart below. |
|---|
| 2. All other names used in the last 8 years:  See chart below if applicable |

**Jointly Administered Cases**

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| Medly Health, Inc. | 7088 Winchester Circle <br> Boulder, CO 80303 | 22-11257 | 82-4733391 |
| Care Well Pharmacy, Inc. <br> dba Medly Pharmacy | 7088 Winchester Circle <br> Boulder, CO 80303 | 22-11258 | 75-2999048 |
| Grubbs Care Pharmacy NW Inc. <br> Dba Grubbs NW Specialty Pharmacy | 7089 Winchester Circle <br> Boulder, CO 80303 | 22-11259 | 27-1460490 |
| Marg Pharmacy, Inc. <br> dba Medly Pharmacy <br> dba LiRx | 7090 Winchester Circle <br> Boulder, CO 80303 | 22-11260 | 22-3315838 |
| Medly Atlanta Inc. | 7091 Winchester Circle <br> Boulder, CO 80303 | 22-11261 | 84-4327312 |

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| Medly Enterprise LLC | 7099 Winchester Circle Boulder, CO 80303 | 22-11262 | 84-1738898 |
| Medly Baltimore Inc. dba Medly Pharmacy | 7092 Winchester Circle Boulder, CO 80303 | 22-11263 | 84-3732354 |
| Medly Queens Inc. dba Medly Pharmacy fka Medly DFCC | 7109 Winchester Circle Boulder, CO 80303 | 22-11264 | 86-3189623 |
| Medly Bedford Ave Pharmacy Inc. dba Medly Pharmacy | 7093 Winchester Circle Boulder, CO 80303 | 22-11265 | 85-2063690 |
| Medly Grand Central Inc. dba Medly Pharmacy | 7100 Winchester Circle Boulder, CO 80303 | 22-11266 | 85-3161741 |
| Medly Raleigh Inc. dba Medly Pharmacy | 7110 Winchester Circle Boulder, CO 80303 | 22-11267 | 84-3015140 |
| Medly Bristol Inc. dba Medly Pharmacy | 7094 Winchester Circle Boulder, CO 80303 | 22-11268 | 87-2424556 |
| Medly Bronx Inc. dba Medly Pharmacy | 7095 Winchester Circle Boulder, CO 80303 | 22-11269 | 85-0704741 |
| Medly San Antonio Inc. dba Medly Pharmacy | 7111 Winchester Circle Boulder, CO 80303 | 22-11270 | 85-3969973 |
| Medly Houston Inc. dba Medly Pharmacy | 7101 Winchester Circle Boulder, CO 80303 | 22-11271 | 85-3447443 |
| Medly Chicago Inc. dba Medly Pharmacy | 7096 Winchester Circle Boulder, CO 80303 | 22-11272 | 84-3685231 |
| Medly Dallas Inc. dba Medly Pharmacy | 7097 Winchester Circle Boulder, CO 80303 | 22-11273 | 84-4357581 |
| Medly Jersey City Inc. dba Medly Pharmacy | 7102 Winchester Circle Boulder, CO 80303 | 22-11274 | 85-1564966 |
| Medly Stamford Inc. dba Medly Pharmacy | 7112 Winchester Circle Boulder, CO 80303 | 22-11275 | 85-1564966 |
| Medly DC Inc. dba Grubbs NW Specialty Pharmacy | 7098 Winchester Circle Boulder, CO 80303 | 22-11276 | 86-1449403 |
| Medly Orlando Inc. dba Medly Pharmacy | 7105 Winchester Circle Boulder, CO 80303 | 22-11277 | 85-0797581 |
| Medly Tampa Inc. dba Medly Pharmacy | 7113 Winchester Circle Boulder, CO 80303 | 22-11278 | 86-1495128 |
| Medly Mail Service Pharmacy LLC Fka Valisurex LLC | 7103 Winchester Circle Boulder, CO 80303 | 22-11279 | 82-4179203 |

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| Medly UCHC Pharmacy Inc. dba Medly Pharmacy | 7114 Winchester Circle Boulder, CO 80303 | 22-11280 | 84-3556672 |
| Medly Utah Inc. | 7115 Winchester Circle Boulder, CO 80303 | 22-11281 | 84-3964648 |
| Medly Miami Inc. dba Medly Pharmacy | 7104 Winchester Circle Boulder, CO 80303 | 22-11282 | 84-3858101 |
| Medly Pharmacy Inc. | 7106 Winchester Circle Boulder, CO 80303 | 22-11283 | 11-3394606 |
| Pharmaca Integrative Pharmacy, Inc. | 7116 Winchester Circle Boulder, CO 80303 | 22-11284 | 84-1550334 |
| Medly Pharmacy PA Inc. dba Medly Pharmacy | 7107 Winchester Circle Boulder, CO 80303 | 22-11285 | 83-4308494 |
| Tango340B LLC fdba RPH Innovations LLC | 7117 Winchester Circle Boulder, CO 80303 | 22-11286 | 84-1738898 |
| Medly Pittsburgh Inc. dba Medly Pharmacy | 7108 Winchester Circle Boulder, CO 80303 | 22-11287 | 86-3318381 |
| West Campbell Pharmacy Inc. dba Medly Pharmacy | 7118 Winchester Circle Boulder, CO 80303 | 22-11288 | 84-2622931 |
| Khora Health Solutions Inc. | 7118 Winchester Circle Boulder, CO 80303 | 22-11361 | 84-1782909 |
| RPH Innovations LLC | 7118 Winchester Circle Boulder, CO 80303 | 22-11362 | 45-3613767 |

3. **Address:** See chart above

4. **Debtors' attorneys**

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (DE Bar No. 2436)
David M. Bertanthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         tcairns@pszjlaw.com

3

| | | |
|---|---|---|
| **5.** **Bankruptcy clerk's office** | | |
| Documents in this case may be filed at this address:<br><br>824 Market Street<br>3rd Floor<br>Wilmington, DE 19801<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Hours open: Monday − Friday 8:00 AM − 4:00 PM<br><br>Contact phone 302−252−2900 | |
| **6.** **Meeting of creditors**<br>The debtors' representative must attend the meeting to be questioned under oath. If so, the date will be on the court docket.<br><br>Creditors may attend, but are not required to do so. | **February 6, 2023 at 1:00 p.m. (ET)**<br><br>The meeting may be continued or adjourned to a later date. | **Location**:<br>**Telephonic**<br>**Dial in: 1-888-324-8129**<br>**Passcode: 9576199#** |
| **7. Proof of claim deadline** | **Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the court-appointed claims agent's website at https://dm.epiq11.com/case/medlyhealth/info.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: April 7, 2023** | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |