IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MEDLY HEALTH INC., *et al*.,[1] | ) Case No. 22-11257 (KBO) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket Nos. 134-135** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Debtors' Motion for Leave to File a Late Reply in Support of Debtors' Bid Procedures Motion," dated January 2, 2023 [Docket No. 134], and

   b. "Amended Notice of Agenda of Matters Scheduled for Hearing on January 3, 2023, at 11:00 a.m. (Prevailing Eastern Time) Before the Honorable Karen B. Owens," dated January 2, 2023 [Docket No. 135],

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

by causing true and correct copies to be:

　　i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on January 2, 2023, and

　　ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, on January 3, 2023.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Diane Streany</i><br>Diane Streany

Sworn to before me this
4th day of January, 2023
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

**EXHIBIT A**

# MEDLY HEALTH INC.
## CASE NO. 22-11257
### Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| ANDA INC | ATTN DAVID SWANSON | david.swanson@andanet.com |
| ANRO INC. | | jeanne.detwiler@anro.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & STACY L. NEWMAN | gtaylor@ashbygeddes.com; snewman@ashbygeddes.com |
| AVTEX SOLUTIONS LLC | ATTN MICHELLE DOY | accounting@avtex.com; lweierke@avtex.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY LYONS & ADAM FLETCHER | jjlyons@bakerlaw.com; afletcher@bakerlaw.com |
| BALLARD SPAHR | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BALLARD SPAHR | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BINDER & MALTER, LLP | ATTN: JULIE H. ROME-BANKS | julie@bindermalter.com |
| BRIGHTPOINT HEALTH | ATTN DORA BADICS | dbadics@rxstrategies.com |
| BUCHALTER | ATTN: JEFFREY GARFINKLE | jgarfinkle@buchalter.com |
| CARDINAL HEALTH 110, LLC | ATTN TODD BELL | jtodd.bell@cardinalhealth.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A ZUBER & TERRY JANE FREEDMAN | szuber@csglaw.com; tfreedman@csglaw.com |
| CURASCRIPT SD | ATTN LUISA OLAN | lolan2@curascript.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE | oag@dc.gov |
| DR. HAUSCHKA SKIN CARE | ATTN KATE MARTIN | katem@drhauschka.com |
| FOX ROTHSCHILD LLP | ATTN: MICHAEL G. MENKOWITZ | mmenkowitz@foxrothschild.com |
| FOX ROTHSCHILD LLP | ATTN: SETH A. NIEDERMAN | sniederman@foxrothschild.com |
| FUNGI PERFECTI, LLC | ATTN KAY BRIGGS | kay.b@fungi.com |
| GAIA HERBS INC | ATTN MISTY A. WORLEY | maw@gaiaherbs.com |
| GARDEN OF LIFE | ATTN GERTRUDE MORROW | gmorrow@gardenoflife.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| HILLER LAW, LLC | ATTN: ADAM HILLER | ahiller@adamhillerlaw.com |
| HUDSON RIVER HEALTHCARE | DORA BADICS | dbadics@rxstrategies.com |
| IMPACT TECH, INC | ATTN ERIK JACOBSEN | erik.jacobsen@impact.com |

**MEDLY HEALTH INC.**
**CASE NO. 22-11257**
**Core-Top 30 Email List**

| NAME | CONTACT | EMAIL |
|---|---|---|
| JA CARPENTRY INC | ATTN JIM AGRESTA | jim@jacbuild.com |
| JARROW FORMULAS | | monira@vytalogy.com |
| KASEN & KASEN, P.C. | ATTN JENNY R KASEN | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINKEDIN | ATTN FRANCIS VALDERAMA | fvalderama@linkedin.com |
| MCDERMOTT WILL & EMERY LLP | ATTN GARY ROSENBAUM | grosenbaum@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN RILEY ORLOFF | rorloff@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | dazman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: JAKE JUMBECK | jjumbeck@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID W. GIATTINO | dgiattino@mwe.com |
| MCDONALD HOPKINS LLC | ATTN: MICHAEL J. KACZKA | mkaczka@mcdonaldhopkins.com |
| MCDONALD HOPKINS LLC | ATTN: MARC J. CARMEL | mcarmel@mcdonaldhopkins.com |
| MEDPHARMACA HOLDINGS, INC. | ATTN JOSH PHILLIPS | jphillips@terramarcapital.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | ATTN SAMUEL EFFRON | lmmoldawer@mintz.com |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MORGAN LEWIS & BOCKIUS LLP | ATTN TATIANA SAVIN | tatiana.savin@morganlewis.com |
| MORRISON FOERSTER | ATTN A. RHEAUME | arheaume@mofo.com |
| MORRISON FOERSTER | ATTN SETH KLEINMAN, M.RUSSELL | skleinman@mofo.com; mrussell@mofo.com |
| NATURAL FACTORS | ATTN ESTELA ALCARAZ | ealcaraz@factorsgroup.com |
| NESTLE USA, INC. | ATTN CRAIG LYDIGSEN | craig.lydigsen@us.nestle.com |
| NEW CHAPTER | ATTN JOANNE SCOTT | jscott@new-chapter.com |
| NEW YORK CITY HEALTH AND HOSPITAL (2220) | ATTN CASEY MCLENNAN | cmclennan@rxstrategies.com |
| NORDIC NATURALS | ATTN JEANNIE DURKSEN | jdurksen@nordic.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA CASEY | ustrustee.program@usdoj.gov; linda.casey@usdoj.gov |

**MEDLY HEALTH INC.**
**CASE NO. 22-11257**
**Core-Top 30 Email List**

| NAME | CONTACT | EMAIL |
|---|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER | pwinterhalter@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MARY F. CALOWAY | mcaloway@pszjlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: CHERYL A. SANTANIELLO | casantaniello@pbnlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN, JR. ROBERT M. SCHECHTER KELLY D. CURTIN DAVID E. SKLAR | wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; kdcurtin@pbnlaw.com; desklar@pbnlaw.com |
| PURE ENCAPSULATION | ATTN JESSICA COLBERT | jcolbert@atrium-innovations.com |
| SEQIRUS | ATTN SARA FLUBACHER | sara.flubacher@seqirus.com |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | media@nmag.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE | oag@arkansasag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA | agelectronicservice@doj.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@state.de.us |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN | agwasden@ag.idaho.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |

**MEDLY HEALTH INC.**
**CASE NO. 22-11257**
**Core-Top 30 Email List**

| NAME | CONTACT | EMAIL |
|---|---|---|
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON | ago.info.help@nebraska.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | agocares@ohioago.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR | questions@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R. YOUNG | ago.info@vermont.gov |
| SUN RIVER HEALTH | ATTN DORA BADICS & JAMES SINKOFF | dbadics@rxstrategies.com; nlatman@sunriver.org |
| THORNE RESEARCH INC | ATTN SHELLI VAUGHN | svaughn@thorne.com |
| TRIPLEPOINT VENTURE GROWTH BDC CORP | ATTN JIM LABE, IAN SCHWORER & MICHAEL STANDLEE | jlabe@triplepointcapital.com; ischworer@triplepointcapital.com; mstandlee@triplepointcapital.com |

**MEDLY HEALTH INC.**
**CASE NO. 22-11257**
**Core-Top 30 Email List**

| NAME | CONTACT | EMAIL |
|---|---|---|
| UNIWEB INC. | ATTN MARIE DARE & DENISE SAVARIA | mdare@uniwebinc.com; dsavaria@uniwebinc.com |
| WORKDAY INC | ATTN SESLIE SISNEROS & ALEXANDER ROBINSON | seslie.sisneros@workday.com; accounts.receivable@workday.com; alexander.robinson@workday.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L. MAGAZINER & S. ALEXANDER FARIS | amagaziner@ycst.com; afaris@ycst.com |
| ZENDESK, INC | ATTN BELEN MARTINEZ | belen.martinez@zendesk.com |
| ZS ASSOCIATES, INC. | ATTN PETER MANOOGIAN | peter.manoogian@zs.com |

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ANDA INC | ATTN DAVID SWANSON 420 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| ANRO INC. | 931 S. MATLACK STREET WEST CHESTER PA 19382 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO SILICON VALLEY BANK) ATTN: GREGORY A. TAYLOR & STACY L. NEWMAN 500 DELAWARE AVENUE, 8TH FL PO BOX 1150 WILMINGTON DE 19899-1150 |
| AVTEX SOLUTIONS LLC | ATTN MICHELLE DOY 3500 AMERICAN BLVD W STE 300 MINNEAPOLIS MN 55431 |
| AVTEX SOLUTIONS LLC | ATTN MICHELLE DOY PO BOX 85660 MINNEAPOLIS MN 55485-6660 |
| BAKER & HOSTETLER LLP | (COUNSEL TO PAPYRUS-RECYCLED GREETINGS, INC) ATTN: JEFFREY J. LYONS 1201 N. MARKET ST, ST 1402 WILMINGTON DE 19801 |
| BAKER & HOSTETLER LLP | (COUNSEL TO PAPYRUS-RECYCLED GREETINGS, INC.) ATTN: ADAM L. FLETCHER KEY TOWER, 127 PUBLIC SQ, STE 2000 CLEVELAND OH 44114 |
| BALLARD SPAHR LLP | (COUNSEL TO: BELAIRE PLAZA, LLC AND DEUTSCHE) ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER 919 N. MARKET ST, 11TH FL WILMINGTON DE 19801-3034 |
| BALLARD SPAHR LLP | (COUNSEL TO SEQIRUS) ATTN: TOBEY DALUZ, MARGARET VESPER 919 N. MARKET ST, 11TH FL WILMINGTON DE 19807-3034 |
| BALLARD SPAHR LLP | (COUNSEL TO: BEL AIRE PLAZA, LLC AND DEUTSCHE) ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN, 2029 CENTURY PARK EAST, SUITE 1400 LOS ANGELES CA 90067-2915 |
| BINDER & MALTER, LLP | (COUNSEL TO RENAULT & HANDLEY OAKMEAD SOLAR JOINT VENTURE LP) ATTN: JULIE H. ROME-BANKS 2775 PARK AVE SANTA CLARA CA 95050 |
| BRIGHTPOINT HEALTH | ATTN DORA BADICS 71 W 23RD ST 8TH FLOOR NEW YORK NY 10001 |
| BUCHALTER, A PROFESSIONAL CORPORATION | (COUNSEL TO MCKESSON CORPORATION) ATTN: JEFFREY K. GARFINKLE 18400 VON KARMAN AVE, STE 800 IRVINE CA 92612 |
| CARDINAL HEALTH | ATTN ERIN GAPINSKI 7000 CARDINAL PLACE DUBLIN OH 43017 |
| CARDINAL HEALTH 110, LLC | (ATTN: TODD BELL) 7000 CARDINAL PLACE DUBLIN OH 43017 |
| CHIESA SHAHINIAN & GIANTOMASI PC | (COUNSEL TO CARDINAL HEALTH, ET AL.) ATTN: SCOTT A ZUBER & TERRY JANE FREEDMAN ONE BOLAND DR WEST ORANGE NJ 07052 |
| CURASCRIPT SD | ATTN LUISA OLAN 255 TECHNOLOGY PARK LAKE MARY FL 32746 |
| CURASCRIPT SD | ATTN LUISA OLAN PO BOX 978510 DALLAS TX 75397 |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE 400 6TH STREET, NW WASHINGTON DC 20001 |
| DR. HAUSCHKA SKIN CARE | ATTN KATE MARTIN 79 MAIN STREET HARTFIELD MA 01038 |
| FOX ROTHSCHILD LLP | (COUNSEL TO 1222-24 WALNUT ASSOCIATES, LP) ATTN: MICHAEL G. MENKOWITZ 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA PA 19103 |
| FOX ROTHSCHILD LLP | (COUNSEL TO 1222-24 WALNUT ASSOCIATES, LP) ATTN: SETH A. NIEDERMAN 919 N. MARKET STREET, SUITE 300 WILMINGTON DE 19899-2323 |
| FUNGI PERFECTI, LLC | ATTN KAY BRIGGS PO BOX 7634 OLYMPIA WA 98507 |
| FUNGI PERFECTI, LLC | ATTN KAY BRIGGS 50 SE NELSON RD SHELTON WA 98584-7217 |
| GAIA HERBS INC | ATTN MISTY A. WORLEY 101 GAIA HERBS DR BREVARD NC 28712 |
| GAIA HERBS INC | ATTN MISTY A. WORLEY PO BOX 639306 CINCINNATI OH 45263-9306 |
| GARDEN OF LIFE | ATTN GERTRUDE MORROW 4200 NORTHCORP PARKWAY STE 200 PALM BEACH GARDENS FL 33410 |
| GELLERT SCALI BUSENKELL & BROWN, LLP | (COUNSEL TO RENAULT & HANDLEY OAKMEAD SOLAR JOINT VENTURE LP) ATTN: MICHAEL BUSENKELL 1201 NORTH ORANGE STREET, STE 300 WILMINGTON DE 19801 |
| HILLER LAW, LLC | (COUNSEL TO CARDINAL HEALTH, ET AL.) ATTN: ADAM HILLER 300 DELAWARE AVENUE, STE 210 #227 WILMINGTON DE 19801 |
| HUDSON RIVER HEALTHCARE | 248 WEST 35TH STREET DORA BADICS NEW YORK NY 10001 |
| IMPACT TECH, INC | ATTN ERIK JACOBSEN 223 E. DE LA GUERRA STREET SANTA BARBARA CA 93101 |
| JA CARPENTRY INC | ATTN JIM AGRESTA 150 ENGLISH STREET HACKENSACK NJ 07601 |
| JARROW FORMULAS | 1824 SOUTH ROBERTSON BOULEVARD 1824 SOUTH ROBERTSON BOULEVARD LOS ANGELES CA 90035 |
| JARROW FORMULAS | PO BOX 51916 LOS ANGELES CA 90051-6216 |
| KASEN & KASEN | (COUNSEL TO STAT ADVISORS LLC) ATTN: JENNY R. KASEN SOCIETY HILL OFFICE PARK 1874 E. MARLOT PIKE, STE 3 CHERRY HILL NJ 08003 |

| Claim Name | Address Information |
|---|---|
| KASEN & KASEN, P.C. | (COUNSEL TO STAT ADVISORS LLC) ATTN: JENNY R. KASEN, ESQ. SOCIETY HILL OFFICE PARK 1874 E MARLTON PARK, SUITE 3 CHERRY HILL NJ 08003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO DALLAS COUNTY) ATTN: JOHN KENDRICK TURNER 2777 N. STEMMONS FREEWAY, STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO HARRIS COUNTY) ATTN: TARA L GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 |
| LINKEDIN | ATTN FRANCIS VALDERAMA GF 11, PARK AVE, PARIMAL GARDENCROSS RD; ELLISBRIDGE AHMEDABAD, GUJARAT 380006 INDIA |
| MCDERMOTT WILL & EMERY LLP | COUNSEL TO DIP LENDER (TRIPLEPOINT) ATTN RILEY ORLOFF ONE VANDERBILT AVE, 67TH FLOOR NEW YORK NY 10017 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO TRIPLEPOINT) ATTN: DARREN AZMAN ONE VANDERBILT AVENUE NEW YORK NY 10017-3852 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO TRIPLEPOINT) ATTN: DAVID W. GIATTINO THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, 10TH FLOOR WILMINGTON DE 19801 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO TRIPLEPOINT) ATTN: JAKE JUMBECK 444 WEST LAKE STREET, SUITE 4000 CHICAGO IL 60606-0029 |
| MCDERMOTT WILL & EMERY LLP | COUNSEL TO DIP LENDER (TRIPLEPOINT) ATTN GARY ROSENBAUM 2049 CENTURY PARK EAST, 32TH FLOOR LOS ANGELES CA 90067 |
| MCDONALD HOPKINS LLC | (COUNSEL TO TERRAMAR CAPITAL LLC, MEDPHARMACA HOLDINGS, INC., AND THEIR AFFILIATES ATTN: MICHAEL J. KACZKA 600 SUPERIOR AVENUE, EAST; SUITE 2100 CLEVELAND OH 44114 |
| MCDONALD HOPKINS LLC | (COUNSEL TO TERRAMAR CAPITAL LLC, MEDPHARMACA HOLDINGS, INC., AND THEIR AFFILIATES) ATTN: MARC J. CARMEL 300 NORTH LASALLE STREET, SUITE 1400 CHICAGO IL 60654 |
| MEDPHARMACA HOLDINGS, INC. | ATTN: JOSH PHILLIPS 11812 SAN VICENTE BLVD, SUITE 1400 LOS ANGELES CA 90049 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | ATTN SAMUEL EFFRON ONE FINANCIAL CENTER BOSTON MA 02111 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | ATTN SAMUEL EFFRON PO BOX 4539 BOSTON MA 02212-4539 |
| MONZACK MERSKY AND BROWDER, P.A. | (COUNSEL TO WASTE MANAGEMENT) ATTN: RACHEL B. MERSKY 1201 N. ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORGAN LEWIS & BOCKIUS LLP | ATTN TATIANA SAVIN ONE FEDERAL STREET BOSTON MA 02110 |
| MORRISON & FOERSTER LLP | COUNSEL TO SILICON VALLEY BANK ATTN SETH J. KLEINMAN & MIRANDA K. RUSSELL 250 WEST 55TH STREET NEW YORK NY 10019-9601 |
| MORRISON & FOERSTER LLP | (COUNSEL TO SILICON VALLEY BANK) ATTN: ALEXANDER G. RHEAUME 200 CLARENDON STREET, FLOOR 21 BOSTON MA 02116 |
| NATURAL FACTORS | ATTN ESTELA ALCARAZ 14224 167TH AVE. SE MONROE WA 98272-2810 |
| NESTLE USA, INC. | ATTN: CRAIG LYDIGSEN 30500 BAINBRIDGE RD SOLON OH 44139 |
| NEW CHAPTER | ATTN JOANNE SCOTT 90 TECHNOLOGY DR BRATTLEBORO VT 05301 |
| NEW CHAPTER | ATTN JOANNE SCOTT PO BOX 6055 BRATTLEBORO VT 05302-6055 |
| NEW YORK CITY HEALTH AND | HOSPITAL (2220); C/O RXSTRATEGIES ATTN CASEY MCLENNAN 1900 GLADES ROAD BOCA RATON FL 33431 |
| NORDIC NATURALS | ATTN JEANNIE DURKSEN PO BOX 45845 SAN FRANCISCO CA 94145-0845 |
| NORDIC NATURALS | ATTN JEANNIE DURKSEN 111 JENNINGS DR WATSONVILLE CA 95076 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA CASEY 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 |
| OFFIT KURMAN, P.A. | (COUNSEL TO LELAND M. FORD ASSOCIATES, LP) ATTN: PAUL J. WINTERHALTER 401 PLYMOUTH ROAD, STE 10 PLYMOUTH MEETING PA 19462 |
| OFFIT KURMAN, P.A. | (COUNSEL TO LELAND M. FORD & ASSOCIATES, LP) ATTN: BRIAN J. MCLAUGHLIN 222 DELAWARE AVE, STE 1105 WILMINGTON DE 19801 |
| PORZIO, BROMBERG & NEWMAN, P.C. | (PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: WARREN J. MARTIN, JR.; ROBERT M. SCHECHTER; KELLY D. CURTIN & DAVID E. SKLAR 100 SOUTHGATE PARKWAY PO BOX 1997 MORRISTOWN NJ 07962 |
| PORZIO, BROMBERG & NEWMAN, P.C. | (PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: CHERYL |

| Claim Name | Address Information |
|---|---|
| PORZIO, BROMBERG & NEWMAN, P.C. | A. SANTANIELLO 300 DELAWARE AVE, STE 1220 WILMINGTON DE 19801 |
| PURE ENCAPSULATION | ATTN JESSICA COLBERT 112 TECHNOLOGY DRIVE PITTSBURGH PA 15275 |
| SEQIRUS | ATTN SARA FLUBACHER 25 DEFOREST AVE SUMMIT NJ 07901-2140 |
| SEQIRUS | ATTN SARA FLUBACHER PO BOX 745986 ATLANTA GA 30374 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH 2005 NORTH CENTRAL AVENUE PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE 323 CENTER ST, STE 200 LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 I ST, STE 1740 SACRAMENTO CA 95814-2919 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG 165 CAPITOL AVENUE HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA 425 QUEEN ST HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: TOM MILLER HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY 1885 N THIRD ST BATON ROUGE LA 70802 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY PO BOX 94005 BATON ROUGE LA 70804 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL G. MENNEN WILLIAMS BLDG, 7TH FL 525 W OTTAWA ST – PO BOX 30212 LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT SUPREME CT BLDG, 207 W HIGH ST PO BOX 899 JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59620-1401 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON 2115 STATE CAPITOL PO BOX 98920 LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST, NE SALEM OR 97301-4096 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |

| Claim Name | Address Information |
|---|---|
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA 150 S MAIN ST PROVIDENCE RI 02903 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK VARGO 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES 350 N STATE ST, STE 230 SALT LAKE CITY UT 84114-2320 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES PO BOX 142320 SALT LAKE CITY UT 84114-2320 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R. YOUNG 109 STATE ST MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST - PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL KENDRICK BUILDING 2320 CAPITOL AVE CHEYENNE WY 82002 |
| SUN RIVER HEALTH | ATTN DORA BADICS 1037 MAIN ST. PEEKSKILL NY 10566 |
| SUN RIVER HEALTH | ATTN: JAMES SINKOFF 1200 BROWN ST PEEKSKILL NY 10566 |
| THORNE RESEARCH INC | ATTN SHELLI VAUGHN 620 OMNI INDUSTRIAL BLVD SUMMERVILLE SC 29486 |
| TRIPLEPOINT VENTURE GROWTH BDC CORP. | ATTN: JIM LABE, IAN SCHWORER & MICHAEL STANDLEE 2755 SAND HILL ROAD MENLO PARK CA 94025 |
| UNIWEB INC. | ATTN MARIE DARE 222 S PROMENADE AVE CORONA CA 92879 |
| UNIWEB, INC. | ATTN: DENISE SAVARIA 222 S. PROMENADE AVE CORONA CA 92879 |
| WORKDAY INC | ATTN SESLIE SISNEROS PO BOX 886106 LOS ANGELES CA 90088 |
| WORKDAY INC | ATTN SESLIE SISNEROS 6110 STONERIDGE MALL PLEASANTON CA 94588 |
| WORKDAY INC. | ATTN: ALEXANDER ROBINSON 6110 STONERIDGE MALL RD PLEASANTON CA 94588 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO TERRAMAR CAPITAL LLC, MEDPHARMACA HOLDINGS, INC., AND THEIR AFFILIATES) ATTN: ANDREW L. MAGAZINER & S. ALEXANDER FARIS RODNEY SQUARE; 1000 NORTH KING STREET WILMINGTON DE 19801 |
| ZENDESK, INC | ATTN BELEN MARTINEZ 989 MARKET ST. SAN FRANCISCO CA 94103 |
| ZS ASSOCIATES, INC. | ATTN PETER MANOOGIAN 1560 SHERMAN AVENUE ONE ROTARY CENTER EVANSTON IL 60201 |
| ZUFALL HEALTH CENTER INC. | 18 W BLACKWELL ST DOVER NJ 07801 |

**Total Creditor count 136**