# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket Nos. 151, 154 & 157** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2023, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Hearing on January 6, 2023, at 3:00 p.m. (Prevailing Eastern Time) Before the Honorable Karen B. Owens," dated January 4, 2023 [Docket No. 151], (the "Agenda"),

   b. "Notice of Withdrawal of Debtors' Second Omnibus Rejection Motion Solely as to Papyrus," filed on January 4, 2023 [Docket No. 154], (the "Notice of Withdrawal"), and

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

  c. "Supplemental Declaration of Laura Davis Jones in Support of Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date," dated January 4, 2023 [Docket No. 157], (the "Declaration"),

by causing true and correct copies of the:

  i. Agenda, Notice of Withdrawal, and Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

  ii. Notice of Withdrawal to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Papyrus, American Greetings Corp, One American Boulevard, Cleveland, OH 44145*, and

  iii. Agenda, Notice of Withdrawal, and Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                  */s/ Diane Streany*
                  Diane Streany

Sworn to before me this
5th day of January, 2023
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CARDINAL HEALTH | ATTN ERIN GAPINSKI 7000 CARDINAL PLACE DUBLIN OH 43017 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: TOM MILLER HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK VARGO 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST – PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL KENDRICK BUILDING 2320 CAPITOL AVE CHEYENNE WY 82002 |
| ZUFALL HEALTH CENTER INC. | 18 W BLACKWELL ST DOVER NJ 07801 |

**Total Creditor count  28**

**EXHIBIT B**

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| ANDA INC | ATTN DAVID SWANSON | david.swanson@andanet.com |
| ANRO INC. | | jeanne.detwiler@anro.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & STACY L. NEWMAN | gtaylor@ashbygeddes.com; snewman@ashbygeddes.com |
| AVTEX SOLUTIONS LLC | ATTN MICHELLE DOY | accounting@avtex.com; lweierke@avtex.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY LYONS & ADAM FLETCHER | jjlyons@bakerlaw.com; afletcher@bakerlaw.com |
| BALLARD SPAHR | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN | branchd@ballardspahr.com zarnighiann@ballardspahr.com |
| BALLARD SPAHR | ATTN: LESLIE C. HEILMAN, LAUREL D.ROGLEN, MARGARET A. VESPER | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| BINDER & MALTER, LLP | ATTN: JULIE H. ROME-BANKS | julie@bindermalter.com |
| BRIGHTPOINT HEALTH | ATTN DORA BADICS | dbadics@rxstrategies.com |
| BUCHALTER | ATTN: JEFFREY GARFINKLE | jgarfinkle@buchalter.com |
| CARDINAL HEALTH 110, LLC | ATTN TODD BELL | jtodd.bell@cardinalhealth.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A ZUBER & TERRY JANE FREEDMAN | szuber@csglaw.com; tfreedman@csglaw.com |
| CURASCRIPT SD | ATTN LUISA OLAN | lolan2@curascript.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE | oag@dc.gov |
| DR. HAUSCHKA SKIN CARE | ATTN KATE MARTIN | katem@drhauschka.com |
| FOX ROTHSCHILD LLP | ATTN: MICHAEL G. MENKOWITZ | mmenkowitz@foxrothschild.com |
| FOX ROTHSCHILD LLP | ATTN: SETH A. NIEDERMAN | sniederman@foxrothschild.com |
| FUNGI PERFECTI, LLC | ATTN KAY BRIGGS | kay.b@fungi.com |
| GAIA HERBS INC | ATTN MISTY A. WORLEY | maw@gaiaherbs.com |
| GARDEN OF LIFE | ATTN GERTRUDE MORROW | gmorrow@gardenoflife.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| HILLER LAW, LLC | ATTN: ADAM HILLER | ahiller@adamhillerlaw.com |
| HUDSON RIVER HEALTHCARE | DORA BADICS | dbadics@rxstrategies.com |
| IMPACT TECH, INC | ATTN ERIK JACOBSEN | erik.jacobsen@impact.com |
| JA CARPENTRY INC | ATTN JIM AGRESTA | jim@jacbuild.com |
| JARROW FORMULAS | | monira@vytalogy.com |
| KASEN & KASEN, P.C. | ATTN JENNY R KASEN | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINKEDIN | ATTN FRANCIS VALDERAMA | fvalderama@linkedin.com |
| MCDERMOTT WILL & EMERY LLP | ATTN GARY ROSENBAUM | grosenbaum@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN RILEY ORLOFF | rorloff@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | dazman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: JAKE JUMBECK | jjumbeck@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID W. GIATTINO | dgiattino@mwe.com |
| MCDONALD HOPKINS LLC | ATTN: MICHAEL J. KACZKA | mkaczka@mcdonaldhopkins.com |
| MCDONALD HOPKINS LLC | ATTN: MARC J. CARMEL | mcarmel@mcdonaldhopkins.com |
| MEDPHARMACA HOLDINGS, INC. | ATTN JOSH PHILLIPS | jphillips@terramarcapital.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | ATTN SAMUEL EFFRON | lmmoldawer@mintz.com |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MORGAN LEWIS & BOCKIUS LLP | ATTN TATIANA SAVIN | tatiana.savin@morganlewis.com |
| MORRISON FOERSTER | ATTN A. RHEAUME | arheaume@mofo.com |
| MORRISON FOERSTER | ATTN SETH KLEINMAN, M.RUSSELL | skleinman@mofo.com; mrussell@mofo.com |
| NATURAL FACTORS | ATTN ESTELA ALCARAZ | ealcaraz@factorsgroup.com |
| NESTLE USA, INC. | ATTN CRAIG LYDIGSEN | craig.lydigsen@us.nestle.com |
| NEW CHAPTER | ATTN JOANNE SCOTT | jscott@new-chapter.com |

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| NEW YORK CITY HEALTH AND HOSPITAL (2220) | ATTN CASEY MCLENNAN | cmclennan@rxstrategies.com |
| NORDIC NATURALS | ATTN JEANNIE DURKSEN | jdurksen@nordic.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA CASEY | ustrustee.program@usdoj.gov; linda.casey@usdoj.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER | pwinterhalter@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MARY F. CALOWAY | mcaloway@pszjlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: CHERYL A. SANTANIELLO | casantaniello@pbnlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN, JR. ROBERT M. SCHECHTER KELLY D. CURTIN DAVID E. SKLAR | wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; kdcurtin@pbnlaw.com; desklar@pbnlaw.com |
| PURE ENCAPSULATION | ATTN JESSICA COLBERT | jcolbert@atrium-innovations.com |
| SEQIRUS | ATTN SARA FLUBACHER | sara.flubacher@seqirus.com |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | media@nmag.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE | oag@arkansasag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA | agelectronicservice@doj.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@state.de.us |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN | agwasden@ag.idaho.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON | ago.info.help@nebraska.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | agocares@ohioago.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR | questions@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R. YOUNG | ago.info@vermont.gov |
| SUN RIVER HEALTH | ATTN DORA BADICS & JAMES SINKOFF | dbadics@rxstrategies.com; nlatman@sunriver.org |
| THORNE RESEARCH INC | ATTN SHELLI VAUGHN | svaughn@thorne.com |
| TRIPLEPOINT VENTURE GROWTH BDC CORP | ATTN JIM LABE, IAN SCHWORER & MICHAEL STANDLEE | jlabe@triplepointcapital.com; ischworer@triplepointcapital.com; mstandlee@triplepointcapital.com |
| UNIWEB INC. | ATTN MARIE DARE & DENISE SAVARIA | mdare@uniwebinc.com; dsavaria@uniwebinc.com |

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| WORKDAY INC | ATTN SESLIE SISNEROS & ALEXANDER ROBINSON | seslie.sisneros@workday.com; accounts.receivable@workday.com; alexander.robinson@workday.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L. MAGAZINER & S. ALEXANDER FARIS | amagaziner@ycst.com; afaris@ycst.com |
| ZENDESK, INC | ATTN BELEN MARTINEZ | belen.martinez@zendesk.com |
| ZS ASSOCIATES, INC. | ATTN PETER MANOOGIAN | peter.manoogian@zs.com |

**TOTAL: 111**