# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To: Timothy P. Cairns**
**Pachulski Stang Young & Jones LLP**
**919 N. Market Street**
**17th Floor**
**Wilmington, DE 1980**

**RE:** *Medly Health, Inc. 22–11257 KBO*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above–mentioned case is to be scheduled on **February 6, 2023** at **1:00PM**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before January 16, 2023 and file the Notice and Certificate of Service with the Court no later than January 23, 2023.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281–1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 1/9/23

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN–472)

United States Bankruptcy Court
District of Delaware

In re:                                                                                          Case No. 22-11257-KBO

Medly Health Inc.                                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                      Page 1 of 5
Date Rcvd: Jan 09, 2023                   Form ID: van472                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

**Recip ID              Recipient Name and Address**
db                      +  Medly Health Inc., 31 Debevoise Street, Brooklyn, NY 11206-4196

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Hiller | on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com |
| Alexander Gary Rheaume | on behalf of Interested Party Silicon Valley Bank arheaume@mofo.com |
| Andrew L Magaziner | on behalf of Interested Party TerraMar Capital LLC  MedPharmaca Holdings, Inc., and their affiliates bankfilings@ycst.com |
| Anthony J. D'Artiglio | on behalf of Creditor 40 West Main Street LLC ajd@ansellgrimm.com  carols@ansellgrimm.com |
| Brian J. McLaughlin | on behalf of Creditor Leland M. Ford & Associates  L.P. brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |
| Cheryl Ann Santaniello | |

on behalf of Creditor Committee Official Committee of Unsecured Creditors casantaniello@pbnlaw.com
nvfuentes@pbnlaw.com;mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;JMOConnor@pbnlaw.com

David R. Hurst

on behalf of Interested Party TriplePoint Private Venture Credit Inc. dhurst@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com

David R. Hurst

on behalf of Interested Party TriplePoint Capital LLC dhurst@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com

David R. Hurst

on behalf of Interested Party TriplePoint Venture Growth BDC Corp. dhurst@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com

David William Giattino

on behalf of Interested Party TriplePoint Capital LLC dgiattino@mwe.com  cgreer@mwe.com

David William Giattino

on behalf of Interested Party TriplePoint Private Venture Credit Inc. dgiattino@mwe.com  cgreer@mwe.com

David William Giattino

on behalf of Interested Party TriplePoint Venture Growth BDC Corp. dgiattino@mwe.com  cgreer@mwe.com

Don Stecker

on behalf of Creditor Bexar County don.stecker@lgbs.com

Dustin Parker Branch

on behalf of Creditor Bel Aire Plaza  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Deutsche Asset & Wealth Management branchd@ballardspahr.com
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

Epiq Corporate Restructuring, LLC

danette.gerth@epiqglobal.com

Gregory A. Taylor

on behalf of Interested Party Silicon Valley Bank gtaylor@ashbygeddes.com
ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Jason Custer Powell

on behalf of Creditor Anda  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jeffrey Garfinkle

on behalf of Creditor MCKESSON CORPORATION jgarfinkle@buchalter.com
jbelmont@buchalter.com;docket@buchalter.com

Jeffrey James Lyons

on behalf of Creditor Papyrus-Recycled Greetings  Inc. jjlyons@bakerlaw.com, tmcguckin@bakerlaw.com

Jenny Kasen

on behalf of Creditor Stat Advisors LLC jkasen@kasenlaw.com

Joshua S. Bauchner

on behalf of Creditor 40 West Main Street LLC jb@ansellgrimm.com  courtfilings@ansellgrimm.com

Kelly D. Curtin

on behalf of Creditor Committee Official Committee of Unsecured Creditors kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Laura Davis Jones

on behalf of Debtor Medly Enterprise LLC ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor Medly Pharmacy PA Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor Medly Bronx Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor Medly DC Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor Grubbs Care Pharmacy NW Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor Medly Chicago Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor Medly Queens Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Dallas Inc. ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Utah Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly UCHC Pharmacy Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Mail Service Pharmacy LLC ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Health Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Tango340B LLC ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Raleigh Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Atlanta Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Pittsburgh Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Jersey City Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor RPH Innovations LLC ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Houston Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Marg Pharmacy Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Pharmaca Integrative Pharmacy Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Stamford Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Khora Health Solutions Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly San Antonio Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Baltimore Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Bedford Ave Pharmacy Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Bristol Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor West Campbell Pharmacy Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Orlando Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Pharmacy Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Grand Central Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Tampa Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Care Well Pharmacy Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
                    on behalf of Debtor Medly Miami Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laurel D. Roglen
                    on behalf of Creditor Bel Aire Plaza  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Deutsche Asset & Wealth Management roglenl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Bel Aire Plaza LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com carbonej@ballardspahr.com

Linda J. Casey
    on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov

Marc J. Carmel
    on behalf of Interested Party TerraMar Capital LLC MedPharmaca Holdings, Inc., and their affiliates mcarmel@mcdonaldhopkins.com

Margaret A. Vesper
    on behalf of Creditor Deutsche Asset & Wealth Management vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Bel Aire Plaza LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Seqirus USA Inc. vesperm@ballardspahr.com

Mary F. Caloway
    on behalf of Debtor RPH Innovations LLC mcaloway@pszjlaw.com

Mary F. Caloway
    on behalf of Debtor Medly Health Inc. mcaloway@pszjlaw.com

Mary F. Caloway
    on behalf of Debtor Khora Health Solutions Inc. mcaloway@pszjlaw.com

Maxim B. Litvak
    on behalf of Debtor Medly Health Inc. mlitvak@pszjlaw.com

Michael G. Busenkell
    on behalf of Creditor Renault & Handley Oakmead Solar Joint Venture LP mbusenkell@gsbblaw.com

Michael G. Menkowitz
    on behalf of Attorney 1222-24 Walnut Associates LP mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Michael J. Kaczka
    on behalf of Interested Party TerraMar Capital LLC MedPharmaca Holdings, Inc., and their affiliates mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Paul J. Winterhalter
    on behalf of Creditor Leland M. Ford & Associates L.P. pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Rachel B. Mersky
    on behalf of Creditor Waste Management rmersky@monlaw.com

Robert M. Schechter
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;nvfuentes@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

S. Alexander Faris
    on behalf of Interested Party TerraMar Capital LLC MedPharmaca Holdings, Inc., and their affiliates bankfilings@ycst.com

Scott Zuber
    on behalf of Creditor Cardinal Health szuber@csglaw.com

Seth A. Niederman
    on behalf of Attorney 1222-24 Walnut Associates LP sniederman@foxrothschild.com, msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com

Stacy L. Newman
    on behalf of Interested Party Silicon Valley Bank snewman@ashby-geddes.com ahrycak@ashbygeddes.com

Tara L. Grundemeier
    on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Terri Jane Freedman
    on behalf of Creditor Cardinal Health tfreemen@csglaw.com

Timothy P. Cairns
    on behalf of Debtor Medly Health Inc. tcairns@pszjlaw.com

Tobey M. Daluz
    on behalf of Creditor Seqirus USA Inc. daluzt@ballardspahr.com ambroses@ballardspahr.com

District/off: 0311-1                    User: admin                                    Page 5 of 5
Date Rcvd: Jan 09, 2023              Form ID: van472                          Total Noticed: 1

U.S. Trustee
                            USTPRegion03.WL.ECF@USDOJ.GOV


TOTAL: 85