# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket Nos. 162-163** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2023, I caused to be served the:

   a. "Debtors' Motion for Leave to File a Late Reply in Support of DIP Financing Motion," dated January 5, 2023 [Docket No. 162], and

   b. "Notice of Filing of Proposed Final DIP Financing Order," dated January 5, 2023 [Docket No. 163],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

      ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Diane Streany*</u>
Diane Streany

Sworn to before me this
6th day of January, 2023
<u>*/s/ Panagiota Manatakis*</u>
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CARDINAL HEALTH | ATTN ERIN GAPINSKI 7000 CARDINAL PLACE DUBLIN OH 43017 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: TOM MILLER HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK VARGO 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST - PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL KENDRICK BUILDING 2320 CAPITOL AVE CHEYENNE WY 82002 |
| ZUFALL HEALTH CENTER INC. | 18 W BLACKWELL ST DOVER NJ 07801 |

**Total Creditor count  28**

| Claim Name | Address Information |
|---|---|
| J.P. MORGAN | KARINA CLAUDIO, EXECUTIVE DIRECTOR HEALTHCARE SERVICES 383 MADISON AVENUE, FL. 22 NEW YORK NY 10179 |
| SILICON VALLEY BANK | JUSTIN MAUCH, MANAGING DIRECTOR ADVISORY SERVICES 1437 7TH STREET, SUITE 300 SANTA MONICA CA 90401 |
| WELLS FARGO COMMERCIAL BANKING | MAISIE ROBERTS, VICE PRESIDENT COMMERCIAL RELATIONSHIP MANAGER 1242 PEARL ST. BOULDER CO 80302 |

**Total Creditor count  3**

**EXHIBIT B**

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| ANDA INC | ATTN DAVID SWANSON | david.swanson@andanet.com |
| ANRO INC. | | jeanne.detwiler@anro.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & STACY L. NEWMAN | gtaylor@ashbygeddes.com; snewman@ashbygeddes.com |
| AVTEX SOLUTIONS LLC | ATTN MICHELLE DOY | accounting@avtex.com; lweierke@avtex.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY LYONS & ADAM FLETCHER | jjlyons@bakerlaw.com; afletcher@bakerlaw.com |
| BALLARD SPAHR | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BALLARD SPAHR | ATTN: LESLIE C. HEILMAN, LAUREL D.ROGLEN, MARGARET A. VESPER | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| BINDER & MALTER, LLP | ATTN: JULIE H. ROME-BANKS | julie@bindermalter.com |
| BRIGHTPOINT HEALTH | ATTN DORA BADICS | dbadics@rxstrategies.com |
| BUCHALTER | ATTN: JEFFREY GARFINKLE | jgarfinkle@buchalter.com |
| CARDINAL HEALTH 110, LLC | ATTN TODD BELL | jtodd.bell@cardinalhealth.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A ZUBER & TERRY JANE FREEDMAN | szuber@csglaw.com; tfreedman@csglaw.com |
| CURASCRIPT SD | ATTN LUISA OLAN | lolan2@curascript.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE | oag@dc.gov |
| DR. HAUSCHKA SKIN CARE | ATTN KATE MARTIN | katem@drhauschka.com |
| FOX ROTHSCHILD LLP | ATTN: MICHAEL G. MENKOWITZ | mmenkowitz@foxrothschild.com |
| FOX ROTHSCHILD LLP | ATTN: SETH A. NIEDERMAN | sniederman@foxrothschild.com |
| FUNGI PERFECTI, LLC | ATTN KAY BRIGGS | kay.b@fungi.com |
| GAIA HERBS INC | ATTN MISTY A. WORLEY | maw@gaiaherbs.com |
| GARDEN OF LIFE | ATTN GERTRUDE MORROW | gmorrow@gardenoflife.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| HILLER LAW, LLC | ATTN: ADAM HILLER | ahiller@adamhillerlaw.com |
| HUDSON RIVER HEALTHCARE | DORA BADICS | dbadics@rxstrategies.com |
| IMPACT TECH, INC | ATTN ERIK JACOBSEN | erik.jacobsen@impact.com |
| JA CARPENTRY INC | ATTN JIM AGRESTA | jim@jacbuild.com |
| JARROW FORMULAS | | monira@vytalogy.com |
| KASEN & KASEN, P.C. | ATTN JENNY R KASEN | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINKEDIN | ATTN FRANCIS VALDERAMA | fvalderama@linkedin.com |
| MCDERMOTT WILL & EMERY LLP | ATTN GARY ROSENBAUM | grosenbaum@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN RILEY ORLOFF | rorloff@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | dazman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: JAKE JUMBECK | jjumbeck@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID W. GIATTINO | dgiattino@mwe.com |
| MCDONALD HOPKINS LLC | ATTN: MICHAEL J. KACZKA | mkaczka@mcdonaldhopkins.com |
| MCDONALD HOPKINS LLC | ATTN: MARC J. CARMEL | mcarmel@mcdonaldhopkins.com |
| MEDPHARMACA HOLDINGS, INC. | ATTN JOSH PHILLIPS | jphillips@terramarcapital.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | ATTN SAMUEL EFFRON | lmmoldawer@mintz.com |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MORGAN LEWIS & BOCKIUS LLP | ATTN TATIANA SAVIN | tatiana.savin@morganlewis.com |
| MORRISON FOERSTER | ATTN A. RHEAUME | arheaume@mofo.com |
| MORRISON FOERSTER | ATTN SETH KLEINMAN, M.RUSSELL | skleinman@mofo.com; mrussell@mofo.com |
| NATURAL FACTORS | ATTN ESTELA ALCARAZ | ealcaraz@factorsgroup.com |
| NESTLE USA, INC. | ATTN CRAIG LYDIGSEN | craig.lydigsen@us.nestle.com |
| NEW CHAPTER | ATTN JOANNE SCOTT | jscott@new-chapter.com |

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| NEW YORK CITY HEALTH AND HOSPITAL (2220) | ATTN CASEY MCLENNAN | cmclennan@rxstrategies.com |
| NORDIC NATURALS | ATTN JEANNIE DURKSEN | jdurksen@nordic.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA CASEY | ustrustee.program@usdoj.gov; linda.casey@usdoj.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER | pwinterhalter@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MARY F. CALOWAY | mcaloway@pszjlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: CHERYL A. SANTANIELLO | casantaniello@pbnlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN, JR. ROBERT M. SCHECHTER KELLY D. CURTIN DAVID E. SKLAR | wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; kdcurtin@pbnlaw.com; desklar@pbnlaw.com |
| PURE ENCAPSULATION | ATTN JESSICA COLBERT | jcolbert@atrium-innovations.com |
| SEQIRUS | ATTN SARA FLUBACHER | sara.flubacher@seqirus.com |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | media@nmag.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE | oag@arkansasag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA | agelectronicservice@doj.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@state.de.us |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN | agwasden@ag.idaho.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON | ago.info.help@nebraska.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | agocares@ohioago.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR | questions@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R. YOUNG | ago.info@vermont.gov |
| SUN RIVER HEALTH | ATTN DORA BADICS & JAMES SINKOFF | dbadics@rxstrategies.com; nlatman@sunriver.org |
| THORNE RESEARCH INC | ATTN SHELLI VAUGHN | svaughn@thorne.com |
| TRIPLEPOINT VENTURE GROWTH BDC CORP | ATTN JIM LABE, IAN SCHWORER & MICHAEL STANDLEE | jlabe@triplepointcapital.com; ischworer@triplepointcapital.com; mstandlee@triplepointcapital.com |
| UNIWEB INC. | ATTN MARIE DARE & DENISE SAVARIA | mdare@uniwebinc.com; dsavaria@uniwebinc.com |

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| WORKDAY INC | ATTN SESLIE SISNEROS & ALEXANDER ROBINSON | seslie.sisneros@workday.com; accounts.receivable@workday.com; alexander.robinson@workday.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L. MAGAZINER & S. ALEXANDER FARIS | amagaziner@ycst.com; afaris@ycst.com |
| ZENDESK, INC | ATTN BELEN MARTINEZ | belen.martinez@zendesk.com |
| ZS ASSOCIATES, INC. | ATTN PETER MANOOGIAN | peter.manoogian@zs.com |

**TOTAL: 111**

MEDLY HEALTH INC.
CASE NO. 22-11257
Banks Email List

| NAME | EMAIL |
|---|---|
| J.P. MORGAN | KARINA.CLAUDIO@JPMORGAN.COM |
| SILICON VALLEY BANK | JMAUCH@SVB.COM |
| WELLS FARGO COMMERCIAL BANKING | MAISIE.J.ROBERTS@WELLSFARGO.COM |