## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 177** |
| | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

DIANE STREANY, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 6, 2023, I caused to be served the "Amended Notice of Agenda of Matters Scheduled for Hearing on January 6, 2023 at 3:00 p.m. (Prevailing Eastern Time) Before the Honorable Karen B. Owens," dated January 6, 2023 [Docket No. 177], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

    */s/ Diane Streany*
    Diane Streany

Sworn to before me this
12th day of January, 2023
*/s/ Panagiota Manatakis*

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

**EXHIBIT A**

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| ANDA INC | ATTN DAVID SWANSON | david.swanson@andanet.com |
| ANRO INC. | | jeanne.detwiler@anro.com |
| ANSELL GRIMM & AARON, PC | ATTN: ANTHONY J. D'ARTIGLIO | ajd@ansellgrimm.com |
| ANSELL GRIMM & AARON, PC | ATTN: JOSHUA S. BAUCHNER | jb@ansellgrimm.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & STACY L. NEWMAN | gtaylor@ashbygeddes.com; snewman@ashbygeddes.com |
| AVTEX SOLUTIONS LLC | ATTN MICHELLE DOY | accounting@avtex.com; lweierke@avtex.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY LYONS &  ADAM FLETCHER | jjlyons@bakerlaw.com; afletcher@bakerlaw.com |
| BALLARD SPAHR | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN | branchd@ballardspahr.com zarnighiann@ballardspahr.com |
| BALLARD SPAHR | ATTN: LESLIE C. HEILMAN, LAUREL D.ROGLEN, MARGARET A. VESPER | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| BINDER & MALTER, LLP | ATTN: JULIE H. ROME-BANKS | julie@bindermalter.com |
| BRIGHTPOINT HEALTH | ATTN DORA BADICS | dbadics@rxstrategies.com |
| BUCHALTER | ATTN: JEFFREY GARFINKLE | jgarfinkle@buchalter.com |
| CARDINAL HEALTH 110, LLC | ATTN TODD BELL | jtodd.bell@cardinalhealth.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A ZUBER & TERRY JANE FREEDMAN | szuber@csglaw.com; tfreedman@csglaw.com |
| CURASCRIPT SD | ATTN LUISA OLAN | lolan2@curascript.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE | oag@dc.gov |
| DR. HAUSCHKA SKIN CARE | ATTN KATE MARTIN | katem@drhauschka.com |
| FOX ROTHSCHILD LLP | ATTN: MICHAEL G. MENKOWITZ | mmenkowitz@foxrothschild.com |
| FOX ROTHSCHILD LLP | ATTN: SETH A. NIEDERMAN | sniederman@foxrothschild.com |
| FUNGI PERFECTI, LLC | ATTN KAY BRIGGS | kay.b@fungi.com |
| GAIA HERBS INC | ATTN MISTY A. WORLEY | maw@gaiaherbs.com |
| GARDEN OF LIFE | ATTN GERTRUDE MORROW | gmorrow@gardenoflife.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| HILLER LAW, LLC | ATTN: ADAM HILLER | ahiller@adamhillerlaw.com |
| HUDSON RIVER HEALTHCARE | DORA BADICS | dbadics@rxstrategies.com |
| IMPACT TECH, INC | ATTN ERIK JACOBSEN | erik.jacobsen@impact.com |
| JA CARPENTRY INC | ATTN JIM AGRESTA | jim@jacbuild.com |
| JARROW FORMULAS | | monira@vytalogy.com |
| KASEN & KASEN, P.C. | ATTN JENNY R KASEN | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINKEDIN | ATTN FRANCIS VALDERAMA | fvalderama@linkedin.com |
| MCDERMOTT WILL & EMERY LLP | ATTN GARY ROSENBAUM | grosenbaum@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN RILEY ORLOFF | rorloff@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | dazman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: JAKE JUMBECK | jjumbeck@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID W. GIATTINO | dgiattino@mwe.com |
| MCDONALD HOPKINS LLC | ATTN: MICHAEL J. KACZKA | mkaczka@mcdonaldhopkins.com |
| MCDONALD HOPKINS LLC | ATTN: MARC J. CARMEL | mcarmel@mcdonaldhopkins.com |
| MEDPHARMACA HOLDINGS, INC. | ATTN JOSH PHILLIPS | jphillips@terramarcapital.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | ATTN SAMUEL EFFRON | lmmoldawer@mintz.com |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MORGAN LEWIS & BOCKIUS LLP | ATTN TATIANA SAVIN | tatiana.savin@morganlewis.com |
| MORRISON FOERSTER | ATTN A. RHEAUME | arheaume@mofo.com |
| MORRISON FOERSTER | ATTN SETH KLEINMAN, M.RUSSELL | skleinman@mofo.com; mrussell@mofo.com |
| NATURAL FACTORS | ATTN ESTELA ALCARAZ | ealcaraz@factorsgroup.com |
| NESTLE USA, INC. | ATTN CRAIG LYDIGSEN | craig.lydigsen@us.nestle.com |

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|------|---------|-------|
| NEW CHAPTER | ATTN JOANNE SCOTT | jscott@new-chapter.com |
| NEW YORK CITY HEALTH AND HOSPITAL (2220) | ATTN CASEY MCLENNAN | cmclennan@rxstrategies.com |
| NORDIC NATURALS | ATTN JEANNIE DURKSEN | jdurksen@nordic.com |
| OFFICE OF THE UNITED STATES  TRUSTEE | ATTN: LINDA CASEY | ustrustee.program@usdoj.gov; linda.casey@usdoj.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER | pwinterhalter@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN:  MARY F. CALOWAY | mcaloway@pszjlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: CHERYL A. SANTANIELLO | casantaniello@pbnlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN, JR. ROBERT M. SCHECHTER KELLY D. CURTIN DAVID E. SKLAR | wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; kdcurtin@pbnlaw.com; desklar@pbnlaw.com |
| PURE ENCAPSULATION | ATTN JESSICA COLBERT | jcolbert@atrium-innovations.com |
| SEQIRUS | ATTN SARA FLUBACHER | sara.flubacher@seqirus.com |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | media@nmag.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE | oag@arkansasag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA | agelectronicservice@doj.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@state.de.us |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN | agwasden@ag.idaho.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON | ago.info.help@nebraska.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | agocares@ohioago.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR | questions@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R. YOUNG | ago.info@vermont.gov |
| SUN RIVER HEALTH | ATTN DORA BADICS & JAMES SINKOFF | dbadics@rxstrategies.com; nlatman@sunriver.com |
| THORNE RESEARCH INC | ATTN SHELLI VAUGHN | svaughn@thorne.com |
| TRIPLEPOINT VENTURE GROWTH BDC CORP | ATTN JIM LABE, IAN SCHWORER & MICHAEL STANDLEE | jlabe@triplepointcapital.com; ischworer@triplepointcapital.com; mstandlee@triplepointcapital.com |
| TURNSTONE LAW GROUP PLLC | ATTN: JASON E. WAX | jason@turnstonelawgroup.com |
| UNIWEB INC. | ATTN MARIE DARE & DENISE SAVARIA | mdare@uniwebinc.com; dsavaria@uniwebinc.com |

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| WORKDAY INC | ATTN SESLIE SISNEROS & ALEXANDER ROBINSON | seslie.sisneros@workday.com; accounts.receivable@workday.com; alexander.robinson@workday.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L. MAGAZINER & S. ALEXANDER FARIS | amagaziner@ycst.com; afaris@ycst.com |
| ZENDESK, INC | ATTN BELEN MARTINEZ | belen.martinez@zendesk.com |
| ZS ASSOCIATES, INC. | ATTN PETER MANOOGIAN | peter.manoogian@zs.com |

**TOTAL: 114**

MEDLY HEALTH INC., ET AL.
CASE NO. 22-11257
UCC Lien Email List

| NAME | EMAIL |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | melissa.martinez2@amerisourcebergen.com |
| ANDA INC | David.Swanson@andanet.com |
| APPLE FINANCIAL SERVICES | info.us@dllgroup.com |
| ASD SPECIALTY HEALTHCARE, LLC | service@asdhealthcare.com |
| DEXT CAPITAL, LLC | Anthony.Olivo@DextCapital.com |
| EIGHT ROADS VENTURES INDIA III LP | diya.nayar@eightroads.com |
| F-PRIME CAPITAL PARTNERS HEALTH | info@fprimecapital.com |
| GREYCROFT ACI EVOLUTION FUND I, L.P. GREYCROFT PARTNERS V, L.P. | info@greycroft.com |
| HTC GLOBAL SERVICES, INC. | contact@htcinc.com |
| IDAHO STATE TAX COMMISSION | taxrep@tax.idaho.gov |
| PAPYRUS-RECYCLED GREETINGS, INC. | customerservice@papyrusonline.com |
| PRYSM CAPITAL FUND 1, L.P. | contact@prysmcapital.com |
| SILICON VALLEY BANK | jmauch@svb.com |
| TRIPLEPOINT VENTURE GROWTH BDC CORP. | info@triplepointcapital.com |
| VOLITION CAPITAL FUND III, L.P. VOLITION CAPITAL SELECT FUND I, L.P. | INFO@VOLITIONCAPITAL.COM |

**EXHIBIT B**

**MEDLY HEALTH INC.**
**CASE NO. 22-11257**
**Core-Top 30 Fax List**

| NAME | FAX |
|---|---|
| ANDA INC | 855-297-0083 |
| ANRO INC. | 610-918-7173 |
| ASHBY & GEDDES, P.A. | 302-654-2067 |
| BAKER & HOSTETLER LLP | 215-568-3439 |
| BAKER & HOSTETLER LLP | 407-841-0168 |
| BALLARD SPAHR LLP | 302-252-4466 |
| BALLARD SPAHR LLP | 302-252-4466 |
| BALLARD SPAHR LLP | 424-204-4350 |
| BRIGHTPOINT HEALTH | 561-430-5822 |
| CHIESA SHAHINIAN & GIANTOMASI PC | 973-530-2152 |
| CURASCRIPT SD | 877-296-4926 |
| CURASCRIPT SD | 877-296-4926 |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | 202-347-8922 |
| DR. HAUSCHKA SKIN CARE | 413-247-0634 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| FOX ROTHSCHILD LLP | 215-299-2150 |
| FUNGI PERFECTI, LLC | 360-426-6584 |
| FUNGI PERFECTI, LLC | 360-426-6584 |
| GARDEN OF LIFE | 561-282-5005 |
| HUDSON RIVER HEALTHCARE | 561-430-5822 |
| JA CARPENTRY INC | 201-498-1478 |
| JARROW FORMULAS | 310- 204-6936  EXT. 0132 |
| JARROW FORMULAS | 310- 204-6936  EXT. 0132 |
| KASEN & KASEN | 856-424-7565 |
| KASEN & KASEN, P.C. | 856-424-7565 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 713-844-3503 |
| MCDERMOTT WILL & EMERY LLP | 310-277-4730 |
| MCDERMOTT WILL & EMERY LLP | 212-547-5444 |
| MCDERMOTT WILL & EMERY LLP | 212-547-5444 |
| MCDERMOTT WILL & EMERY LLP | 312-984-7700 |
| MCDERMOTT WILL & EMERY LLP | 302-351-8711 |
| MCDONALD HOPKINS LLC | 312-280-8232 |
| MCDONALD HOPKINS LLC | 216-348-5474 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | 212-983-3115 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | 212-983-3115 |
| MONZACK MERSKY AND BROWDER, P.A. | 302-656-2769 |
| MORGAN LEWIS & BOCKIUS LLP | 617-341-7701 |
| MORRISON & FOERSTER LLP | 212-468-7900 |
| MORRISON & FOERSTER LLP | 617-830-0142 |
| NATURAL FACTORS | 425-348-9050 |
| NEW CHAPTER | 800-470-0247 |
| NEW CHAPTER | 800-470-0247 |

**MEDLY HEALTH INC.**
**CASE NO. 22-11257**
**Core-Top 30 Fax List**

| | |
|---|---|
| NEW YORK CITY HEALTH AND | 561-416-2011 |
| NORDIC NATURALS | 800-976-4186 |
| NORDIC NATURALS | 800-976-4186 |
| OFFICE OF THE UNITED STATES ATTORNEY | 302-573-6220 |
| PACHULSKI STANG ZIELH & JONES LLP | 302-652-4400 |
| PORZIO, BROMBERG & NEWMAN, P.C. | 302-416-6064 |
| PORZIO, BROMBERG & NEWMAN, P.C. | 973-538-5146 |
| PURE ENCAPSULATION | 888-783-2277 |
| STATE OF ARIZONA ATTORNEY GENERAL | 602-542-4085 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | 916-323-5341 |
| STATE OF COLORADO ATTORNEY GENERAL | 720-508-6030 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | 860-808-5387 |
| STATE OF DELAWARE ATTORNEY GENERAL | 302-577-6630 |
| STATE OF FLORIDA ATTORNEY GENERAL | 850-487-2564 |
| STATE OF GEORGIA ATTORNEY GENERAL | 404-657-8733 |
| STATE OF HAWAII ATTORNEY GENERAL | 808-586-1239 |
| STATE OF IDAHO ATTORNEY GENERAL | 208-854-8071 |
| STATE OF INDIANA ATTORNEY GENERAL | 317-232-7979 |
| STATE OF IOWA ATTORNEY GENERAL | 515-281-4209 |
| STATE OF KENTUCKY ATTORNEY GENERAL | 502-564-2894 |
| STATE OF MICHIGAN ATTORNEY GENERAL | 517-335-7644 |
| STATE OF MISSOURI ATTORNEY GENERAL | 573-751-0774 |
| STATE OF MONTANA ATTORNEY GENERAL | 406-444-3549 |
| STATE OF NEBRASKA ATTORNEY GENERAL | 402-471-3297 |
| STATE OF NEVADA ATTORNEY GENERAL | 775-684-1108 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | 603-271-2110 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | 609-292-3508 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | 505-490-4883 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | 919-716-6750 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | 919-716-6750 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | 405-521-6246 |
| STATE OF OREGON ATTORNEY GENERAL | 503-378-4017 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | 717-787-8242 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | 401-222-1331 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | 605-773-4106 |
| STATE OF TENNESSEE ATTORNEY GENERAL | 615-741-2009 |
| STATE OF TEXAS ATTORNEY GENERAL | 512-475-2994 |
| STATE OF TEXAS ATTORNEY GENERAL | 512-475-2994 |
| STATE OF VIRGINIA ATTORNEY GENERAL | 703-277-3547 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | 304-558-0140 |
| STATE OF WISCONSIN ATTORNEY GENERAL | 608-267-2779 |
| STATE OF WYOMING ATTORNEY GENERAL | 307-777-3435 |
| SUN RIVER HEALTH | 561-430-5822 |
| THORNE RESEARCH INC | 800-747-1950 |

**MEDLY HEALTH INC.**
**CASE NO. 22-11257**
**Core-Top 30 Fax List**

| | |
|---|---|
| UNIWEB INC. | 951-279-7989 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 302-571-1253 |
| ZS ASSOCIATES, INC. | 212-808-3301 |
| ZUFALL HEALTH CENTER INC. | 973-328-9101 |