# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MEDLY HEALTH INC., et al.,[1] | Case No. 22-11257 (KBO) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF WITHDRAWAL OF COUNSEL (STACY L. NEWMAN)

Pursuant to Local Bankruptcy Rule 9010-2(b), please take notice that attorney Stacy L. Newman of Ashby & Geddes, P.A. ("Ashby & Geddes") hereby withdraws her appearance as counsel to Silicon Valley Bank ("SVB"). SVB will continue to be represented by Ashby & Geddes and Morrison & Foerster LLP. All future correspondence and filings in these cases and all related proceedings should continue to be directed to them.

Date: January 23, 2023
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Stacy L. Newman*
Gregory A. Taylor (DE Bar No. 4008)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder, CO 80301.

{01875150;v1 }

**MORRISON & FOERSTER LLP**
Alexander G. Rheaume
200 Clarendon Street, Floor 21
Boston, MA 02116
Tel: (617) 648-4700
Fax: (617) 830-0142

-and-

Seth J. Kleinman
Miranda K. Russell
250 West 55th Street
New York, NY 10019-9601
Tel: (212) 468-8000
Fax: (212) 468-7900