# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MEDLY HEALTH INC., *et al.*,[1] | Case No. 22-11257 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 300, 301, 302, 303, 304, 306, 311, 313, 314, 317** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, the following Notice of Perfection of Mechanics Liens were electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused to be served upon all parties listed in the attached **Exhibit A** via first class mail on January 27, 2023.

1. [Doc. 300] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.
2. [Doc. 301] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.
3. [Doc. 302] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.
4. [Doc. 303] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.
5. [Doc. 304] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.

I hereby certify that on January 18, 2023, the following documents were electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused to be served upon all parties listed in the attached **Exhibit A** via first class mail on January 27, 2023.

6. [Doc. 306] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.
7. [Doc. 311] Notice of Withdrawal of Notice of Perfection of Mechanics Lien (related document [302]). Filed by James Agresta Carpentry, Inc.
8. [Doc. 313] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.

9. [Doc. 314] Notice of Perfection of Mechanics Lien. Filed by James Agresta Carpentry, Inc.

I hereby certify that on January 19, 2023, the following Notice of Withdrawal of Notice of Perfection of Mechanics Liens was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused to be served upon all parties listed in the attached **Exhibit A** via first class mail on January 27, 2023.

10. [Doc. 317] Notice of Withdrawal of Notice of Perfection of Mechanics Lien (related document [303]). Filed by James Agresta Carpentry, Inc.

Date:   January 27, 2023       **Lewis Brisbois Bisgaard & Smith LLP**

*/s/ Rafael X. Zahralddin*
Rafael X. Zahralddin, Esq. (DE Bar ID 4166)
Kevin F. Shaw (DE Bar ID 6329)
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Tel: (302) 985-6004
Tel: (302) 295-9436
Rafael.Zahralddin@lewisbrisbois.com
Kevin.Shaw@lewisbrisbois.com

And

Sblend Sblendorio (Pro Hac Vice)
Hoge, Fenton, Jones, & Appel Inc.
6801 Koll Center Pkwy., Ste 210
Pleasanton, CA 94566
Tel: (925) 460-3365
sblend.sblendorio@hogefenton.com

Alexander H. Ramon (Pro Hac Vice)
Hoge, Fenton, Jones, & Appel Inc.
55 South Market St., Suite 900
San Jose, CA 95113
Telephone: (408) 947-2430
alex.ramon@hogefenton.com

*Attorneys for James Agresta Carpentry, Inc.*

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CARDINAL HEALTH | ATTN ERIN GAPINSKI | 7000 CARDINAL PLACE | | DUBLIN | OH | 43017 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL | PO BOX 300152 | | MONTGOMERY | AL | 36130-0152 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY | PL 01 THE CAPITOL | | TALLAHASSEE | FL | 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FL | INDIANAPOLIS | IN | 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN TOM MILLER | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | DES MOINES | IA | 50319 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON | 700 CAPITOL AVE, STE 118 | | FRANKFORT | KY | 40601-3449 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON | 445 MINNESOTA ST, STE 1400 | | ST. PAUL | MN | 55101-2131 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN AARON D FORD | 100 N CARSON ST | | CARSON CITY | NV | 89701 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN | RJ HUGHES JUSTICE COMPLEX | 25 MARKET ST - PO BOX 080 | TRENTON | NJ | 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN HECTOR BALDERAS | 408 GALISTEO ST | VILLAGRA BLDG | SANTA FE | NM | 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN | 9001 MAIL SERVICE CTR | | RALEIGH | NC | 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN | PO BOX 629 | | RALEIGH | NC | 27602-0629 |
| STATE OF OHIO | ATTN: ROBERT L. DOTY, ASST ATTY GENERAL | COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE | ONE GOVERNMENT CETNER, STE 1340 | TOLEDO | OH | 43604-2261 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN JOSH SHAPIRO | 16TH FL, STRAWBERRY SQ | | HARRISBURG | PA | 17120 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON | PO BOX 11549 | | COLUMBIA | SC | 29211-1549 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON | REMBERT C DENNIS OFFICE BLDG | 1000 ASSEMBLY ST, ROOM 519 | COLUMBIA | SC | 29201 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO | 1302 EAST HIGHWAY 14, STE 1 | | PIERRE | SD | 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN JONATHAN SKRMETTI | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON | PO BOX 12548 | | AUSTIN | TX | 78711-2548 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON | 300 W 15TH ST | | AUSTIN | TX | 78701 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN JASON MIYARES | 202 N NINTH ST | | RICHMOND | VA | 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON | PO BOX 40100 | | OLYMPIA | WA | 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN PATRICK MORRISEY | STATE CAPITOL COMPLEX | BLDG 1, ROOM E-26 | CHARLESTON | WV | 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL | WISCONSIN DEPARTMENT OF JUSTICE | 17 W MAIN ST - PO BOX 7857 | MADISON | WI | 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL | KENDRICK BUILDING | 2320 CAPITOL AVE | CHEYENNE | WY | 82002 |
| ZUFALL HEALTH CENTER INC | 18 W BLACKWELL ST | | | DOVER | NJ | 07801 |