RECEIVED

JAN 0 9 2023

LEGAL SERVICES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11

In re: MEDLY HEALTH INC

Case Number: 22-11257 KBO

Claim Number: 7 for $19,516.82

Filed: USBC - District of Delaware
Medley Health Inc., et al (COR)
22-11257 (KBO)

MHT

0000000003

DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue*.

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

By his duly authorized agent,

/s/ Belinda Ancion
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090 BOSTON, MA 02204-7090
(617) 626-3875



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE
COLLECTIONS BUREAU - BANKRUPTCY UNIT**

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MA 02204-7090
Phone: (617) 626-3875    Fax: (617) 626-3796

**In re: MEDLY HEALTH INC**

Chapter 11
Case Number: 22-11257
KBO

### CERTIFICATE OF SERVICE

I, Belinda Ancion, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

TIMOTHY P. CAIRNS
919 N. Market Street 17th Floor
Wilmington, DE 19801-0000

Chapter 11 Trustee
844 KING ST LB 35, Ste 2207
WILMINGTON, DE 19801

/s/ Belinda Ancion
MASSACHUSETTS DEPARTMENT OF REVENUE
01/05/2023

Massachusetts Department of Revenue
Operations Division
PO Box 7021
Boston, MA 02204

OPS-11   printed on recycled paper



RECEIVED
JAN 09 2023
LEGAL SERVICES

MEDLY HEALTH INC
C/O EPIQ CORP RESTRUCTURING LLC
CLAIMS PROCESSING CENTER
P O BOX 4420
BEAVERTON, OR 97076-4420

9707630420  B900