# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

Related to Docket Nos. 15, 312, 353
Sale Hearing Date: February 7, 2023 at 10:30 a.m. (Eastern Time)

## NOTICE OF FILING OF SUCCESSFUL BIDDER ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on January 18, 2023, the Bankruptcy Court entered the *Order (I) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of Debtors' Assets, (II) Scheduling Bid Deadlines and the Auction, (III) Approving Form and Manner of Notice Thereof, and (IV) Granted Related Relief,* [Docket No. 312] (the "Bidding Procedures Order")[2].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors conducted an auction for the sale of their assets (the "Assets") on February 3, 2023 and February 4, 2023 at 919 N. Market Street, 16th Floor, Wilmington, DE 19801 and by video conference to the live proceedings at this location.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bidding Procedures Order or the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on February 4, 2023 the Debtors filed the *Notice of Auction Results* [Docket No. 353] which identified Walgreen Co. as the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the *Asset Purchase Agreement* dated February 5, 2023 between the Debtors and the Successful Bidder (the "Successful Bidder APA").

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Successful Bidder APA at the hearing scheduled in these cases for **February 7, 2023 at 10:30 a.m. (prevailing Eastern Time)** (the "Sale Hearing") before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open Court on the date scheduled for the Sale Hearing or on the Court's docket.

| | |
|---|---|
| Dated: February 6, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | *Counsel for Debtors and Debtors in Possession* |