## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MEDLY HEALTH INC., *et al*.,[1] | ) ) | Case No. 22-11257 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket No. 343** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK    )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 2, 2023, I caused to be served the "Order: (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief," dated February 2, 2023 [Docket No. 343], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
7th day of February, 2023
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CARDINAL HEALTH | ATTN ERIN GAPINSKI 7000 CARDINAL PLACE DUBLIN OH 43017 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN TOM MILLER HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN AARON D FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON REMBERT C DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST - PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL KENDRICK BUILDING 2320 CAPITOL AVE CHEYENNE WY 82002 |
| ZUFALL HEALTH CENTER INC | 18 W BLACKWELL ST DOVER NJ 07801 |

**Total Creditor count  28**

| Claim Name | Address Information |
|---|---|
| 42ND & EAST MADISON, LLC | C/O AZOSE COMMERCIAL PROPERTIES 8451 SE 68TH ST., STE #200 MERCER ISLAND WA 98040 |
| ADAMS AND BERNHARD LLC | 12027 SAN VICENTE BLVD. LOS ANGELES CA 90049 |
| ATLAS UPTOWN-RETAIL LLC | 13 NW 23RD PLACE PORTLAND OR 97210 |
| BEL AIRE PLAZA LLC | 4020 BEL AIRE PLAZA NAPA CA 94558 |
| BROADWAY IDEAL MANAGEMENT | 2700 BROADWAY BOULDER CO 80302 |
| CHERRY HILLS MARKETPLACE | PRINCIPAL LIFE INSURANCE CO. PROPERTY 025410 PO BOX 310300 DES MOINES IA 50331-0300 |
| CORONADO CENTER STATION LLC | 530 W. CORDOVA RD. SUITE B SANTA FE NM 87505 |
| E.B.I. PROPERTIES | 1744 SOLANO AVE. BERKELEY CA 94707 |
| EDWARD STAHL | 54 NO. SANTA CRUZ AVE. LOS GATOS CA 95030 |
| LELAND M. FORD ASSOCIATES | 1117 ILLIF STREET PACIFIC PALISADES CA 90272 |
| LOWELL T. PATTON TRUST | PATTON FAMILY REVOCABLE TRUST 734 MONTANA SANTA MONICA CA 90403 |
| NELGROUP PROPERTIES LLC | 15840 REDMOND WAY REDMOND WA 98052 |
| PASEO PROPERTIES | 230 E. BLITHEDALE AVE. MILL VALLEY CA 94941 |
| PLAZA PASEO REAL ASSOCIATES LLC | 6985 EL CAMINO REAL CARLSBAD CA 92009 |
| RCB LION LLC | 7650 GIRARD AVE. SUITE 100 LA JOLLA CA 92037 |
| RENAULT & HANDLEY OAKMEAD SOLAR | JOINT VENTURE LP 625 ELLIS STREET, STE 101 MOUNTAIN VIEW CA 94043 |
| ROBERT S. DUER | TRUSTEE OF THE DUER FAMILY SURVIVORS TRUST A 303 W. NAPA STREET SONOMA CA 95476 |
| ROIC CALIFORNIA LLC | 7514 REDWOOD BLVD. SUITE 104 NOVATO CA 94945 |
| ROIC MONTEREY, LLC | 570 MUNRAS AVE. SUITE 10 MONTEREY CA 93940 |
| TABLE MESA SHOPPING CENTER LLC | 645 S. BROADWAY BOULDER CO 80305 |
| TEBO PARTNERSHIP LLLP | 7088 WINCHESTER CIRCLE BOULDER CO 80301 |
| TRADER JOE'S COMPANY | 5729 COLLEGE AVE. OAKLAND CA 94618 |
| WALLINGFORD CENTER LLP | 2001 WESTERN AVENUE, SUITE 330 SEATTLE WA 98121 |
| WALLINGFORD CENTER LLP | 2829 RUCKER AVE. EVERETT WA 98201 |

**Total Creditor count  24**

**EXHIBIT B**

MEDLY HEALTH INC. - CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| ANDA INC | ATTN DAVID SWANSON | david.swanson@andanet.com |
| ANRO INC. | | jeanne.detwiler@anro.com |
| ANSELL GRIMM & AARON, PC | ATTN: ANTHONY J. D'ARTIGLIO | ajd@ansellgrimm.com |
| ANSELL GRIMM & AARON, PC | ATTN: JOSHUA S. BAUCHNER | jb@ansellgrimm.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & STACY L. NEWMAN | gtaylor@ashbygeddes.com; snewman@ashbygeddes.com |
| AVTEX SOLUTIONS LLC | ATTN MICHELLE DOY | lweierke@avtex.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY LYONS & ADAM FLETCHER | jjlyons@bakerlaw.com; afletcher@bakerlaw.com |
| BALLARD SPAHR | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN | branchd@ballardspahr.com zarnighiann@ballardspahr.com |
| BALLARD SPAHR | ATTN: LESLIE C. HEILMAN, LAUREL D.ROGLEN, MARGARET A. VESPER | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| BALLARD SPAHR | ATTN: TOBY DALUZ | daluzt@ballardspahr.com |
| BINDER & MALTER, LLP | ATTN: JULIE H. ROME-BANKS | julie@bindermalter.com |
| BRIGHTPOINT HEALTH | ATTN DORA BADICS | dbadics@rxstrategies.com |
| BUCHALTER | ATTN: JEFFREY GARFINKLE | jgarfinkle@buchalter.com |
| BUSH KORNFELD LLP | ATTN: AIMEE S. WILLIG | awillig@bskd.com |
| CARDINAL HEALTH 110, LLC | ATTN TODD BELL | jtodd.bell@cardinalhealth.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A ZUBER & TERRY JANE FREEDMAN | szuber@csglaw.com; tfreedman@csglaw.com |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | ATTN: ALLISON L. CARR | acarr@attorneygeneral.gov |
| CURASCRIPT SD | ATTN LUISA OLAN | lolan2@curascript.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE | oag@dc.gov |
| DLA PIPER LLP (US) | ATTN: MATTHEW S. SARNA | matthew.sarna@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: JAMES P. MUENKER | james.muenker@us.dlapiper.com |
| DR. HAUSCHKA SKIN CARE | ATTN KATE MARTIN | katem@drhauschka.com |
| FOX ROTHSCHILD LLP | ATTN: MICHAEL G. MENKOWITZ | mmenkowitz@foxrothschild.com |
| FOX ROTHSCHILD LLP | ATTN: SETH A. NIEDERMAN | sniederman@foxrothschild.com |
| FUNGI PERFECTI, LLC | ATTN KAY BRIGGS | kay.b@fungi.com |
| GAIA HERBS INC | ATTN MISTY A. WORLEY | maw@gaiaherbs.com |
| GARDEN OF LIFE | ATTN GERTRUDE MORROW | gmorrow@gardenoflife.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| HILLER LAW, LLC | ATTN: ADAM HILLER | ahiller@adamhillerlaw.com |
| HOGE, FENTON, JONES, & APPEL INC. | ATTN: ALEXANDER H. RAMON | alex.ramon@hogefenton.com |
| HOGE, FENTON, JONES, & APPEL INC. | ATTN: SBLEND SBLENDORIO | sblend.sblendorio@hogefenton.com |
| HUDSON RIVER HEALTHCARE | DORA BADICS | dbadics@rxstrategies.com |
| IMPACT TECH, INC | ATTN ERIK JACOBSEN | erik.jacobsen@impact.com |
| JA CARPENTRY INC | ATTN JIM AGRESTA | jim@jacbuild.com |
| JARROW FORMULAS | | monira@vytalogy.com |
| KASEN & KASEN, P.C. | ATTN JENNY R KASEN | jkasen@kasenlaw.com |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: RAFAEL X. ZAHRALDDIN & KEVIN F. SHAW | rafael.zahralddin@lewisbrisbois.com kevin.shaw@lewisbrisbois.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINKEDIN | ATTN FRANCIS VALDERAMA | fvalderama@linkedin.com |
| MCDERMOTT WILL & EMERY LLP | ATTN GARY ROSENBAUM | grosenbaum@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN RILEY ORLOFF | rorloff@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | dazman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: JAKE JUMBECK | jjumbeck@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID W. GIATTINO | dgiattino@mwe.com |

MEDLY HEALTH INC. - CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| MCDONALD HOPKINS LLC | ATTN: MICHAEL J. KACZKA | mkaczka@mcdonaldhopkins.com |
| MCDONALD HOPKINS LLC | ATTN: MARC J. CARMEL | mcarmel@mcdonaldhopkins.com |
| MEDPHARMACA HOLDINGS, INC. | ATTN JOSH PHILLIPS | jphillips@terramarcapital.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | ATTN SAMUEL EFFRON | lmmoldawer@mintz.com |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MORGAN LEWIS & BOCKIUS LLP | ATTN TATIANA SAVIN | tatiana.savin@morganlewis.com |
| MORRISON FOERSTER | ATTN A. RHEAUME | arheaume@mofo.com |
| MORRISON FOERSTER | ATTN SETH KLEINMAN, M.RUSSELL | skleinman@mofo.com; mrussell@mofo.com |
| NATURAL FACTORS | ATTN ESTELA ALCARAZ | ealcaraz@factorsgroup.com |
| NESTLE USA, INC. | ATTN CRAIG LYDIGSEN | craig.lydigsen@us.nestle.com |
| NEW CHAPTER | ATTN JOANNE SCOTT | jscott@new-chapter.com |
| NEW YORK CITY HEALTH AND HOSPITAL (2220) | ATTN CASEY MCLENNAN | cmclennan@rxstrategies.com |
| NORDIC NATURALS | ATTN JEANNIE DURKSEN | jdurksen@nordic.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA CASEY | ustrustee.program@usdoj.gov; linda.casey@usdoj.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER | pwinterhalter@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MARY F. CALOWAY | mcaloway@pszjlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: CHERYL A. SANTANIELLO | casantaniello@pbnlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN, JR. ROBERT M. SCHECHTER KELLY D. CURTIN DAVID E. SKLAR | wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; kdcurtin@pbnlaw.com; desklar@pbnlaw.com |
| PURE ENCAPSULATION | ATTN JESSICA COLBERT | jcolbert@atrium-innovations.com |
| SEQIRUS | ATTN SARA FLUBACHER | sara.flubacher@seqirus.com |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | media@nmag.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE | oag@arkansasag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA | agelectronicservice@doj.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@state.de.us |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN | agwasden@ag.idaho.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON | ago.info.help@nebraska.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO | ATTN: ROBERT L. DOTY | robert.doty@ohioago.gov |

MEDLY HEALTH INC. - CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR | questions@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R. YOUNG | ago.info@vermont.gov |
| SUN RIVER HEALTH | ATTN DORA BADICS & JAMES SINKOFF | dbadics@rxstrategies.com; nlatman@sunriver.org |
| THORNE RESEARCH INC | ATTN SHELLI VAUGHN | svaughn@thorne.com |
| TRIPLEPOINT VENTURE GROWTH BDC CORP | ATTN JIM LABE, IAN SCHWORER & MICHAEL STANDLEE | jlabe@triplepointcapital.com; ischworer@triplepointcapital.com; mstandlee@triplepointcapital.com |
| TURNSTONE LAW GROUP PLLC | ATTN: JASON E. WAX | jason@turnstonelawgroup.com |
| UNIWEB INC. | ATTN MARIE DARE & DENISE SAVARIA | mdare@uniwebinc.com; dsavaria@uniwebinc.com |
| WORKDAY INC | ATTN SESLIE SISNEROS & ALEXANDER ROBINSON | seslie.sisneros@workday.com; accounts.receivable@workday.com; alexander.robinson@workday.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L. MAGAZINER & S. ALEXANDER FARIS | amagaziner@ycst.com; afaris@ycst.com |
| ZENDESK, INC | ATTN BELEN MARTINEZ | belen.martinez@zendesk.com |
| ZS ASSOCIATES, INC. | ATTN PETER MANOOGIAN | peter.manoogian@zs.com |

**TOTAL: 122**