# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MEDLY HEALTH INC., *et al.*,[1] | ) ) ) | Case No. 22-11257 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Ref. Docket No. 409** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2023, I caused to be served the "First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period From December 9, 2022 Through December 31, 2022," dated March 1, 2023 [Docket No. 409], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); and West Campbell Pharmacy Inc. (2931). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
2nd day of March, 2023
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2026

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| MCDERMOTT WILL & EMERY LLP | ATTN.: DARREN AZMAN AND RILEY T. ORLOFF ONE VANDERBILT AVENUE NEW YORK NY 10017-3852 |
| MORRISON & FOERSTER LLP | ATTN: SETH J. KLEINMAN & MIRANDA RUSSELL 250 WEST 55TH STREET, FLOOR 20 NEW YORK NY 10019 |
| MORRISON & FOERSTER LLP | ATTN: ALEXANDER G. RHEAUME 200 CLARENDON STREET, FLOOR 21 BOSTON MA 02116 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA CASEY 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES 919 N. MARKET STREET, 17TH FLOOR WILMINGTON DE 19801 |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN, JR., ROBERT M. SCHECHTER & KELLY D. CURTIN 300 DELAWARE AVENUE, SUITE 1220 WILMINGTON DE 19801 |

**Total Creditor count  6**