IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MEDLY HEALTH INC., *et al.*,[1] | ) Case No. 22-11257 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 8, 2023, AT 3:00 P.M. (PREVAILING EASTERN TIME)[2] BEFORE THE HONORABLE KAREN B. OWENS**

**CONTESTED MATTERS:**

1. Debtors' Motion for an Order Establishing Procedures for Miscellaneous Asset Sales Free and Clear of All Liens, Claims, Interests and Encumbrances [Filed: 2/28/23] (Docket No. 401).

   Response Deadline: Responses can be made before or at the hearing.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

[2] This hearing will be conducted in person before The Honorable Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court. **Any party wishing to appear by Zoom must register at least two hours prior to the hearing with the Zoom link at: https://debuscourts.zoomgov.com/meeting/register/vJItcempqjkjEkclJYHhZ4FtVSWGK2mzuKA.** After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. Any exceptions must be approved by chambers.

<u>Responses Received</u>: Informal comments from the Office of the United States Trustee (the "<u>UST</u>").

<u>Related Documents</u>:

A.     [Proposed] Order Establishing Procedures for Miscellaneous Asset Sales Free and Clear of All Liens, Claims, Interests and Encumbrances [Filed: 2/28/23] ([Docket No. 401, Exhibit A](#)).

B.     Motion to Shorten Notice Period with Respect to Debtors' Motion for an Order Establishing Procedures for Miscellaneous Asset Sales Free and Clear of All Liens, Claims, Interests and Encumbrances [Filed: 2/28/23] ([Docket No. 402](#))

       i.     [Signed] Order Granting Debtors' Motion for an Order Establishing Procedures for Miscellaneous Asset Sales Free and Clear of All Liens, Claims, Interests and Encumbrances [Filed: 2/28/23] ([Docket No. 403](#))

C.     Notice of Hearing on Debtors' Motion for an Order Establishing Procedures for Miscellaneous Asset Sales Free and Clear of All Liens, Claims, Interests and Encumbrances [Filed: 2/28/23] ([Docket No. 404](#))

<u>Status</u>: The Debtors have incorporated the UST's informal comments into a revised proposed form of order. This matter will go forward.

Dated: March 6, 2023            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Counsel for Debtors and Debtors in Possession*