## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MEDLY HEALTH INC., *et al.*,[1] | Case No. 22-11257 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 542-543** |

### CERTIFICATE OF SERVICE

I, DAVID MEJIA, hereby certify:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 3, 2023, I caused to be served the:

   a. "First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period From December 9, 2022 Through February 28, 2023," dated April 3, 2023 [Docket No. 542], (the "1st PSZJ Fee Application"),

   b. "Notice of First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period From December 9, 2022 Through February 28, 2023," dated April 3, 2023, *related to Docket No. 542*, a copy of which is annexed hereto as Exhibit A, (the "PSZJ Notice"), and

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

    c.   "Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period From March 1, 2023 Through March 31, 2023," dated April 3, 2023 [Docket No. 543], (the "4th PSZJ Fee Application"),

by causing true and correct copies of the:

    i.   PSZJ Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    ii.   1st PSZJ Fee App and 4th PSZJ Fee App to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iii.   PSZJ Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ David Mejia*</u>
David Mejia

**EXHIBIT A**

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MEDLY HEALTH INC., *et al.*,[1] | ) | Case No. 22-11257 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: April 18, 2023 at 4:00 p.m. (ET)**
**Hearing Date: April 25, 2023 at 3:00 p.m. (ET)**

**NOTICE OF FIRST QUARTERLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM DECEMBER 9, 2022 THROUGH FEBRUARY 28, 2023**

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZ&J"),

as counsel for the debtors and debtors in possession (the "Debtors"), in the above-captioned case,

has filed the *First Quarterly Application for Compensation and Reimbursement of Expenses of*

*Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for*

*the Period From December 9, 2022 Through February 28, 2023* (the "Application") seeking fees

in the amount of $2,237,555.00 and reimbursement of actual and necessary expenses in the

amount of $78,834.52 for the period from December 9, 2022 through February 28, 2023.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the

Application must be made in writing and be filed with the United States Bankruptcy Court for

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767).  The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

Filed: 4/3/23
Docket No. 542

the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor,
Wilmington, Delaware 19801, on or before **April 18, 2023 at 4:00 p.m. prevailing Eastern
Time**.

   **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also
serve a copy of the objection or response, if any, upon the following: (1) counsel for the Debtors,
Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE
19801, Attn: Laura Davis Jones, Esquire (ljones@pszjlaw.com); (2) counsel to the DIP Lenders,
McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren
Azman, Esquire (dazman@mwe.com) and Riley T. Orloff, Esquire (rorloff@mwe.com); (3)
counsel to Silicon Valley Bank, Morrison & Foerster LLP, 200 Clarendon Street, Floor 21,
Boston, MA 02116, Attn: Alexander G. Rheaume, Esquire (ARheaume@mofo.com) and 250
West 55th Street, Floor 20, New York, NY 10019, Attn: Seth J. Kleinman, Esquire
(SKleinman@mofo.com) and Miranda Russell, Esquire (MRussell@mofo.com); (4) the Office
of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801,
Attn: Linda Casey, Esquire (linda.casey@usdoj.gov); and (5) counsel to the Official Committee
of Unsecured Creditors, Porzio, Bromberg & Newman P.C., 300 Delaware Avenue, Suite 1220,
Wilmington, DE 19801, Attn: Warren J. Martin, Jr., Esquire (wjmartin@pbnlaw.com), Robert
M. Schechter, Esquire (rmschechter@pbnlaw.com), and Kelly D. Curtin, Esquire
(kdcurtin@pbnlaw.com).

   **PLEASE TAKE FURTHER NOTICE** that on January 6, 2023, the Bankruptcy
Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement
of Expenses of Professionals* (the "Order") [Docket No. 192].

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **APRIL 25, 2023 AT 3:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE BANKRUPTCY COURT

Dated:  April 3, 2023             PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

Counsel to the Debtors and Debtors in Possession

DOCS_DE:242508.4 56185/001

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN TOM MILLER HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN AARON D FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON REMBERT C DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK VARGO 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST - PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL KENDRICK BUILDING 2320 CAPITOL AVE CHEYENNE WY 82002 |

**Total Creditor count  26**

MEDLY HEALTH INC., et al.
Case No. 22-11257 (KBO)
First Class Mail Additional Service

TURNSTONE LAW GROUP PLLC
(COUNSEL TO WALLINGFORD CENTER LLP)
ATTN JASON E WAX
2033 6TH AVE, STE 600
SEATTLE, WA 98121

**EXHIBIT C**

MEDLY HEALTH
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO DIP LENDERS) ATTN: DARREN AZMAN & RILEY T. ORLOFF ONE VANDERBILT AVENUE NEW YORK NY 10017-3852 |
| MORRISON & FOERSTER LLP | (COUNSEL TO SILICON VALLEY BANK) ATTN: SETH J. KLEINMAN & MIRANDA RUSSELL 250 WEST 55TH ST, FLOOR 20 NEW YORK NY 10019 |
| MORRISON & FOERSTER LLP | (COUNSEL TO SILICON VALLEY BANK) ATTN: ALEXANDER G. RHEAUME 200 CLARENDON ST, FLOOR 21 BOSTON MA 02116 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LINDA CASEY 844 KING STREET SUITE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO DEBTORS) ATTN: LAURA DAVIS JONES 919 N. MARKET ST, 17TH FLOOR WILMINGTON DE 19801 |
| PORZIO, BROMBERG & NEWMAN, P.C. | (COUNSEL TO COMMITTEE) ATN: W.J. MARTIN, JR., R.M. SCHECHTER, K.D. CURTIN; 300 DELAWARE AVE, STE 1220 WILMINGTON DE 19801 |

**Total Creditor count  6**

**EXHIBIT D**

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| ANSELL GRIMM & AARON, PC | ATTN: ANTHONY J. D'ARTIGLIO | ajd@ansellgrimm.com |
| ANSELL GRIMM & AARON, PC | ATTN: JOSHUA S. BAUCHNER | jb@ansellgrimm.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & STACY L. NEWMAN | gtaylor@ashbygeddes.com; snewman@ashbygeddes.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY LYONS &  ADAM FLETCHER | jjlyons@bakerlaw.com; afletcher@bakerlaw.com |
| BALLARD SPAHR | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN | branchd@ballardspahr.com zarnighiann@ballardspahr.com |
| BALLARD SPAHR | ATTN: LESLIE C. HEILMAN, LAUREL D.ROGLEN, MARGARET A. VESPER | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| BALLARD SPAHR | ATTN: TOBY DALUZ | daluzt@ballardspahr.com |
| BINDER & MALTER, LLP | ATTN: JULIE H. ROME-BANKS | julie@bindermalter.com |
| BUCHALTER | ATTN: JEFFREY GARFINKLE | jgarfinkle@buchalter.com |
| BUSH KORNFELD LLP | ATTN: AIMEE S. WILLIG | awillig@bskd.com |
| CARDINAL HEALTH 110, LLC | ATTN TODD BELL | jtodd.bell@cardinalhealth.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A ZUBER & TERRY JANE FREEDMAN | szuber@csglaw.com; tfreedman@csglaw.com |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | ATTN: ALLISON L. CARR | acarr@attorneygeneral.gov |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE | oag@dc.gov |
| DLA PIPER LLP (US) | ATTN: MATTHEW S. SARNA | matthew.sarna@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: JAMES P. MUENKER | james.muenker@us.dlapiper.com |
| FOX ROTHSHILD LLP | ATTN: MICHAEL G. MENKOWITZ | mmenkowitz@foxrothschild.com |
| FOX ROTHSHILD LLP | ATTN: SETH A. NIEDERMAN | sniederman@foxrothschild.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| HILLER LAW, LLC | ATTN: ADAM HILLER | ahiller@adamhillerlaw.com |
| HOGE, FENTON, JONES, & APPEL INC. | ATTN: ALEXANDER H. RAMON | alex.ramon@hogefenton.com |
| HOGE, FENTON, JONES, & APPEL INC. | ATTN: SBLEND SBLENDORIO | sblend.sblendorio@hogefenton.com |
| KASEN & KASEN, P.C. | ATTN JENNY R KASEN | jkasen@kasenlaw.com |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: RAFAEL X. ZAHRALDDIN & KEVIN F. SHAW | Rafael.Zahralddin@lewisbrisbois.com Kevin.Shaw@lewisbrisbois.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| MCDERMOTT WILL & EMERY LLP | ATTN GARY ROSENBAUM | grosenbaum@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN RILEY ORLOFF | rorloff@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | dazman@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: JAKE JUMBECK | jjumbeck@mwe.com |
| MCDERMOTT WILL & EMERY LLP | ATTN: DAVID W. GIATTINO | dgiattino@mwe.com |
| MCDONALD HOPKINS LLC | ATTN: MICHAEL J. KACZKA | mkaczka@mcdonaldhopkins.com |
| MCDONALD HOPKINS LLC | ATTN: MARC J. CARMEL | mcarmel@mcdonaldhopkins.com |
| MEDPHARMACA HOLDINGS, INC. | ATTN JOSH PHILLIPS | jphillips@terramarcapital.com |
| MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MORRISON FOERSTER | ATTN A. RHEAUME | arheaume@mofo.com |
| MORRISON FOERSTER | ATTN SETH KLEINMAN, M.RUSSELL | skleinman@mofo.com; mrussell@mofo.com |
| NESTLE USA, INC. | ATTN CRAIG LYDIGSEN | craig.lydigsen@us.nestle.com |
| OFFICE OF THE UNITED STATES  TRUSTEE | ATTN: LINDA CASEY | ustrustee.program@usdoj.gov; linda.casey@usdoj.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER | pwinterhalter@offitkurman.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN:  MARY F. CALOWAY | mcaloway@pszjlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: CHERYL A. SANTANIELLO | casantaniello@pbnlaw.com |

MEDLY HEALTH INC.
CASE NO. 22-11257
Core-Top 30 Email List

| NAME | CONTACT | EMAIL |
|---|---|---|
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN, JR.<br>ROBERT M. SCHECHTER<br>KELLY D. CURTIN<br>DAVID E. SKLAR | wjmartin@pbnlaw.com;<br>rmschechter@pbnlaw.com;<br>kdcurtin@pbnlaw.com;<br>desklar@pbnlaw.com |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | media@nmag.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE | oag@arkansasag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA | agelectronicservice@doj.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@state.de.us |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: HOLLY T. SHIKADA | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE G. WASDEN | agwasden@ag.idaho.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ERIC SCHMITT | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON | ago.info.help@nebraska.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO | ATTN: ROBERT L. DOTY | robert.doty@ohioago.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: JOHN OCONNOR | questions@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: SUSANNE R. YOUNG | ago.info@vermont.gov |
| TRIPLEPOINT VENTURE GROWTH BDC CORP | ATTN JIM LABE, IAN SCHWORER & MICHAEL STANDLEE | jlabe@triplepointcapital.com;<br>ischworer@triplepointcapital.com;<br>mstandlee@triplepointcapital.com |
| TURNSTONE LAW GROUP PLLC | ATTN: JASON E. WAX | jason@turnstonelawgroup.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L. MAGAZINER & S. ALEXANDER FARIS | amagaziner@ycst.com;<br>afaris@ycst.com |