## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MEDLY HEALTH INC., *et al*.,[1] | Case No. 22-11257 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 17, 2023 AT 1:00 PM (ET)

> **THIS HEARING HAS BEEN <u>CANCELLED</u>
> AS NO MATTERS ARE GOING FORWARD.**

**<u>UNCONTESTED MATTERS FOR WHICH ORDERS HAVE BEEN ENTERED:</u>**

1.  Debtors' Motion Seeking Entry of an Order (I) Authorizing the Rejection of Unexpired Lease; (II) Authorizing the Abandonment of Certain Personal Property; and (III) Granting Related Relief (filed March 31, 2023) [Dkt. No. 540]

    <u>Response Deadline:</u>    April 17, 2023 at 4:00 p.m. (ET)

    <u>Responses Received:</u>  None

    <u>Related Documents:</u>

    a.  Certificate of No Objection Regarding Debtors' Motion Seeking Entry of an Order (I) Authorizing the Rejection of Unexpired Lease; (II) Authorizing the Abandonment of Certain Personal Property; and (III) Granting Related Relief (filed March 31, 2023) [Dkt. No. 666]

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); Khora Health Solutions Inc. (2909); and RPH Innovations LLC (3767). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

b.  Order (I) Authorizing the Rejection of Unexpired Lease, Effective as of the Rejection Date, (II) the Abandonment of Certain Personal Property Effective as of the Rejection Date, and (III) Granting Related Relief (entered May 11, 2023) [Dkt. No. 667]

Status: An Order has been entered. Accordingly, no hearing is necessary.

**ADJOURNED MATTERS:**

2.  Motion of Atlas Uptown-Retail LLC for Allowance and Payment of Administrative Expense Claim (filed March 8, 2023) [Dkt. No. 458]

Response Deadline:    March 22, 2023 at 4:00 p.m. (ET) (extended to March 24, 2023 at 4:00 p.m. (ET) for Debtors).

Responses Received:

a.  Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Atlas Uptown-Retail LLC's Motion for Allowance and Payment of Administrative Expense Claim (filed March 22, 2023) [Dkt. No. 486]

b.  Debtors' Opposition to Motion of Atlas Uptown-Retail LLC for Allowance and Payment of Administrative Expense Claim (filed March 24, 2023) [Dkt. No. 489]

Related Documents:    None

Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2023 at 1:00 p.m. (ET).

3.  Motion of Cardinal Health for Relief from the Automatic Stay, for Cause, to Set-Off Mutual Pre-Petition Obligations and to Terminate Contracts (filed March 16, 2023) [Dkt. No. 476]

Response Deadline:    April 3, 2023 at 4:00 p.m. (ET) (extended to April 4, 2023 at 4:00 p.m. (ET) for Debtors)

Responses Received:

a.  Debtors' Response to Motion of Cardinal Health for Relief from the Automatic Stay, for Cause, to Set-Off Mutual Pre-Petition Obligations and to Terminate Contracts (filed April 4, 2023) [Dkt. No. 544]

b.  Triplepoint's (I) Limited Joinder to the Debtors' Response to Motion of Cardinal Health for Relief from the Automatic Stay, for Cause, to Set Off

Mutual Pre-Petition Obligations and to Terminate Contracts and (II) Reservation of Rights (filed April 10, 2023) [Dkt. No. 553]

Related Documents:   None

Status: This matter is adjourned to the omnibus hearing scheduled for June 27, 2023 at 1:00 p.m. (ET).

Dated:  May 15, 2023

By: /s/ *Alan M. Root*
    Alan M. Root (#5427)
    ARCHER & GREINER, P.C.
    300 Delaware Ave., Suite 1100
    Wilmington, DE  19801
    (302) 777-4350 (phone)
    (302) 777-4352 (fax)
    aroot@archerlaw.com

    *Proposed Counsel to Chapter 7 Trustee*

3

227183242 v1